Marvin Green
PSC 808, Box 15
FPO AE 09618
marvin.green@eu.dodea.edu
+39(335)773-9719
Plaintiff Pro Se

In The

## District Court of the United States – District of Columbia

|  |  |
|---|---|
| SG,<br>　　　　　　Plaintiff,<br>v.<br>Base Capt.,<br>　　　　　　Defendant. | Case No. _____<br><br>REQUEST FOR ADMISSION<br><br><br><br><br>Date: Aug 2, 2006 |

　　　　Each of the following described documents, copies of which are attached to this request and on CD-ROM in pdf format, are genuine:
1. Jun 4, '04 - Superintendent response to SG remaining at Sigonella School
2. Aug 24, '04 - SG classified as 3F, tuition free at Sigonella School
3. Jun 3, '05 - SG listed on orders
4. Nov 22 05 - Base Capt knows MG in Naples
5. Jan 13, '06 - Normal for Base Capt. not to object
6. Feb 15, '06 - Restatement of DoD1342.13.
7. Jun 27, '06 - SG Barment Order.
8. Jun 29, '06 - Rebuttal to Barment Order.
9. Jul 05, '06 - Principal support and space being available
10. Jul 24, '06 - Dr. Kahn support for medical access

Dated  Aug 2 2006　　　　　　　　Signature _[signature]_
　　　　　　　　　　　　　　　　　　　　　　Marvin Green