**Unknown**

**From:** Ellinger, Tom
**Sent:** Friday, June 04, 2004 14:27
**To:** Green, Marvin
**Cc:** Lewallen, Marjorie
**Subject:** RE: I need a favor

I see no problem.

Tom


Thomas R. Ellinger
District Superintendent
Mediterranean

>    -----Original Message-----
>    **From:** Green, Marvin
>    **Sent:** Friday, June 04, 2004 1:59 PM
>    **To:** Ellinger, Tom
>    **Cc:** Lewallen, Marjorie
>    **Subject:** I need a favor
>
>    My wife is not moving to Naples with me.
>
>    We have discussed this since the 1st A76 study started, so it is not a recent decision.
>
>    If I had been forced out on Priority Placement, things would have been a bit more traumatic. As it is, moving to Naples, works well for me as I can maintain my family responsibilities and contact, while simultaneously taking on more interesting work.
>
>    The only favor I need from you is your approval for my Son, Sheldon Green, (High School Sophomore next year, honors student), to continue his education here at Sigonella rather than at Naples HS.
>
>    Marvin Green