## Green, Marvin

**From:** Byrd, Sammie
**Sent:** Tuesday, August 24, 2004 08:21
**To:** Green, Marvin
**Cc:** Lamb, Mary (Michelle)
**Subject:** RE: School Enrollment - Space required or space available

Good morning

We have received a ruling and your children will be space available tuition free at Sigonella. According to the last extraction for last school year you only had one school age family member.

| DoDAAC | School | Student | First | Mi. | SSN | Student No. | Gr | Start | End | Full Time |
|---|---|---|---|---|---|---|---|---|---|---|
| HE5515 | SIGONELLA M/HS | Green | Sheldon | S. | 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 | 619608830 | 09 | 28-Aug-00 | | Full-time |
| | | Sponsor | First | | SSN | ETC | | Unit | Location | DEROS |
| | | Green | Marvin E. | | 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 | 1F | | DODDS | Sigonella | 200406 |

If this family member attends in Sigonella the enrollment will be category 3F space available tuition free. If they move and join you in Naples the enrollment will be category 1F space required tuition free.

*Mr. Sammie L. Byrd Jr.*
Eligibility & Tuition
DoDDS-Europe
DSN 338-7351 or Germany civilian +49-611-380-7351
FAX DSN 338-7363 or Germany civilian +49-611-380-7363

Note: New email address effective 31Dec04 sammie.byrd@eu.dodea.edu

>    -----Original Message-----
>    **From:** Green, Marvin
>    **Sent:** Monday, August 23, 2004 7:01 PM
>    **To:** Byrd, Sammie
>    **Subject:** RE: School Enrollment - Space required or space available
>
>    I got a management directed transfer to Naples from Sigonella with a report date of July 12. My family is in Sigonella, I've been working in Naples since July 12.
>
>    After receiving the management directed transfer letter I was told by personnel to apply for orders. I have not done that. I simply reported to Naples on July 12 at my own expense. Since my expenses are less than my LQA for my house in Sigonella I could continue the present circumstances indefinitely as all alternatives will cut my LQA/income.
>
>    So I guess I'm living in Sigonella and commuting to Naples? I don't know how long that will fly or what rules it violates but I just checked the DoDEA TOPS site and my last orders are dated 1999 for RAT travel.
>
>    My job slot, for the last three years, has been with/at the District office in Vincenza. That is where I fax my time cards and Carl Albrecht is my temporary supervisor. I expect my job slot to be transferred to the DoDDS European Service Center shortly, along with a number of other computer specialists, while I, continue to work in Naples.
>
>    Thanks for you help,

2006-08-01

**Marvin Green**

Web Help:
http://servicedesk.eu.dodea
Help by e-mail:
Service.Desk@eu.dodea.edu
Help by Phone:
DSN      338-7927/40/36/43
0049 611 380 7927/40/36/43
My Cell:
+39(335)773-9719

>-----Original Message-----
>**From:** Byrd, Sammie
>**Sent:** Monday, August 23, 2004 2:52 PM
>**To:** Green, Marvin
>**Subject:** RE: School Enrollment - Space required or space available
>
>I got a ruling but I need to make sure that I sent the right information.
>
>You have moved to Aviano and your family is in Naples?
>
>
>*Mr. Sammie L. Byrd Jr.*
>Eligibility & Tuition
>DoDDS-Europe
>DSN 338-7351 or Germany civilian +49-611-380-7351
>FAX DSN 338-7363 or Germany civilian +49-611-380-7363
>
>Note: New email address effective 31Dec04 sammie.byrd@eu.dodea.edu
>
>>-----Original Message-----
>>**From:** Green, Marvin
>>**Sent:** Thursday, August 19, 2004 5:11 PM
>>**To:** Byrd, Sammie
>>**Subject:** School Enrollment - Space required or space available
>>
>>Is a management directed move a PCS move, in regards to school enrollment?
>>
>>Marvin Green
>>http://helpdesk.eu.dodea
>>+39(335)773-9719