## Green, Marvin

| | |
|---|---|
| **From:** | Stuyvesant, Joseph |
| **Sent:** | Tuesday, November 22, 2005 17:18 |
| **To:** | Green, Marvin |
| **Cc:** | Anderson, Bruce, L. CAPT; Carson, Dale CAPT (NASSIG XO) |
| **Subject:** | RE: DoDDS Whistleblower complaint |

Mr. Green,

   As I have no jurisdiction over DoDDs, I have referred your email to CAPT Bruce Anderson, the Commander Navy Europe Inspector General for further disposition.

   I have info'ed him above and contacted him by telephone to let him know about your concerns. Pls feel free to contact him via email or in person in the ADMIN 3 building on board Capodicino.


Respectfully,
CAPT Stuyvesant
Commanding Officer NAS Sigonella

>    -----Original Message-----
>    **From:** Green, Marvin [mailto:Marvin.E.Green@eu.dodea.edu]
>    **Sent:** Monday, November 21, 2005 10:11 AM
>    **To:** Stuyvesant, Joseph
>    **Subject:** DoDDS Whistleblower complaint
>
>    Marvin E Green
>    PSC 808 Box 15
>    FPO AE 09618
>
>    November 20, 2005
>
>    Captain Joseph Stuyvesant
>    PSC 812
>    FPO AE 09627
>
>    Dear Captain Stuyvesant:
>
>    Several weeks ago I approached Lt Hoelz in the Navy Legal office at Capo di Chino. In following his suggestion, that I file a complaint with the Inspector Generals Office, I have been preparing a Whistle Blower compliant alleging waste fraud and abuse on the part of DoDDS Europe.
>
>    Briefly I am alleging impropriety in three main areas:
>    1. Improper use of overseas renewal as undocumented personnel actions. In one case at Naples Elementary School, agency errors may have contributed to the early death of Navy retiree Mike Monico. In my conversations with Mike he did not say whether Nadine Sapiente or Kathy Downs had done his evaluations, but he did indicate that they were all satisfactory. Mike was improperly terminated as he was attempting to negotiate the best possible deal he could. He indicated to me that he knew someone in the Boston area and was planning to accept despite his reservation about the high cost of living. He never mentioned an awareness of locality pay. I listened to his story and reviewed his legal file over lunch. He indicated that the school staff had closed ranks and he could not obtain a letter of reference for his court hearing. Being outside his chain of command I wrote an objective evaluation based on my personal observations.
>    2. Contracting errors and the denial of employee rights in the outsourcing of IT services. DoDDS-

Europe is currently advertising and filling IT positions to the highest numeric level in its history - in the face of a drawdown that will significantly shrink its' operational size. Government employees have been denied their promised "first right of refusal" for the contracting positions and are instead being returned to the United States un-retrained, and are being replaced with younger better trained employees from the United States.
3. Failure to investigate my EEO complaint involving the Deputy Director of DoDDS-Europe.

Being a conservative and supporter of the ongoing effort to reshape the force structure, I have calculated that an in-house DoD venue for my complaint through the IG office would likely effect the most rapid and satisfactory result for all parties.

I am requesting your assistance in referring me to a Navy legal representative that I can consult with as I structure/formulate my complaint.

Sincerely yours,



**Marvin Green**
Sys Admin - Med1

DSN: 629-4538
Cell: +39-335-773-9719
Marvin.Green@eu.dodea.edu
http:\\servicedesk.eu.dodea

"Work expands to fit the time allocated" - Marvin E. Green

2006-06-14