**Unknown**

| | |
|---|---|
| **From:** | Byrd, Sammie |
| **Sent:** | Friday, January 13, 2006 15:23 |
| **To:** | green, marvin; Artiles, Rosa |
| **Cc:** | 'Sophia Torok (sophia_v_torok@hotmail.com)'; Artiles, Rosa; Folmer, Debbie; Albrecht, Carl |
| **Subject:** | RE: Information Technology Specialist |

**Attachments:**        image001.jpg



image001.jpg (11
KB)

        Hello Mr. Green

Because we are in Europe there is an assumption that the MILCOM and host Nation is always
involved so this is why I usually don't mention that requirement. I assume that your new
orders list your family members or the school already have the birth certificate and
marriage certificate linking the student to you as well?

I hope that your situation is now resolved.

Mr. Sammie L. Byrd Jr.
Eligibility & Tuition
DoDDS-Europe
DSN 338-7351 or Germany civilian +49-611-380-7351 FAX DSN 338-7363 or Germany civilian +
49-611-380-7363


    ─────


From: green, marvin
Sent: Thursday, January 12, 2006 4:31 PM
To: Byrd, Sammie
Cc: Sophia Torok (sophia_v_torok@hotmail.com)
Subject: RE: Information Technology Specialist



The commander part is new, but reasonable and not too surprising, I already gave the
principal a copy of my orders so I thought the additional requests were a lack of
understanding   Thanks for your help.




-----Original Message-----
From: Byrd, Sammie
Sent: Thursday, January 12, 2006 9:24 AM
To: green, marvin
Cc: 'Sophia Torok (sophia_v_torok@hotmail.com)'; Harrison, David; Artiles, Rosa; Folmer,
Debbie; Albrecht, Carl
Subject: RE: Information Technology Specialist


Good morning

If a military or DoD civilian is stationed any where overseas their family members can attend any DoDDS if educational and facility space is available at the selected school. This is also contingent on the overseas commander and host nation not having any objection to this situation. The only required documents to support this is an order reflecting the sponsor being stationed overseas and if the family members are not listed a copy of the students birth certificate reflecting the sponsor as one of the biological parents or marriage and birth certificate if the spouse is one of the biological parents.


I hope this helps.


Mr. Sammie L. Byrd Jr.
Eligibility & Tuition
DoDDS-Europe
DSN 338-7351 or Germany civilian +49-611-380-7351
FAX DSN 338-7363 or Germany civilian +49-611-380-7363



_____


From: green, marvin
Sent: Tuesday, January 10, 2006 2:58 PM
To: Byrd, Sammie
Cc: Sophia Torok (sophia_v_torok@hotmail.com); Harrison, David
Subject: FW: Information Technology Specialist

I have been seeking alternative employment on the basis that any DoD OCONUS position would entitle my son to finish his secondary education - continuing his current 3F status, space available, tuition free.


You asked for the following information:

- current permanent residence address

- current duty station

- is student residing with you at the permanent residence?

- who is providing the student transportation to the school?

Preliminarily, I only wish to know if the lead statement is true of false.

Marvin Green

Sys Admin - Mediterranean1.

DSN 629-4538

Cell: +39-335-773-9719



_____

From: Williams, Brenda G HQ02 [mailto:Brenda.G.Williams@hq02.usace.army.mil]
Sent: Monday, January 09, 2006 10:21 PM
To: green, marvin
Subject: Information Technology Specialist

Applicant,

This official contact is an attempt to verify your interest and availability for an
Information Technology Specialist position, announcement #NCFV04870742FR2, GS-2210-12 with
the US Army Corps of Engineers, Gulf Region Division in Iraq.

This is not an offer. We are only checking for availability. We can not predict if you
will be selected or even how long it might be until a decision is made.

Note: IF YOU ARE A CURRENT PERMANENT ARMY EMPLOYEE APPLY UNDER ARMY ANNOUNCEMENTS ENDING
IN R.

IF YOU ARE A CURRENT PERMANENT FEDERAL EMPLOYEE APPLY UNDER CURRENT/CAREER CONDITIONAL
ANNOUNCEMENTS ENDING IN FR.

Please respond by e-mail within 24 hours. Your failure to response will result in the
removal from competition.

Brenda G. Williams

Human Resource Assistant

Humphrey's Engineer Center Support Activity (HECSA)

US ArmyCorps of Engineers

Civilian Personnel Advisory Center (CPAC)

(202) 761-1577 DSN 763-1577

(202) 761-5713 (FAX)

brenda.g.williams@usace.army.mil