# Unknown

| | |
|---|---|
| **From:** | Byrd, Sammie |
| **Sent:** | Wednesday, February 15, 2006 13:39 |
| **To:** | green, marvin |
| **Cc:** | Ricker, Denise; Artiles, Rosa; Folmer, Debbie |
| **Subject:** | RE: Notification of Tour Extension |

Good afternoon Mr. Green

The DoD1342.13 paragraph 5.1.8 permits students continued enrollment of space required tuition free sponsors who transfers, dies or retires after the start of the school year. Only the Secretary of Defense (SoD) is permitted to waive this which he did 05Apr01 to include sponsors who are space available tuition free to have this same entitlement and only the SoD or Assistant SoD has the authority under 20 USC Sec 923, Chapter 25A to waive payment of tuition. Under this provision only the SoD or ASoD can waive groups and not individuals.

In order to be guaranteed tuition free status you will have to be still employed full time, either under appropriated or non-appropriated funds conditions overseas after the start of the school year in order for your family member to receive tuition free services. This will have to be confirmed by your Human Resource Office. Or your spouse will have to be working in a full time appropriated or non-appropriated funds position and assumes sponsorship at the start of the new school year. This too will have to be confirmed by your spouse Human Resource Office.

Mr. Sammie L. Byrd Jr.
Eligibility & Tuition
DoDDS-Europe
DSN 338-7351 or Germany civilian +49-611-380-7351 FAX DSN 338-7363 or Germany civilian + 49-611-380-7363


-----Original Message-----
From: green, marvin
Sent: Monday, February 13, 2006 4:27 PM
To: Ricker, Denise
Cc: Byrd, Sammie
Subject: RE: Notification of Tour Extension

I have passed the interview and medical checks for a State Dept. job. I'm undergoing a security clearance currently. My supervisor, David Harrison, was interviewed recently. If I am successful then the State Dept will pay Sheldon's tuition.

If I fail to get the State Dept. job, and am instead placed through ppp and depart prior to the beginning of the next academic year, I believe I will require some sort of special dispensation, possibly a family delayed return. Sammie should know which and how to get the permission.

I'm attempting to ensure that my son may finish High School, space available, tuition free - independent of my departure date or posting location.

-----Original Message-----
From: Ricker, Denise
Sent: Monday, February 13, 2006 1:24 PM
To: green, marvin
Subject: RE: Notification of Tour Extension

Mr. Green

I'm not quite sure what you are trying to accomplish with the below email.  Are you requesting an extension of your tour or ???

Thanks
Denise

Denise Ricker

Human Resources Specialist
Office of the Director, DoDDS-Europe
Phone DSN: 338-7375  Civ: 49-611-380-7375
Fax: DSN 338-7122  Civ: 49-611-380-7122



-----Original Message-----
From: green, marvin
Sent: Monday, February 13, 2006 9:11 AM
To: Byrd, Sammie
Cc: Ricker, Denise; Ascierto, Margie
Subject: RE: Notification of Tour Extension

My present employment tour is complete on August 31, 2006.

My son, Sheldon Green, will be a senior this coming academic year and wishes to complete High School amongst his friends.

Academically, he is close to meeting the admission requirements for the University of California, Santa Barbara. Margie Ascierto is his Academic Counselor.

Sheldon has two medical conditions, both would be ameliorated by his continuing and completing his secondary education at Stephen Decatur Secondary School.

Your advice on the most efficacious way in which I can ensure that Sheldon is afforded the opportunity to complete his Secondary Education at Stephen Decatur Secondary School, will be appreciated.

Marvin Green

-----Original Message-----
From: Ricker, Denise
Sent: Friday, February 10, 2006 12:36 PM
To: green, marvin
Cc: Harrison, David
Subject: Notification of Tour Extension
Importance: High

 Attached is your notification of extension of overseas tour.  Please respond NLT 17 February regarding your decision of acceptance/declination.


R/
Denise Ricker

Human Resources Specialist
Office of the Director, DoDDS-Europe
Phone DSN: 338-7375  Civ: 49-611-380-7375
Fax: DSN 338-7122  Civ: 49-611-380-7122