## Unknown

**From:** Folmer, Debbie
**Sent:** Wednesday, July 05, 2006 11:08
**To:** Green, Marvin
**Subject:** RE:

Hi Marvin
Thank you for shring this email. I wish Sheldon and you a great 10 day trip. Please tell him I said hello. He is such a wonderful young man!
As I've written you before and have told everyone in DoDDS ~ my main priority is Sheldon. I really would like to see him be able to finish his high school at Sigonella. I will support this in any manner I can as the principal.
As I'm sure you are aware, there are people querying whether Sohia can be here in Sicily while you're at Naples. Due to this concern, I have to be sure we have our paperwork in order. Will you be working with DoDDS when school begins? We certainly have the space available for Sheldon. My problem is that we have to have official orders showing you will be employed by DoDDS on 28 Aug 06. DoDDS doesn't care if you're in Naples and Sheldon is here since Sigonella HS has the space. Please trust me on this and just let me know where you stand with registration for next year.
Take Care
Debbie

---

**From:** Green, Marvin
**Sent:** Wednesday, July 05, 2006 1:44 AM
**To:** Sophia Torok (sophia_v_torok@hotmail.com)
**Cc:** Folmer, Debbie
**Subject:**

Dear Sophia,

I write this from the campus of the University of California, Santa Barbara; where Sheldon and I are engaged in a 10 day pre-registration campus orientation.

The UCSB Campus is quite beautiful and seems very safe. The beach is a 5 min. walk. The Female/Male ratio is 57% to 43%. However, Sheldon is showing tepid interest in the numerous Basketball camps that are being conducted around us. According the to desk clerk, Michael Jordon makes a yearly trip here to work with the Basketball camp athletes.

I have in the past two years supported you and Sheldon financially with approximately $1,000 per month - in order to facilitate Sheldon's completion of High School in a manner consistent with his qualification for a University such as UCSB. I will in the coming year continue to support you financially as necessary in order to achieve Sheldon's university aspirations.

You have agreed to complete your college education this year and I look forward to attending twin graduation ceremonies in June of '07.

Yours Truly,

Marvin Green

2006-08-02