AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SG
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu

**SUMMONS IN A CIVIL CASE**

V.

Base Capt., J Stuyvesant
SJA Kerry Abramson
PSC 812, Box 1000
FPO AE 09627-1000
Phone: 011-39(095)86-5816

CASE NUMBER  1:06CV01434

JUDGE: Reggie B. Walton

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/14/2006

TO: (Name and address of Defendant)

U.S. Attorney for the District of Columbia
501 Third Street, NW,
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF *PRO SE* (name and address)

Marvin Green
PSC 808 Box 15
FPO AE 09618
011-39(335)773-9719
marvin.green@eu.dodea.edu
Pro Se

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                     AUG 14 2006
_____                _____
CLERK                                           DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | Sept 18' 06 |
| NAME OF SERVER (PRINT)  U.S. Postal Srvs | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): U.S. POSTAL SRVS - CERTIFIED MAIL

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   OCT 12 '06
                  Date          Signature of Server

U.S. NAVY POST OFFICE FPO AE 09618
                  Address of Server

---

7006 0100 0003 8430 8640

Sent To: U.S. Attorney for the Dist of Columbia
Street, Apt No. or PO Box No: 501 Third St N.W.
City, State, ZIP+4: Washington DC 20001

Postage: $.87
Certified Fee: 2.40
Return Receipt Fee (Endorsement Required): 1.85
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $5.12

CERTIFIED MAIL — Domestic Mail Only; No Insurance Coverage Provided
For delivery information visit our website at www.usps.com

[Postmark: U.S. NAVY SEP 5 2006 FPO AE 09618]

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   U.S. Attorney for Dist of Columbia
   501 Third St. N.W.
   Washington D.C.
   20001

2. Article Number (Transfer from service label)

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                   SEP 18 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes