UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN,              )<br>                                         )<br>        Plaintiff,               )<br>                                         )<br>    v.                              )   Civil Action No. 06-1434 (RBW)<br>                                         )<br>JOSEPH STUYVESANT,     )<br>Captain, United States Navy, et al.  )<br>                                         )<br>        Defendant.            )<br>_____) | |

**MOTION FOR ENLARGEMENT OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b) and for good cause shown, hereby respectfully move for an enlargement of time of thirty (30) days, up to and including December 18, 2006, in which to move, answer or otherwise respond to plaintiff *pro se*'s complaint. Defendants' response would otherwise be due on November 17, 2006. Defendants seek this enlargement on the following grounds:

In this Complaint, plaintiff *pro se* requests the "lifting of a barment order preventing continuing medical treatment and schooling [for his minor son at the Naval Air Station, in Sigonella, Italy.]" Complaint, Docket Entry No. 1. Undersigned counsel spoke with agency counsel at the Department of the Navy, and learned that he is in the process of trying to obtain certain information from the Naval Air Station in Italy. He requests additional time to allow him to do so.

For the reasons cited above, defendants respectfully request that the enlargement of time to answer, move or otherwise respond to this complaint be granted. As there are no pending

deadlines, the granting of this motion will have no effect on any deadlines in this matter.

Undersigned counsel attempted to contact plaintiff *pro se,* using the electronic mail address plaintiff *pro se* included on his complaint, in order to learn his position on the filing of this motion.[1]  As of the filing of this motion, undersigned counsel had not received a response from plaintiff *pro se*.[2]  For these reasons, and to ensure that defendants have sufficient time to prepare the materials to carry its burden in this case, defendants respectfully requests that the enlargement of time to move, answer or otherwise respond to plaintiff *pro se*'s Complaint be granted.

An order granting the relief sought is attached hereto.

---

[1] Plaintiff provided an international telephone number.

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with *pro se* parties.  Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. BAR # 435409
Assistant United States Attorney
555 4th Street, N.W., Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of November, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Marvin E. Green
PSC 808 Box 15
FPO AE 09618

 

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVIN GREEN,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Civil Action No. 06-1434 (RBW) ) |
| **JOSEPH STUYVESANT,** **Captain, United States Navy, et al.** | ) ) ) ) |
| **Defendant.** | ) ) ) |

**O R D E R**

UPON CONSIDERATION of defendants' Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is, on this _____ day of _____ 2006,

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendants shall have up to and including December 18, 2006 in which to move, answer or otherwise respond to plaintiff *pro se*'s complaint.

_____
UNITED STATES DISTRICT JUDGE

Marian L. Borum
Assistant United States Attorney
555 Fourth Street, N.W., Civil Division
Washington, D.C.  20530

Marvin E. Green
PSC 808 Box 15
FPO AE 09618