# Defendants' Exhibit No. 2

# <u>Marvin Green v. Joseph Stuyveant, Captain,</u>
# <u>United States Navy, et al.,</u>
# Civil Action No. 06-1434 (RBW)



**DEPARTMENT OF THE NAVY**
U.S. NAVAL AIR STATION, SIGONELLA, ITALY
PSC 812 BOX 1000
FPO AE 09627-1000

NASSIGINST 1754.2N
EXEC
11 Jan 06

NAS SIGONELLA INSTRUCTION 1754.2N

Subj: COMMAND SPONSORSHIP AT U.S. NAVAL AIR STATION, SIGONELLA

Ref:  (a) Joint Federal Travel Regulations
      (b) OPNAVINST 1300.14C
      (c) OPNAVINST 1740.5A
      (d) MILPERSMAN 1300-170
      (e) MILPERSMAN 7220-240

Encl: (1) Checklist for Military Command Sponsorship
          (NASSIG 1754/1)
      (2) Checklist for DoD Civilian Command Sponsorship
          (NASSIG 1754/2)

1.  Purpose.  To promulgate procedures for requesting command
sponsorship for family members of U.S. military personnel and
civilian employees beyond the execution of Permanent Change of
Station (PCS) orders at U.S. Naval Air Station, Sigonella
(NASSIG).

2.  Cancellation.  NASSIGINST 1754.2M

3.  Scope.  This instruction is applicable to all military
personnel, DoD civilian personnel and their family members
assigned to NAS Sigonella and tenant commands.

4.  Definitions.  For the purpose of this instruction, the
following definitions apply:

    a.  Sponsor.  U.S. military member or DoD civilian employee
assigned to Sigonella, Italy under PCS orders.

    b.  Command Sponsorship.  Authorization granted by
Commanding Officer, NAS Sigonella authorizing family members to
reside with their sponsors in Sicily and receive privileges
under the Status of Forces Agreement (SOFA).

    c.  Command-sponsored Family Member.  A family member whose
sponsor is granted authorization for him/her to reside in the
vicinity of U.S. Naval Air Station, Sigonella.  If a spouse is
command-sponsored, children born of the marriage during the
current tour of duty are considered command-sponsored at birth.

Ex 2

NASSIGINST 1754.2N
11 Jan 06

In the case of military-married-to-military or a single female
on active duty, the child is not considered command-sponsored at
birth, and a request for command sponsorship must be submitted.

    d.  Acquired Family Member.  An individual who becomes a
family member through marriage, adoption, judicial
determination, or other action during the course of a sponsor's
current tour of assigned duty.  In the case of military-married-
to-military, a member separating from the service becomes an
acquired family member of the active duty member on the day of
separation and command sponsorship must be requested **prior to
separation**.  Per reference (a), members who acquire family
members in a location other than Sicily after arrival are not
authorized travel at government expense for their family
members.  Acquired family members will be authorized to travel
at government expense when departing Sigonella on PCS orders if
command sponsorship is granted.

    e.  Non-Command-Sponsored Family Member.  A family member
whose sponsor does not qualify for and/or is not granted
authorization for them to reside in the vicinity of Sigonella.

5.  Background.  Before arrival, members electing an accompanied
tour, following procedures outlined in references (a) and (b),
will receive authorization (in their PCS orders) for concurrent
travel to have their family members accompany them.  These
family members are automatically command-sponsored.  This
instruction pertains to members who acquire family members after
execution of their orders (e.g., in transit or after arrival at
Sigonella), and members who elected an unaccompanied tour and,
at a later date, decide to have the family members reside in
Sigonella.

6.  Privileges.  Include but are not limited to:

    a.  Eligibility for government owned or leased housing
(military only).

    b.  Use of Navy Exchange and Commissary facilities.

    c.  Eligibility for employment as a command-sponsored family
member.

    d.  Right to a sojourner's permit as a family member of a
NATO Forces member in Italy.

2

NASSIGINST 1754.2N
11 Jan 06

e. Eligibility for a government issued Italian driver's license translation.

f. Right to a no-fee U.S. passport and "Family Member" VISA issued by the Italian Consulate.

g. Eligibility for space available and Environmental and Morale Leave (EML) space available transportation per reference (a).

h. Rights guaranteed to members of the "Force" under NATO SOFA and applicable Italian treaties.

i. Tuition-free enrollment in Department of Defense Dependent Schools (DoDDS).

j. Eligibility to use non-emergency medical and dental facilities.

7. <u>Policy</u>. As Senior Area Coordinator, Commanding Officer, NAS Sigonella will review all requests for command sponsorship. Additionally, command sponsorship will become effective from the date of determination and cannot be retroactively granted for any reason.

8. <u>Procedures</u>

a. Perform financial screenings as outlined in reference (c).

(1) For E4 and below their Debt to Income Ratio does not exceed 30 percent and for E5, W2, and O1 and above, the member does not have any outstanding or unresolved Letters of Indebtedness or outstanding returned checks for insufficient funds.

(2) The Command Financial Specialist will ensure the member completes a Financial Planning Worksheet.

(3) The Command Financial Specialist will ensure the member is counseled on the projected living expenses at the overseas location and on the need for the member to fully understand their expenses, entitlements, and pay and allowance changes related to the Permanent Change of Station move.

