# Defendants' Exhibit No. 4

## Marvin Green v. Joseph Stuyveant, Captain, United States Navy, et al., Civil Action No. 06-1434 (RBW)

| REQUEST AND AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY TRAVEL | 1. DATE REQUESTED |
|---|---|
| (Reference: Joint Travel Regulations) TRAVEL AUTHORIZED HEREIN AS NECESSARY IN THE PUBLIC SERVICE | 04-Mar-97 |

### REQUEST FOR OFFICIAL TRAVEL

**2. NAME** (Last, First, Middle Initial)
GREEN, MARVIN E    SSN:

**3. NEW POSITION TITLE AND GRADE OR RATING**
COMPUTER SPECIALIST, GS-0334-12

**4. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL PLACE OF RESIDENCE**
MIS Division - Pacific Service Center; Okinawa, Japan
PSC 566, Box 796; FPO AP 96368-0796

**5. NEW OFFICIAL STATION AND LOCATION, ACTUAL PLACE OF RESIDENCE, OR ALTERNATE DESTINATION**
Sigonella ES/HS; Sigonella, Italy

**DUTY REPORTING DATE AT NEW STATION** o/a 28 Apr 97

**6. PURPOSE OF TRAVEL**
[X] TRAVEL BETWEEN OFFICIAL STATIONS
[ ] RETURN FROM OVERSEAS FOR SEPARATION
[ ] RENEWAL AGREEMENT TRAVEL
[ ] OTHER

**7. MODE OF TRANSPORTATION**
[X] GOVERNMENT  [ ] RAIL  [ ] AIR  [ ] BUS  [ ] OTHER
[X] COMMERCIAL  [X] TO BE DETERMINED BY TRANSPORTATION OFFICER

**PRIVATELY OWNED CONVEYANCE**
[X] ADVANTAGEOUS  [X] AUTOMOBILE
[ ] NOT ADVANTAGEOUS  [ ] OTHER (Specify)
**RATE PER MILE** $ IAW JTR

**8. PER DIEM FOR EMPLOYEE AND DEPENDENTS** (If applicable) AUTHORIZED PER JTR

**9. ROUND TRIP TRAVEL, NOT TO EXCEED ___ CALENDAR DAYS INCLUDING TRAVEL TIME** [ ] IS [X] IS NOT AUTHORIZED TO SEEK PERMANENT RESIDENCE

**10. TEMPORARY QUARTERS SUBSISTENCE EXPENSE** [ ] IS [X] IS NOT AUTHORIZED FOR ___ DAYS

**11.** [X] MISCELLANEOUS EXPENSES  [ ] REAL ESTATE EXPENSES  [ ] UNEXPIRED LEASE EXPENSES ARE AUTHORIZED PER JTR

**12. DEPENDENT OVERSEA TRAVEL** [X] CONCURRENT [X] DELAYED [ ] EARLY RETURN [ ] NOT AUTHORIZED

**13. TRANSPORTATION OF DEPENDENTS AUTHORIZED**
FROM Okinawa, Japan    TO Sigonella, Italy

| NAMES OF DEPENDENTS | RELATIONSHIP | DATE OF BIRTH (Children) |
|---|---|---|
| TOROK, Sophia V. | Spouse | |
| GREEN, Sheldon S. | Son | |

**14.** [X] SHIPMENT OF HOUSEHOLD GOODS AUTHORIZED NOT IN EXCESS OF 18,000 lbs. (Net Weight in Pounds)
FROM Okinawa, Japan and NTS    TO Sigonella, Italy

**NONTEMPORARY STORAGE OF HOUSEHOLD GOODS AUTHORIZED** [X] YES [ ] NO

**15. OVERSEA SHIPMENT OF PRIVATELY OWNED MOTOR VEHICLE AUTHORIZED** [X] YES [ ] NO

**16. ADVANCE AUTHORIZED** $ IAW JTR

**17. REMARKS OR OTHER AUTHORIZATION** (Use this space for special requirements, leave, excess baggage, etc. or other authorizations)
Items 1, 2, 3, 4, 5, 6, 7, 9, 11, 13, 14, 23 and 24 on reverse apply.
Travel to commence o/a 14 Apr 97.
Authorized a delay enroute at employee's expense.

Delayed travel for: TOROK, Sophia V., GREEN, Sheldon S.

**18. ESTIMATED COST**
PER DIEM $ 2,250.00  TRAVEL $ 1,650.00  OTHER $ 6,700.00  TOTAL $ 10,600.00

**19. TRANSPORTATION AGREEMENT SIGNED** [X] YES [ ] NO

**20. REQUESTING OFFICIAL** (Title and Signature)
Rodger Knight
Personnel Assistant
*/s/ Rodger S. Knight*

**21. APPROVING OFFICIAL** (Title and Signature)
Patricia Card
Personnel Management Specialist
*/s/ Patricia Card*

### AUTHORIZATION

**22. ACCOUNTING CITATION**
97701 0R.40IT P8950 4583 2141 2142 1225 2235 PC71725 S49451 TAC: HE7P S49451 APC: 99FA
CIC: 1MA1A/2/1225/49451

**23. ORDER AUTHORIZING OFFICIAL** (Title and Signature) OR AUTHENTICATION
Richard Sant
Chief, Fiscal Division
DoDEA
*/s/ Algaier W. Santa*

**24. DATE ISSUED** 05 Mar 97

**25. TRAVEL ORDER NUMBER** PC71725

**DD FORM 1614, JUL 87**    S/N 0102-LF-016-9200