# Defendants' Exhibit No. 6

## Marvin Green v. Joseph Stuyveant, Captain, United States Navy, et al., Civil Action No. 06-1434 (RBW)

Sophia Torok                                          June 29, 2006
PSC 812 Unit 2630
FPO AE 09627

Dear Captain Stuyvesant,

I urge you to reconsider the debarment of Sheldon Green and myself from Air Station, Sigonella. I base this request on two separate grounds.

1. The validity of my sponsor status is a matter pending review by U.S. District Court for the District of Columbia in "Marvin Green vs. DODDS-E [06-1009-RBW]."

2. Your actions in constructively terminating my employment, follows closely subsequent to my notification to Congressman Waxman of your failure to follow due process.

Sincerely,

Sophia Torok

EX 6