# Defendants' Exhibit No. 7

## Marvin Green v. Joseph Stuyveant, Captain, United States Navy, et al., Civil Action No. 06-1434 (RBW)



**DEPARTMENT OF THE NAVY**
U.S. NAVAL AIR STATION, SIGONELLA, ITALY
PSC 812 BOX 1000
FPO AE 09627-1000

5800
Ser 00/ 940
JUL 05 2006

Mrs. Sophia Torok
PSC 808 Box 15
FPO AE 09618

Dear Mrs. Torok:

This letter responds to your request of June 29, 2006 that I reconsider my decision to revoke your access to U.S. Naval Air Station Sigonella installations.

I have carefully considered your request and the two grounds upon which your request is based. Your appeal is denied.

My decision to bar you from the installation was based on several factors, including your suspected drunk driving on the installation, your failure to cooperate with security patrolmen, your subsequent suspected violation of my order not to drive on the installation, and your failure to produce evidence that you have permission from the government of Italy to live and work in Sicily.

I have no knowledge of the case of Marvin Green v. DoDDS that you cite in your request. I was also unaware that you had communicated with a congressman. These issues are not relevent my decision to bar you from the installation.

Sincerely,

J. Stuyvesant
Captain, U. S. Navy
Commanding Officer

EX.7