# Defendants' Exhibit No. 2

## Marvin Green v. Joseph Stuyveant, Captain, United States Navy, et al.,
### Civil Action No. 06-1434 (RBW)



**DEPARTMENT OF THE NAVY**
U.S. NAVAL AIR STATION, SIGONELLA, ITALY
PSC 812 BOX 1000
FPO AE 09627-1000

```
                                    NASSIGINST 1754.2N
                                    EXEC
                                    11 Jan 06
```

NAS SIGONELLA INSTRUCTION 1754.2N

Subj: COMMAND SPONSORSHIP AT U.S. NAVAL AIR STATION, SIGONELLA

Ref: (a) Joint Federal Travel Regulations
     (b) OPNAVINST 1300.14C
     (c) OPNAVINST 1740.5A
     (d) MILPERSMAN 1300-170
     (e) MILPERSMAN 7220-240

Encl: (1) Checklist for Military Command Sponsorship
          (NASSIG 1754/1)
      (2) Checklist for DoD Civilian Command Sponsorship
          (NASSIG 1754/2)

1. Purpose. To promulgate procedures for requesting command sponsorship for family members of U.S. military personnel and civilian employees beyond the execution of Permanent Change of Station (PCS) orders at U.S. Naval Air Station, Sigonella (NASSIG).

2. Cancellation. NASSIGINST 1754.2M

3. Scope. This instruction is applicable to all military personnel, DoD civilian personnel and their family members assigned to NAS Sigonella and tenant commands.

4. Definitions. For the purpose of this instruction, the following definitions apply:

   a. Sponsor. U.S. military member or DoD civilian employee assigned to Sigonella, Italy under PCS orders.

   b. Command Sponsorship. Authorization granted by Commanding Officer, NAS Sigonella authorizing family members to reside with their sponsors in Sicily and receive privileges under the Status of Forces Agreement (SOFA).

   c. Command-sponsored Family Member. A family member whose sponsor is granted authorization for him/her to reside in the vicinity of U.S. Naval Air Station, Sigonella. If a spouse is command-sponsored, children born of the marriage during the current tour of duty are considered command-sponsored at birth.

Ex 2

NASSIGINST 1754.2N
11 Jan 06

In the case of military-married-to-military or a single female on active duty, the child is not considered command-sponsored at birth, and a request for command sponsorship must be submitted.

   d. <u>Acquired Family Member</u>.  An individual who becomes a family member through marriage, adoption, judicial determination, or other action during the course of a sponsor's current tour of assigned duty.  In the case of military-married-to-military, a member separating from the service becomes an acquired family member of the active duty member on the day of separation and command sponsorship must be requested **<u>prior to separation</u>**.  Per reference (a), members who acquire family members in a location other than Sicily after arrival are not authorized travel at government expense for their family members.  Acquired family members will be authorized to travel at government expense when departing Sigonella on PCS orders if command sponsorship is granted.

   e. <u>Non-Command-Sponsored Family Member</u>.  A family member whose sponsor does not qualify for and/or is not granted authorization for them to reside in the vicinity of Sigonella.

5. <u>Background</u>.  Before arrival, members electing an accompanied tour, following procedures outlined in references (a) and (b), will receive authorization (in their PCS orders) for concurrent travel to have their family members accompany them.  These family members are automatically command-sponsored.  This instruction pertains to members who acquire family members after execution of their orders (e.g., in transit or after arrival at Sigonella), and members who elected an unaccompanied tour and, at a later date, decide to have the family members reside in Sigonella.

6. <u>Privileges</u>.  Include but are not limited to:

   a. Eligibility for government owned or leased housing (military only).

   b. Use of Navy Exchange and Commissary facilities.

   c. Eligibility for employment as a command-sponsored family member.

   d. Right to a sojourner's permit as a family member of a NATO Forces member in Italy.

NASSIGINST 1754.2N
11 Jan 06

    e. Eligibility for a government issued Italian driver's license translation.

    f. Right to a no-fee U.S. passport and "Family Member" VISA issued by the Italian Consulate.

    g. Eligibility for space available and Environmental and Morale Leave (EML) space available transportation per reference (a).

    h. Rights guaranteed to members of the "Force" under NATO SOFA and applicable Italian treaties.

    i. Tuition-free enrollment in Department of Defense Dependent Schools (DoDDS).

    j. Eligibility to use non-emergency medical and dental facilities.

7. <u>Policy</u>. As Senior Area Coordinator, Commanding Officer, NAS Sigonella will review all requests for command sponsorship. Additionally, command sponsorship will become effective from the date of determination and cannot be retroactively granted for any reason.

8. <u>Procedures</u>

    a. Perform financial screenings as outlined in reference (c).

        (1) For E4 and below their Debt to Income Ratio does not exceed 30 percent and for E5, W2, and O1 and above, the member does not have any outstanding or unresolved Letters of Indebtedness or outstanding returned checks for insufficient funds.

        (2) The Command Financial Specialist will ensure the member completes a Financial Planning Worksheet.

        (3) The Command Financial Specialist will ensure the member is counseled on the projected living expenses at the overseas location and on the need for the member to fully understand their expenses, entitlements, and pay and allowance changes related to the Permanent Change of Station move.

