# Defendants' Exhibit No. 4

## <u>Marvin Green v. Joseph Stuyveant, Captain,<br>United States Navy, et al.,</u><br>Civil Action No. 06-1434 (RBW)

| REQUEST AND AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY TRAVEL<br>*(Reference Joint Travel Regulations)*<br>TRAVEL AUTHORIZED HEREIN AS NECESSARY IN THE PUBLIC SERVICE | 1. DATE REQUESTED<br>*04-Mar-97* |
|---|---|

**REQUEST FOR OFFICIAL TRAVEL**

| 2. NAME *(Last, First, Middle Initial)*<br>*GREEN, MARVIN E*      SSN: | 3. NEW POSITION TITLE AND GRADE OR RATING<br>*COMPUTER SPECIALIST, GS-0334-12* |
|---|---|
| 4. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL PLACE OF RESIDENCE<br>*MIS Division – Pacific Service Center, Okinawa, Japan*<br>*PSC 566, Box 796; FPO AP 96248-0796* | 5. NEW OFFICIAL STATION AND LOCATION, ACTUAL PLACE OF RESIDENCE, OR ALTERNATE DESTINATION<br>*Sigonella ES455; Sigonella, Italy*<br><br>DUTY REPORTING DATE AT NEW STATION: *o/a 28 Apr 97* |

| 6. PURPOSE OF TRAVEL |  |  |  |
|---|---|---|---|
| ☐ RETURN FROM OVERSEAS FOR SEPARATION | ☒ TRAVEL BETWEEN OFFICIAL STATIONS | ☐ RENEWAL AGREEMENT TRAVEL | ☐ OTHER *(Specify)* |

| 7. MODE OF TRANSPORTATION | ☒ GOVERNMENT | ☐ RAIL | ☐ AIR | ☐ BUS | ☐ OTHER *(Specify)* | PRIVATELY OWNED CONVEYANCE |  | RATE PER MILE |
|---|---|---|---|---|---|---|---|---|
|  | ☐ COMMERCIAL | ☒ TO BE DETERMINED BY TRANSPORTATION OFFICER |  |  |  | ☒ ADVANTAGEOUS<br>☐ NOT ADVANTAGEOUS | ☐ AUTOMOBILE<br>☐ OTHER *(Specify)* | *$ IAW JTR* |

| 8. PER DIEM FOR EMPLOYEE AND DEPENDENTS *(if applicable)* AUTHORIZED PER JTR. | 9. ROUND TRIP TRAVEL, NOT TO EXCEED _____ CALENDAR DAYS INCLUDING TRAVEL |
|---|---|
|  | TIME ☐ IS   ☒ IS NOT   AUTHORIZED TO SEEK PERMANENT RESIDENCE |

| 10. TEMPORARY QUARTERS SUBSISTENCE EXPENSE ☐ IS   ☒ IS NOT   AUTHORIZED FOR _____ DAYS |
|---|

| 11. ☒ MISCELLANEOUS EXPENSES | ☐ REAL ESTATE EXPENSES | ☐ UNEXPIRED LEASE EXPENSES ARE AUTHORIZED PER JTR |
|---|---|---|

| 12. DEPENDENT OVERSEA TRAVEL | ☒ CONCURRENT | ☒ DELAYED | ☐ EARLY RETURN | ☐ NOT AUTHORIZED |
|---|---|---|---|---|

| 13. | FROM  *Okinawa, Japan* | | TO  *Sigonella, Italy* | |
|---|---|---|---|---|
| TRANSPORTATION OF DEPENDENTS AUTHORIZED | NAMES OF DEPENDENTS | | RELATIONSHIP | DATE OF BIRTH *(Children)* |
|  | *TOROK, Sophia V.* | | *Spouse* | |
|  | *GREEN, Sheldon S.* | | *Son* | |

| 14. ☒ SHIPMENT OF HOUSEHOLD GOODS AUTHORIZED NOT IN EXCESS OF  *18,000 lbs.* *      *(Net Weight in Pounds)* | NONTEMPORARY STORAGE OF HOUSEHOLD GOODS AUTHORIZED |
|---|---|
| FROM  *Okinawa, Japan and NTS*                          TO  *Sigonella, Italy* | ☒ YES   ☐ NO |

| 15. OVERSEA SHIPMENT OF PRIVATELY OWNED MOTOR VEHICLE AUTHORIZED | 16. ADVANCE AUTHORIZED |
|---|---|
| ☒ YES   ☐ NO | $ IAW JTR |

17. REMARKS OR OTHER AUTHORIZATION *(Use this space for special requirements, items, excess baggage, etc. or other authorizations)*
*Items 1, 2, 3, 4, 5, 6, 7, 9, 12, 13, 14, 23 and 24 on reverse apply.*
*Travel to commence o/a 14 Apr 97.*
*Authorized a delay enroute at employee's expense.*




*Delayed travel for: TOROK, Sophia V., GREEN, Sheldon S.*

| 18. ESTIMATED COST | PER DIEM | TRAVEL | OTHER | TOTAL | 19. TRANSPORTATION AGREEMENT SIGNED |
|---|---|---|---|---|---|
|  | *$ 2,258.00* | *$ 1,650.00* | *$ 6,700.00* | *$ 10,600.00* | ☒ YES   ☐ NO |

| 20. REQUESTING OFFICIAL *(Title and Signature)*<br>*Rodger Knight*<br>*Personnel Assistant*       *Rodger G. Knight* | 21. APPROVING OFFICIAL *(Title and Signature)*<br>*Patricia Card*<br>*Personnel Management Specialist*      *Patricia Card* |
|---|---|

**AUTHORIZATION**

| 22. ACCOUNTING CITATION<br>*97701 0L6017 F8550 4582 2142 2142 1225 2235 PC21725 S49451 TAC: HE7P S49451 APC: 99FA*<br>*CIC: 1/9A1A/21/1225 S49451* |
|---|

| 23. ORDER AUTHORIZING OFFICIAL *(Title and Signature)* OR AUTHENTICATION<br>*Richard Spat*<br>*Chief, Fiscal Division*<br>*DoDEA*        *Algin W Santa* | 24. DATE ISSUED<br>*05 Mar 97* |
|---|---|
|  | 25. TRAVEL ORDER NUMBER<br>*PC72725* |

DD FORM 1614    S/N 0102-LF-015-9200