# Defendant's Exhibit No. 3

## Marvin Green v. Joseph Stuyveant, Captain, United States Navy,
## Civil Action No. 06-1434 (RBW)

| REQUEST AND AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY TRAVEL<br>(Reference Joint Travel Regulations)<br>TRAVEL AUTHORIZED HEREIN AS NECESSARY IN THE PUBLIC SERVICE | 1. DATE REQUESTED<br>04-Mar-97 |
|---|---|

### REQUEST FOR OFFICIAL TRAVEL

| 2. NAME (Last, First, Middle Initial)<br>GREEN, MARVIN E         SSN: | 3. NEW POSITION TITLE AND GRADE OR RATING<br>COMPUTER SPECIALIST, GS-0334-12 |
|---|---|
| 4. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL PLACE OF RESIDENCE<br>NIS Division - Pacific Service Center; Okinawa, Japan<br>PSC 566, Box 796; FPO AP 96368-0796 | 5. NEW OFFICIAL STATION AND LOCATION, ACTUAL PLACE OF RESIDENCE, OR ALTERNATE DESTINATION<br>Sigonella ESDIS; Sigonella, Italy |
|  | DUTY REPORTING DATE AT NEW STATION o/a 28 Apr 97 |

**6. PURPOSE OF TRAVEL**
- [ ] RETURN FROM OVERSEAS FOR SEPARATION
- [x] TRAVEL BETWEEN OFFICIAL STATIONS
- [ ] RENEWAL AGREEMENT TRAVEL
- [ ] OTHER

**7. MODE OF TRANSPORTATION**
- [x] GOVERNMENT
- [x] COMMERCIAL
- [ ] RAIL
- [ ] AIR
- [ ] BUS
- [ ] OTHER (Specify)
- [x] TO BE DETERMINED BY TRANSPORTATION OFFICER

**PRIVATELY OWNED CONVEYANCE**
- [x] ADVANTAGEOUS
- [ ] NOT ADVANTAGEOUS
- [x] AUTOMOBILE
- [ ] OTHER (Specify)
- RATE PER MILE: $ IAW JTR

**8. PER DIEM FOR EMPLOYEE AND DEPENDENTS (If applicable) AUTHORIZED PER JTR**

**9. ROUND TRIP TRAVEL NOT TO EXCEED** TIME [ ] IS [x] IS NOT — CALENDAR DAYS INCLUDING TRAVEL AUTHORIZED TO SEEK PERMANENT RESIDENCE

**10. TEMPORARY QUARTERS SUBSISTENCE EXPENSE** [ ] IS [x] IS NOT AUTHORIZED FOR _____ DAYS

**11.** [x] MISCELLANEOUS EXPENSES [ ] REAL ESTATE EXPENSES [ ] UNEXPIRED LEASE EXPENSES ARE AUTHORIZED PER JTR

**12. DEPENDENT OVERSEA TRAVEL** [x] CONCURRENT [x] DELAYED [ ] EARLY RETURN [ ] NOT AUTHORIZED

**13. TRANSPORTATION OF DEPENDENTS AUTHORIZED**

| FROM Okinawa, Japan | | TO Sigonella, Italy | |
|---|---|---|---|
| NAMES OF DEPENDENTS | | RELATIONSHIP | DATE OF BIRTH (Children) |
| TOROK, Sophia V. | | Spouse | |
| GREEN, Sheldon S. | | Son | |

**14.** [x] SHIPMENT OF HOUSEHOLD GOODS AUTHORIZED NOT IN EXCESS OF 18,000 lbs. * (Net Weight in Pounds)
FROM Okinawa, Japan and NTS     TO Sigonella, Italy
NONTEMPORARY STORAGE OF HOUSEHOLD GOODS AUTHORIZED [x] YES [ ] NO

**15. OVERSEA SHIPMENT OF PRIVATELY OWNED MOTOR VEHICLE AUTHORIZED** [x] YES [ ] NO

**16. ADVANCE AUTHORIZED** $ IAW JTR

**17. REMARKS OR OTHER AUTHORIZATION** (Use this space for special requirements, items, excess baggage, etc. or other authorizations)
Items 1, 2, 3, 4, 5, 6, 7, 9, 11, 13, 14, 23 and 24 on reverse apply.
Travel to commence o/a 14 Apr 97.
Authorized a delay enroute at employee's expense.

Delayed travel for: TOROK, Sophia V., GREEN, Sheldon S.

**18. ESTIMATED COST**
| PER DIEM | TRAVEL | OTHER | TOTAL |
|---|---|---|---|
| $ 2,250.00 | $ 1,650.00 | $ 6,700.00 | $ 10,600.00 |

**19. TRANSPORTATION AGREEMENT SIGNED** [x] YES [ ] NO

**20. REQUESTING OFFICIAL** (Title and Signature)
Rodger Knight
Personnel Assistant
/s/ Rodger A. Knight

**21. APPROVING OFFICIAL** (Title and Signature)
Patricia Card
Personnel Management Specialist
/s/ Patricia Card

### AUTHORIZATION

**22. ACCOUNTING CITATION**
97701 08.601T P8950 4582 2141 2142 1225 2235 PC71725 S49451 TAC: HE7P S49451 APC: 99FA
CIC: 1/0/A14/7/1725/S49451

**23. ORDER AUTHORIZING OFFICIAL** (Title and Signature) OR AUTHENTICATION
Richard Sasi
Chief, Fiscal Division
DoDEA
/s/ Algeria N. Stanton

**24. DATE ISSUED** 05 Mar 97

**25. TRAVEL ORDER NUMBER** PC71725

DD FORM 1614, JUL 87                                    S/N 0102-LF-016-9200