# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, )<br>o/b/o the minor child SG, )<br>)<br>Plaintiff, )<br>v. ) Civil Action No. 06-1434 (RBW)<br>)<br>JOSEPH STUYVESANT, )<br>Captain, U.S. Navy, )<br>)<br>Defendant. ) | |

## ERRATA

The Defendant, through counsel, the United States Attorney for the District of Columbia, hereby files the attached Exhibit #4 which should replace Exhibit #4 which was inadvertently filed with Defendant's Memorandum in Opposition to Plaintiff's Motions for Temporary Restraining Orders.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6531

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2006, I caused the foregoing to be served first class mail, postage prepaid, addressed as follows:

Marvin E. Green
PSC 808 Box 15
FPO AE 09618

and

Marvin E. Green
220 Pinckney Street, Apt. B
San Antonio, Texas 78209-6904

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney