# REQUEST/AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY OR TEMPORARY CHANGE OF STATION (TCS) TRAVEL

*(Reference: Joint Travel Regulations) (Read Privacy Act Statement on back before completing form.)*

## SECTION I - REQUEST FOR OFFICIAL TRAVEL

| 1. DATE (YYYYMMDD) | 2. NAME (Last, First, Middle) | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| 8 Jun 2005 | GREEN MARVIN E | |

| 4. NEW POSITION TITLE | 5. GRADE OR RATING | 6. RETIREMENT CODE |
|---|---|---|
| Information Technology Specialist (Network) | GS-2210-12 | X |

| 7. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL RESIDENCE | 8. NEW OFFICIAL STATION AND LOCATION, ACTUAL RESIDENCE OR ALTERNATE DESTINATION |
|---|---|
| DoD Education Activity; DoDDS-Europe; Mediterranean District, Sigonella, Italy | DoD Education Activity; DoDDS-Europe; Mediterranean District, Naples, Italy |
| HHG From: Sigonella, Italy | HHG To: Naples, Italy |

**9. REPORTING DATE AT NEW DUTY STATION (YYYYMMDD):** 18 Jul 2005

| 10. TRAVEL PURPOSE | 11. TRANSPORTATION MODE | 12a. PER DIEM FOR EMPLOYEE |
|---|---|---|
| [X] BETWEEN OFFICIAL STATIONS | [X] GOVERNMENT  [X] POC | [X] YES  [ ] NO |
| [ ] RENEWAL AGREEMENT | [X] COMMERCIAL  [X] RAIL | b. PER DIEM FOR DEPENDENT(S) |
| [ ] RETURN FROM OVERSEAS FOR SEPARATION | [X] AIR | [X] YES  [ ] NO |
| [ ] TEMPORARY CHANGE OF STATION | MILEAGE RATE: $ IAW JTR | |
| [ ] OTHER | | |

| 13a. ROUND TRIP TRAVEL FOR HOUSE-HUNTING | 14a. TEMPORARY QUARTERS SUBSISTENCE EXPENSE | 15a. HOUSEHOLD GOODS (HHG) SHIPMENT |
|---|---|---|
| [ ] YES  [ ] NO | [ ] YES  [X] NO | [X] YES  [ ] NO |
| [ ] ACTUAL EXPENSE  [ ] FIXED | [ ] ACTUAL EXPENSE  [ ] FIXED | [ ] COMMUTED RATE |
| | | [X] GOVERNMENT BILL OF LADING (GBL) |
| b. NUMBER OF DAYS (Including travel) | b. NUMBER OF DAYS AUTHORIZED | b. NET WEIGHT AUTHORIZED: 18,000 lb |

| 16. OTHER AUTHORIZED EXPENSES | | 17. DEPENDENT TRAVEL |
|---|---|---|
| [X] TEMPORARY STORAGE OF HHG | [ ] UNEXPIRED LEASE | [X] CONCURRENT |
| [ ] NONTEMPORARY STORAGE OF HHG | [X] RELOCATION INCOME TAX ALLOWANCE | [ ] DELAYED |
| [ ] RELOCATION SERVICES | [ ] POV SHIPMENT [ ] CONUS [ ] OCONUS | [ ] EARLY RETURN |
| [ ] PROPERTY MANAGEMENT SERVICES | [X] MISCELLANEOUS EXPENSES | [ ] NOT AUTHORIZED |
| [ ] REAL ESTATE EXPENSES | [X] TRAVEL ADVANCE AUTHORIZED (Amount) $ IAW JTR | |

| 18a. DEPENDENT TRAVEL FROM (Home Address) | b. TO (New Post) |
|---|---|
| Sigonella, Italy | Naples, Italy |

### 19. DEPENDENTS

| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH (YYYYMMDD) |
|---|---|---|
| TONEK, Judith Vanessa | SPOUSE | |
| GREEN, Sheldon Sebastian | SON | |

| 20. ESTIMATED COST | | | | 21. TRANSPORTATION AGREEMENT SIGNED (X one) |
|---|---|---|---|---|
| a. PER DIEM | b. TRAVEL | c. OTHER | d. TOTAL | [X] YES  [ ] NO |
| $ 2650.00 | $ 74.00 | $ 11,100.00 | $ 11,824.00 | DATE SIGNED (YYYYMMDD): 11 Jul 2005 |

## SECTION II - AUTHORIZATION FOR OFFICIAL TRAVEL

**22. ACCOUNTING CITATION**
9730100.8018 P5530 2050 2122 2204 DEPC5426 1CAFBX 040451 TACHESP 040451 APC96FB CIC: 1.0/A/5/4201/049451
9730100.8018 P5580 2050 1225 DEPC5426 1CAFBX 040451 TACHESP 040451 APC96FB CIC: 1.0/A/5/4201/049451-M:SC
ADV PAY: 9730100.8028 P5590 1070 1225 001573   FCFA: 9730100.8078 ED 588458

| 23. APPROVING OFFICIAL | | b. SIGNATURE |
|---|---|---|
| a. TITLE  Judy Bames  Human Resources Specialist | | *(signed)* |

