**Unknown**

**From:** Jessee, Jim
**Sent:** Thursday, March 27, 2003 11:30
**To:** Green, Marvin
**Subject:** RE: State Dept?

Marvin,

Sorry I left you off the list.  I tried to inform everyone, but made some obvious mistakes.  Sorry about that!

The FS pay system has caught up a little bit, and they match up to the top entry level for current federal employees, so I go in at the top of one grade, pick up 20% pay retention after 6 months, and they go up a grade after 1 year.  Which will put me almost back to what I am making right now.  Add that to the fact that they have positions all over the world, they don't cap their employees at a certain level (i.e.. GS-12 or 13) and that each post is 2-4 years with the possibility of an extension, but a guaranteed move if you don't!

I don't know if it's the right decision, but I definitely needed something different, so I will let you know how it works out!

Hope you are all doing well.  How are Sophie and Sheldon doing?  Are you still living on a mountain in Sigonella???

Take care,

Jim

-----Original Message-----
From: Green, Marvin
Sent: Thursday, March 27, 2003 10:25 AM
To: Jessee, Jim
Subject: State Dept?


I didn't even know you had moved to DoDEA Washington.

Stan tells me you are going to work at an embassy.

When I was in Oki. I explored the idea of State Dept and concluded that they only hired entry level trainees. It looked like the pay was severely limited for new hires.

What did you figure out that I missed.

Marvin Green
AT Sigonella Complex
+39-335-773-9719