141

# DISTRICT OF COLUMBIA • NORTHWEST

## Columbia Plaza
### 2400 Virginia Avenue, NW, Washington, DC 20037

Efficiency from $11??
1 Bdr from $14??
2 Bdr from $21??

*Furnished Short Term Rentals* (handwritten)

Icons: FITNESS CENTER • CABLE • HR MAINT • FIREPLACE • LAUNDRY • UTIL • GAS HEAT • GARAGE • 66 1 MILE • 395 1 MILE • BUS • Metro • Metro

**COLUMBIA PLAZA APARTMENTS**

CASEY'S COFFEE NOW OPEN!

### SPACIOUS LAYOUTS WITH MONUMENTAL VIEWS

Columbia Plaza is best known for its exciting Downtown location. The community is just blocks from The State Department, World Bank and I.M.F. The area is adjacent to the Kennedy Center, Potomac River and National Monuments. The Foggy Bottom Metro, National Parks and Georgetown are within easy reach. Live, work, and play in the center of it all at Columbia Plaza and you will find a lifestyle like no other.

*2 blocks* (handwritten)

**Features:**
- ALL UTILITIES INCLUDED!
- Market at Columbia Plaza!
- 3 blks. to Foggy Bottom Metro
- Spacious luxury apartments
- 24-hr front desk service
- Walk-in/wardrobe closets
- Newly remodeled kitchens
- Oversized private balconies
- Garage parking w/card access
- On-site bank, restaurants, valet, beauty salon & market
- 24-hr fitness center
- Controlled access
- Townhomes, duplexes, corporate & furnished apartments

**Directions: From Washington Circle:** Make R on New Hampshire Avenue. **From New Hampshire Ave.:** Make L at Virginia Ave. Columbia Plaza is located on the right just before 23rd St.

**Office Hours:**
Mon-Fri 8-5:30
Sat 10-4
Sun Closed

POLINGER SHANNON & LUCHS

**202-293-1237**
www.columbiaplaza.net

• See Rental Rate Index •

www.ApartmentShowcase.com  Property Search #1352

---



# COLUMBIA PLAZA
## APARTMENTS

*Overlooking Washington's National Monuments, Magnificent Kennedy Center, and the Potomac River…*






**2400 Virginia Avenue, NW, Washington, DC**
**202-293-1237**