## Unknown

**From:** green, marvin
**Sent:** Tuesday, March 14, 2006 09:24
**To:** 'Nicholas Torok'
**Subject:** RE: sophia passport

I was in Germany last week registering for the Priority Placement Program. I had exactly zero choices in the matter. Register or no job after Aug 31. If I receive a valid offer – I have 3 days to accept or, again, no job – immediately. I registered for the Texas/North Carolina/Florida section of the country for the 1st 90 days – again, no other choices were viable. I'm still hopeful for the State Dept job – but June is probably the earliest I could hear from them. If I get placed before June I will have to pay 19,000 for sheldon's tuition for next year. If I get placed in July or later I will be working for DoDDS the first day of the new school year and his tuition will be considered paid up for the year.

For Sophia to stay in country she will have to register with the authorities in some way. It is possible for her to register without a Hungarian passport – but the requirements are unknown to me and I believe that you have to show you have money and agree to pay for all of the social benefits you may consume.

For a passport the next step is to have her birth registered in Hungary. For that we need a translation.
We probably need the marriage certificate translated to Hungarian as well (for Sheldon to get a passport later).

The international drivers license may help, but I talked to the DoDDS-E General Council while in Germany and he thought that people here, by virtue of their connection with the military, could not use it. According to him - Italians have objected to this arrangement. An international drivers license may still be useful but the passport is the number one priority.

I asked the General Council about the ERD process of removing dependents and he thought there would have to be a hearing and we would be given the chance to object. If I am no longer in country – it will be a short hearing. Apparently in Glenda and Chris' case Chris must have signed off on Glenda's removal. The process took about 3 days according to Sophia. I don't trust anything not in writing and we must have a passport before attempting to confront the authorities and ask for her driving privileges back - or assert that she is free to drive outside of the base – or to believe that she can stay in country after I leave.

Sophia needs her birth to be registered in Hungary as soon as possible.



Marvin Green
Sys Admin - Med1
DSN: 629-4538
Cell: +39-335-773-9719
Marvin.Green@eu.dodea.edu
http:\\servicedesk.eu.dodea

"Work expands to fit the time allocated" - Marvin E. Green

-----Original Message-----
**From:** Nicholas Torok [mailto:nicktorok@cox.net]
**Sent:** Saturday, March 04, 2006 4:08 AM
**To:** green, marvin
**Subject:** Re: sophia passport

Hi, Marvin,

Will get going on this. I printed everything and mailed it to my Mother.
Regarding Sheldon's diet, I am sure if he comes to Santa Barbara we will have a great influence over him and we will make sure he gets well fed.

Regarding a similar subject, I am really worried about Sophie's diet, which apparently consists mostly of cigarettes, coffee and wine. She has no clue how all that, in addition to screwing up her whole body, is

really messing up her bones. I have been particularly interested in osteoporosis because I was diagnosed with osteopenia, which leads to osteoporosis, and I have read about five books on how to prevent it and even reverse it. All the material I read states that the **FIVE WORSE** things that cause ostoporosis is Smoking, coffee, alcohol, salt and excess protein (i.e. all animal source foods). And Sophie seems to be doing great in the first three. I am not sure about the salt.

I am sure you have coached her on this as well, but she doesn't seem to care. She might as well supplement all that with a few arsenic pills daily.

Keep in touch,

Nick

----- Original Message -----

**From:** green, marvin
**To:** Nick Torok (nicktorok@cox.net)
**Sent:** Thursday, March 02, 2006 10:08 AM
**Subject:** sophia passport

I talked to your mother for 40 min or so.
I've been exploring the steps that need to be taken for her to get a Hungarian passport.

Looks like:
1. birth certificate officially translated from Spanish to Hungarian - needs to be a "official translation" like a notary public.
2. register the birth in Hungary - looks like this may be accomplished separately or as part of the passport process. It may be better to do this through the Los Angeles consulate as it may not require her signature - only the parents - makes sense if the child were underage - don't know if adults have signature in person as a requirement.
3. According to the LA Consulate clerk we will be required to register our marriage as well. Not sure about this but might be a good idea anyway as a way to keep all options open.

If the above is done, it looks like the form I found, and attached, needs to be filled out along with some documentation - that should then secure the passport/citizenship.

We've agreed that if you and Kay can turn Sheldon into a Vegan it would be an improvement in his diet. I gave Sheldon a strong speech about how poor nutrition might be a contributing factor - as adult onset of epilepsy is rare, virtually nonexistent, without a know brain injury. He seems to be eating better variety with screwed up face - but fewer complaints.

I took Italian over the phone language test of Dept of State job - it seemed to go well. Should be another 30 days before most security clearances get finished.

Summary:
See if you or Edith can secure an official translation of birth certificate.
I'm going to go on-line tomorrow and see if I can get an electronic copy of marriage certificate.

2007-01-13