## Unknown

| | |
|---|---|
| **From:** | sophia torok [sophia_v_torok@hotmail.com] |
| **Sent:** | Friday, April 21, 2006 12:40 |
| **To:** | paige.ormiston@nassig.sicily.navy.mil |
| **Cc:** | nicktorok@cox.net |
| **Subject:** | RE: FW: Drivers license suspension case |

Dear Paige,

What is CNRE?

It took 67 days for Capt. Stuyvesant to thoroughly review my request to be permitted to transport my dependent son to necessary continuing and emergency medical care; both to the Sigonella Naval Hospital and to local Italian doctors and emergency rooms as has and might be needed.

It took a further 101 days, and a Congressional Inquiry for Capt. Stuyvesant to notify me of his indifference to Sheldon Green's welfare.

I still don't understand how he was able to thoroughly review an appeal by January 6th, in that you stated to me that the appeal was lost and rerouted and was just found when I saw you shopping at the NEX on Saturday April 1st.
If that response to the appeal was written January 6th, why did I just recieve it April 17th?

Which regulations govern an unproven and procedurally flawed first offence driving ticket (in 8 years and 4 months), a hearing before a possibly unqualified fireman and its' appeal to an uncaring Captain? Please provide me with a reference so that we can review them and ascertain whether your Captain has met his procedural and moral obligations in Sheldon's case.

After a thorough review and consideration of my legal representation options I have determined that: as the dependent spouse of a Federal employee living in the overseas area (and living in Italy under the rules of the Italian/United States Status Of Forces Agreement); for legal representation purposes - you are my only available option.

As my lawyer, are you constrained by regulations or other conflicts of interest in representing me in my opposition to your Captian's actions?

As I stated to you on April the 1st; my son had major knee surgery on April 10th. He is doing fair except for some complications, ( he is unable to be completely self sufficient on crutches as yet). Curently, he has to go to physical therapy every day. My husband is leaving for Naples on Saturday, April 22nd. As of now my son is prevented by the base to get to physical therapy as needed after surgery. I don't understand why anyone would deny basic medical care to a minor as you know is required by law.

Thank you for your continuing interest and assistance in this matter.

Sincerely,

Sophia Torok




>From: "Ormiston, Paige  LT (NLSO)"
><paige.ormiston@nassig.sicily.navy.mil>
>To: "'sophia torok'" <sophia_v_torok@hotmail.com>
>Subject: FW: Drivers license suspension case
>Date: Mon, 17 Apr 2006 18:17:09 +0200
>
>

1

```
>Mrs. Torok,
>I've attached the base's response to your appeal.  If you would like
>assistance drafting an appeal to CNRE, I'd be happy to assist.  Please
>contact me if you want to take that route.
>/r
>LT Ormiston
>
>
> >  <<revocation of driving priviledges ico mrs. torok.pdf>>
> >
```

_____
Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/