## Description of the Problem

**What is the problem?**
My son and I live 40 min driving time from the base hospital and school. My husband works for the Federal Government in Naples, Italy – some 400 miles distant. I've been waiting for 97 days for a hearing so that I can present proof of my son's medical situation and so get back limited driving privileges sufficient to properly take care of him.

**What have you done to try and resolve the problem?**
To fully comply with the Captain's order; we have both been riding on the school bus since Oct of 2005. I made an appointment with Navy lawyer paige.ormiston@nassig.sicily.navy.mil 97 days ago. She said that security had lost my paperwork and she has been trying to help them find it. I contacted the Staff Judge Advocate's office 6 days ago to see if I could get an Italian lawyer to help me present my son's situation to the base authorities. The Italian lawyer indicated that he needed permission from the Navy to represent me. The Staff Judge Advocate for sigonella is at 011-39-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/6

**What is the current status of the problem?**
My Navy lawyer hasn't returned my last 6 calls. My son is scheduled for knee surgery next Monday the 10th of April. My son has another medical condition for which he wishes to maintain medical confidentiality and appreciates your good work in this area. His second condition could precipitate the need for emergency medical care at any time and without warning. The conflict between discharging my parental responsibilities and the constant threat of immediate deportation (should I be required to transport him to the hospital for emergency medical care) is causing me extreme emotional distress. As a nurse with six years of experience at UCLA medical center, I have observed that the psychological stress has acted as a trigger for my son's medical condition that has resulted in a worsening of his condition and inflicted both physical and psychological harm upon him.

**What has the federal agency told you?**
I have been forbidden to drive in Italy on pain of deportation. My Navy lawyer stated that my appeal has been lost. I have been denied procedural due process which has resulted in the denial of basic human rights to my dependent child.

**Have you contacted any other office for assistance?**
Several, but you are the only one to respond. My husband and parents helped me write this response. My parents dote on their grandson and will be pleased to hear from your office in the future:

Edith and Sebastian Torok
1636 Warnall Ave.,
Los Angeles, Ca., 90024