**Unknown**

**From:** sophia torok [sophia_v_torok@hotmail.com]
**Sent:** Sunday, April 02, 2006 08:02
**To:** marvin.green@eu.dodea.edu
**Subject:** FW: Congressman Waxman

**Attachments:** PrivacyReleaseForm.pdf



PrivacyReleaseFor
m.pdf (59 KB)...

```
>From: "Javier, Jennifer" <Jennifer.Javier@mail.house.gov>
>To: sophia_v_torok@hotmail.com
>Subject: Congressman Waxman
>Date: Fri, 31 Mar 2006 13:36:34 -0500
>
>Dear Mrs. Torok:
>
>
>
>Thank you for contacting our office.  I am sorry to hear of the
>difficulties you are experiencing with the U.S. Naval Base in
>Sigonella, Sicily.
>Congressman Waxman would be happy to make an inquiry with the Navy on
>your behalf.  Please complete the attached Privacy Release Form and
>return it to our office.  Be sure to also include copies of any
>relevant documents and return them to our office as soon as possible.
>If you have any questions when completing the form, feel free to contact our office.
>
>
>
>Sincerely,
>
>
>
>
>
>Jennifer Javier
>
>Office of Congressman Henry A. Waxman
>
>8436 West Third Street, Suite 600
>
>Los Angeles, California 90048
>
>(323) 651-1040 (p)
>
>(818) 878-7400 (p)
>
>(310) 652-3095 (p)
>
>(323) 655-0502 (f)
>
>http://www.waxman.house.gov <http://www.waxman.house.gov>
>
>
>
```

1

```
>
>
```

_____
Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/