3

NASSIGINST 1754.2N
11 Jan 06

b.  Have sufficient contractual obligated service to
complete an "accompanied" tour (three years).

c.  Request PRD extension, if needed, to complete the
"accompanied" tour.  Members who have already extended
their PRD to three years or members who are serving on a
consecutive overseas tour in Sigonella need not request
another extension.

d.  All family members must meet overseas suitability
screening (OSS) requirements, including medical and dental
screening, per reference (d) prior to arrival at Sigonella.  The
only exceptions to this rule are newborns born locally, and
local national spouses, in which case the screening can be done
after birth or marriage.  For military personnel married to
military and separating locally, the screening must be completed
prior to the local separation date for command sponsorship.

e.  Provide all necessary documentation per enclosures (1)
or (2).

f.  Submit entire command sponsorship request package
through chain of command to Commanding Officer, NAS Sigonella
for final authorization.

9.  Command sponsorship will automatically terminate when the
sponsor detaches on PCS orders, is discharged, or separates from
the military and is no longer considered a member of the "Force"
by SOFA.  Additionally, command sponsorship of children will
automatically terminate when the child reaches the age of 21,
unless enrolled full-time in an institution of higher learning,
in this case, sponsorship will cease when the student reaches 23
years of age.  Additionally, when a family member is determined
as "not residing" with the member (e.g. returned to CONUS early
under Article U5900 of reference (a)), command sponsorship is
terminated.

10.  Requests for an extension of logistical support after the
member departs Sigonella can only be approved by Commanding
Officer, NAS Sigonella.  Permissible cases are departing
sponsors with school-aged dependents or dependents that require
urgent medical care, in both cases the request will not extend
beyond 60 days.  Members who desire to have family members
remain at NAS Sigonella in a command-sponsored status

4

NASSIGINST 1754.2N
11 Jan 06

must submit a written request through the chain of command to
Commanding Officer, NAS SIGONELLA, via the Housing Director, and
Regional Legal Service Office requesting Extension of Logistical
Support (ELS) at least 30 days prior to member's departure.  The
request should detail the reason the ELS is required.

11.  Members must be apprised that all overseas monetary
allowances will cease the day prior to the member's departure
unless an exception to policy is approved by Commander, Navy
Personnel Command (PERS-451H).

12.  Forms.  NASSIG Form 1754/1 and 1754/2, Checklist for
Command Sponsorship, are available from departmental Admin
Offices and Executive Admin.

J. STUYVESANT

Distribution:  (NASSIGINST 5216.3 Series)
Lists I & II

5

NASSIGINST 1754.2N
11 Jan 06

## CHECKLIST FOR MILITARY COMMAND SPONSORSHIP

NAME: _____

RANK/RATE: _____     SSN: _____

COMMAND/DEPARTMENT: _____     WORK PHONE: _____

DATE OF ARRIVAL: _____     PRD: _____

Command Sponsorship is requested for the following personnel:

| NAME | RELATIONSHIP | AGE OF CHILD(REN) |
|------|--------------|-------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

------------------------------------------------------

REQUIRED DOCUMENTS (PROVIDE ALL DOCUMENTS TO EXEC ADMIN)

1.  Copy of marriage certificate (If applicable)          _____

2.  Copy of birth certificate for child(ren)              _____
    (If applicable)

3.  Copy of DD 214 for prior military spouse              _____
    (If applicable)

4.  Copy of updated Page 2 (with family member info)      _____

5.  Completed report of suitability for Overseas          _____
    Assignment documentation for family members.

6.  Copy of completed Financial Planning Worksheet        _____

7.  Statement by SJA that the background investigation
    was completed and results (Non-U.S. spouses only).

8.  Family Advocacy Representative Endorsement from        _____
    Navy Family Service Center

9.  If requesting sponsorship for child(ren) of a         _____
    previous marriage, copy of decree granting custody

10. Copy of BUPERS Order modification/PRD Extension       _____

11. Special Request Chit                                  _____

NASSIG FORM 1754/1                          Enclosure (1)

NASSIGINST 1754.2N
11 Jan 06

## CHECKLIST FOR DOD CIVILIAN COMMAND SPONSORSHIP
### (not for use by local hires or contractors)

NAME:_____

RANK:_____        SSN:_____

COMMAND/DEPARTMENT:_____  WORK PHONE:_____

DATE OF ARRIVAL:_____  TENTATIVE DEPARTURE DATE:_____

Command Sponsorship is requested for the following personnel:

| NAME | RELATIONSHIP | AGE OF CHILD(REN) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---------------------------------------------------------------

REQUIRED DOCUMENTS (PROVIDE ALL DOCUMENTS TO BASE ADMIN)

1.  Copy of statement of employment.                    _____

2.  Copy of marriage certificate (If applicable)        _____

3.  Copy of birth certificate for child(ren)            _____
    (If applicable)

4.  Copy of updated Personnel Record                    _____
    (with family member information)

5.  Copy of DD 214 for prior military spouse            _____
    (If applicable)

6.  Copy of GS employee's tourist or no-fee             _____
    official passport

7.  Copy of employee's Sojourner permit                 _____

8.  Statement by NCIS that the background investigation _____
    was completed and results.

9.  Completed report of suitability for Overseas        _____
    Assignment documentation for family members.

10. If requesting sponsorship for child(ren) of a       _____
    previous marriage, copy of decree granting custody

NASSIG FORM 1754/2                          Enclosure (2)