3

NASSIGINST 1754.2N
11 Jan 06

    b. Have sufficient contractual obligated service to complete an "accompanied" tour (three years).

    c. Request PRD extension, if needed, to complete the "accompanied" tour. Members who have already extended their PRD to three years or members who are serving on a consecutive overseas tour in Sigonella need not request another extension.

    d. All family members must meet overseas suitability screening (OSS) requirements, including medical and dental screening, per reference (d) prior to arrival at Sigonella. The only exceptions to this rule are newborns born locally, and local national spouses, in which case the screening can be done after birth or marriage. For military personnel married to military and separating locally, the screening must be completed prior to the local separation date for command sponsorship.

    e. Provide all necessary documentation per enclosures (1) or (2).

    f. Submit entire command sponsorship request package through chain of command to Commanding Officer, NAS Sigonella for final authorization.

9. Command sponsorship will automatically terminate when the sponsor detaches on PCS orders, is discharged, or separates from the military and is no longer considered a member of the "Force" by SOFA. Additionally, command sponsorship of children will automatically terminate when the child reaches the age of 21, unless enrolled full-time in an institution of higher learning, in this case, sponsorship will cease when the student reaches 23 years of age. Additionally, when a family member is determined as "not residing" with the member (e.g. returned to CONUS early under Article U5900 of reference (a)), command sponsorship is terminated.

10. Requests for an extension of logistical support after the member departs Sigonella can only be approved by Commanding Officer, NAS Sigonella. Permissible cases are departing sponsors with school-aged dependents or dependents that require urgent medical care, in both cases the request will not extend beyond 60 days. Members who desire to have family members remain at NAS Sigonella in a command-sponsored status

NASSIGINST 1754.2N
11 Jan 06

must submit a written request through the chain of command to Commanding Officer, NAS SIGONELLA, via the Housing Director, and Regional Legal Service Office requesting Extension of Logistical Support (ELS) at least 30 days prior to member's departure. The request should detail the reason the ELS is required.

11. Members must be apprised that all overseas monetary allowances will cease the day prior to the member's departure unless an exception to policy is approved by Commander, Navy Personnel Command (PERS-451H).

12. Forms. NASSIG Form 1754/1 and 1754/2, Checklist for Command Sponsorship, are available from departmental Admin Offices and Executive Admin.

J. STUYVESANT

Distribution:  (NASSIGINST 5216.3 Series)
Lists I & II

5

```
                                              NASSIGINST 1754.2N
                                              11 Jan 06
```

## CHECKLIST FOR MILITARY COMMAND SPONSORSHIP

NAME: _____

RANK/RATE: _____   SSN: _____

COMMAND/DEPARTMENT: _____   WORK PHONE: _____

DATE OF ARRIVAL: _____   PRD: _____

Command Sponsorship is requested for the following personnel:

| NAME | RELATIONSHIP | AGE OF CHILD(REN) |
|------|--------------|-------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

REQUIRED DOCUMENTS (PROVIDE ALL DOCUMENTS TO EXEC ADMIN)

1. Copy of marriage certificate (If applicable)                       _____

2. Copy of birth certificate for child(ren)
   (If applicable)                                                    _____

3. Copy of DD 214 for prior military spouse
   (If applicable)                                                    _____

4. Copy of updated Page 2 (with family member info)                   _____

5. Completed report of suitability for Overseas
   Assignment documentation for family members.                       _____

6. Copy of completed Financial Planning Worksheet                     _____

7. Statement by SJA that the background investigation
   was completed and results (Non-U.S. spouses only).                 _____

8. Family Advocacy Representative Endorsement from
   Navy Family Service Center                                         _____

9. If requesting sponsorship for child(ren) of a
   previous marriage, copy of decree granting custody                 _____

10. Copy of BUPERS Order modification/PRD Extension                   _____

11. Special Request Chit                                              _____


NASSIG FORM 1754/1                                        Enclosure (1)

NASSIGINST 1754.2N
11 Jan 06

## CHECKLIST FOR DOD CIVILIAN COMMAND SPONSORSHIP
(not for use by local hires or contractors)

NAME:_____

RANK:_____    SSN:_____

COMMAND/DEPARTMENT:_____    WORK PHONE:_____

DATE OF ARRIVAL:_____ TENTATIVE DEPARTURE DATE:_____

Command Sponsorship is requested for the following personnel:

| NAME | RELATIONSHIP | AGE OF CHILD(REN) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

REQUIRED DOCUMENTS (PROVIDE ALL DOCUMENTS TO BASE ADMIN)

1. Copy of statement of employment.    _____

2. Copy of marriage certificate (If applicable)    _____

3. Copy of birth certificate for child(ren) (If applicable)    _____

4. Copy of updated Personnel Record (with family member information)    _____

5. Copy of DD 214 for prior military spouse (If applicable)    _____

6. Copy of GS employee's tourist or no-fee official passport    _____

7. Copy of employee's Sojourner permit    _____

8. Statement by NCIS that the background investigation was completed and results.    _____

9. Completed report of suitability for Overseas Assignment documentation for family members.    _____

10. If requesting sponsorship for child(ren) of a previous marriage, copy of decree granting custody    _____

NASSIG FORM 1754/2                                    Enclosure (2)