| 24. ORDER-ISSUING/AUTHENTICATING OFFICIAL | b. SIGNATURE | c. ORGANIZATION ADDRESS |
|---|---|---|
| a. TITLE | *(signed)* K. Hadley | DoDEA Personnel Center |

| 25. TRAVEL ORDER NUMBER | 26. DATE ISSUED (YYYYMMDD) |
|---|---|
| PCM391 | 11 Jul 2005 |

**DD FORM 1614, OCT 2001**   PREVIOUS EDITION IS OBSOLETE.

Ex 5

## PRIVACY ACT STATEMENT
(5 U.S.C. 552a)

**AUTHORITY:** 5 U.S.C. 5701, 5702; and E.O. 9397 (SSN).

**PRINCIPAL PURPOSE(S):** Used to issue transportation requests, bills of lading for household goods and automobiles, and as a supporting authorization for cash payment of travel allowances.

**ROUTINE USE(S):** In addition to being used by officials and employees of the applicant's Service in determining eligibility, the information contained herein may be provided to law enforcement personnel investigating those suspected of fraudulently obtaining allowances. Information also may be disclosed under certain circumstances to other Federal agencies, Members of Congress, State and local governments, and U.S. and State courts.

**DISCLOSURE:** Voluntary; however, failure to provide SSN may preclude timely consideration of your request.

### SECTION III - ADMINISTRATIVE INFORMATION

**27. CLAIMANT - FORWARD COMPLETED SETTLEMENT CLAIM TO THE FOLLOWING ADDRESS:**
*(Losing/Gaining Activity - provide the address to where the employee should submit this claim for final disbursement.)*

Travel Operations Columbus
Attn: DFAS-PTB/CO
P.O. Box 369015
Columbus, OH 43236-9015

**28. REMARKS OR OTHER AUTHORIZATIONS** *(Use this space for special requirements, leave, excess baggage, etc., or other authorization.)*

These orders may be amended by the gaining activity. Expenses/charges not allowed at Government expense are the financial responsibility of the employee concerned.

Travel will be overland by POV. Toll road charges and ferry fees are reimbursable (JTR, Vol 2, C2156).
Security and antiterrorism awareness training scheduled.
Travel to commence o/a 07/11/2005.
1. Travel on Foreign Flag air carriers or surface vessels is not authorized unless American Flag carriers do not provide service to/from/within the overseas area (JTR, Vol 2, C2204.B.)
2. All travel arrangements must be made through an official Government travel office (JTR, Vol 2, C2207)
3. When employee is authorized to make own travel arrangements, reimbursement for such travel is limited to the cost of Government provided transportation by the most direct route and most economical mode of travel (JTR, Vol 2, C2001.)
4. When travel by privately owned vehicle (POV) is more advantageous to the Government, it will be based on an average distance of 350 miles per day by most direct usually traveled route (JTR, Vol 2, C2159.A.)
5. Unaccompanied baggage authorized is limited to 350 lbs. for each adult and dependent 12 years of age and older, and 175 lbs. for each child under 12 years of age. No more than 1,000 lbs. thereof may be shipped by air. Weight of unaccompanied baggage is considered part of the household goods (HHG) weight allowance (JTR, Vol 2, C2304.D and C5160.B.)
6. Free checkable baggage is limited to two (2) pieces, no more than 70 lbs. per piece, must not exceed 62 linear inches (sum of length, width and height) on Air Mobility Command (AMC) chartered aircraft (JTR, Vol 2, C2300.D.)
7. Carry-on baggage for AMC air traveler to be carried in passenger section of aircraft is limited to one (1) piece per traveler, not to exceed 70 lbs. and 45 linear inches (L+W+H), and must be stowed under the passenger's seat (JTR, Vol 2, C 2300.D.)
9. Shipment of HHG, goods in storage and prior shipments may not exceed 18,000 lbs. total weight (JTR, Vol 2, C5154.B). Shipment of HHG is limited to those items associated with the home and all personal effects belonging to the employee and dependents on the effective date of transfer or appointment that legally may be accepted and transported by commercial HHG carrier (JTR, Vol 2, Appendix A.)
11. Temporary storage of HHG not to exceed 90 days is authorized (JTR, Vol 2, C5154.F.1.c and C5190.B)
13. Traveler is authorized use of Army and Air Force Exchange (AAFES) while in travel status (JTR, Vol 2, C1051.)
14. Employee is eligible for advance in pay as authorized in DoD Manual 1400.25-M, Subchapter 1250. For employees performing 1st Duty Station Travel, advance in pay is only authorized upon reporting for duty at the overseas duty station. Repayment is made by payroll deduction over a maximum of 26 pay periods.
21. In connection with shipment of HHG to an alternate destination and/or from an alternate pick-up point, any costs in excess of the costs of shipment in one lot by the most economical method to/from the actual residence and the overseas duty station or between the old and new permanent duty stations are borne by the employee (JTR, Vol 2, C5180.)
22. Expenses incurred for travel by other than the most direct usually traveled route, or interruption of travel for personal convenience, will be borne by the employee (JTR, Vol 2, C2000.)
26. Transportation tickets are purchased using a centrally-billed account (CBA)
Remarks revised effective September 2005.

TRAVEL ORDER NUMBER  PCS4361        DATE ISSUED  21 Jun 2005

DD FORM 1614 (BACK), OCT 2001