# Unknown

| | |
|---|---|
| **From:** | Kahn, Kevin M. (LCDR) [KMKahn@sig.med.navy.mil] |
| **Sent:** | Monday, August 21, 2006 05:17 |
| **To:** | Green, Marvin |
| **Subject:** | RE: Ms. Torok |

Dear Mr. Green,

I was unaware of the unfortunate incident at the base gate, but it really doesn't change much of anything as far as Sheldon is concerned. Let me address first the access issue. It is quite unequivocal, from the highest levels on the base, that Sheldon is welcome on the base, and at the hospital, at least through August. After that, depending on his status at the school and so forth, he may or may not be eligible. That is an issue that is handled by our administrative executives in conjunction with the base XO and CO. For my part, I will be happy to see Sheldon whenever possible.

However, it also seems unequivocal that your wife is barred from the base right now. That comes straight from the base CO. The NASSIG authorities are willing to allow him a surrogate driver/guardian to drive him and accompany him to appointments, including apparently extending base privileges to whomever you choose to designate in that roll. So he should be able to even get a ride on base to the hospital in addition to physically getting access to the base.

I am sorry that you have needed to continue Sheldon's treatment on the economy. From my standpoint, given the slow but veritable recovery of his nerve function, the nerve study was unnecessary. I understand that the translation of the report is very important to you, but I have two comments.
First, I do not have access to that report, nor does anyone else here at the hospital since it was obtained outside the TriCare network. So I cannot comment intelligently on the Sicilian neurologist's findings. However, and this is my second point, given that he has demonstrated some return of function - wiggling toes (and that is absolutely a major sign of nerve recovery), slowly improving sensation in the foot - I don't really care what the nerve study says. Functionally, it is quite apparent that the nerve is recovering, and the nerve study has absolutely no prognostic value in that functional scenario. I would advise you to try not to worry about the exact translation of that report. His foot is telling us more about the state of his nerve than that report or any other study could ever tell us. And the news is very encouraging.

As we discussed in clinic, these types of injuries rarely result in permanent nerve injury, but the recovery is typically very slow, measured in weeks and months. And this is exactly what Sheldon's nerve is demonstrating.
The fact that he is now able to wiggle his toes indicates that he already has sustained a partial recovery of the nerve. There is no reason to suspect that the recovery will not continue, but also there is no way to know for sure. So we must continue to be patient and observe, but again, I have to emphasize that the recovery of the nerve function so far is very promising.

I do not know what the medications are that he was prescribed by the Sicilian doctor, but as they are Italian/European, I can be sure that they are not available to him here at the Naval Hospital, and probably they are not available in the States. There is no medication that has been proven to improve recovery of nerve function in these types of injuries. Certainly, I could not argue with the scheduled use of an anti-inflammatory. At this stage of his recovery, there is little chance of a deleterious effect of the anti-inflammatory.

What I agree with wholeheartedly is the use of nerve stimulation to help the recovery of the leg muscles. I spoke with our therapist about adding this to his regular treatments just before Sheldon left for the States. If he can get to the hospital regularly, he will get regular stimulation treatments in addition to his rehab exercises.

I am sorry that you won't be able to attend clinic tomorrow with Sheldon, but I am eagerly anticipating seeing him again and assessing his recovery for myself. As always, I am available by email to try to answer your questions.

We have another complication that will soon be rearing its head. I am getting out of the Navy in October. My last day of work at the hospital will be September 29th, and soon thereafter, I will return to the States to complete my outprocessing. However, my partner, Dr. Hock, is very familiar with Sheldon's case and, in fact, helped me perform his surgery. He has a similar line of thought with respect to Sheldon's on-going care, management, and rehabilitation, and he will be an equally strong advocate for Sheldon's patient rights. I have the utmost confidence in Dr. Hock, and there will be no drop-off in care from our end.

Please let me know what more we can do or what other questions I can try to answer.

Sincerely,

Kevin

Kevin M Kahn MD
LCDR, MC, USNR
Orthopaedic Surgeon
Head, Musculoskeletal Department
NH Sigonella

-----Original Message-----
From: Green, Marvin [mailto:Marvin.E.Green@eu.dodea.edu]
Sent: Friday, August 18, 2006 12:02 PM
To: Kahn, Kevin M. (LCDR)
Cc: stuyvesantj@nassig.sicily.navy.mil; Harrison, David
Subject: FW: Ms. Torok

Dear Dr. Kahn,

First, let me apologize for Sophia's abrupt behavior with the Italian translator. I have tried to impress upon her the importance to Sheldon of getting an accurate translation of the nerve study and the Neurologist's recommendations as soon as possible. She is showing signs of stress and yesterday I attempted to make an appointment with Father Lopez for us - since, as Sophia correctly pointed out; obtaining counseling from Family Services results in a lower fitness rating as a substitute teacher.

While we have been waiting for the base to respond to our appeals, Sophia and I have been attempting to deal with the situation as best we can. We took the recommendation of a local Cardiologist, to see a Catania Orthopedic Dr., who sent Sheldon to a Neurologist, Dr. Vecchio.

The Neurologist ordered a nerve study, the results of which I am unable to ascertain without an English translation. Sophia said the Dr.
indicated there may be some nerve damage. Sheldon maintains the Dr. said there was none. I'd like to know what the translation says. When Sophia pressed the Dr. for the odds of permanent damage, he indicated that it was difficult to tell at this time. He turned to Sheldon and indicated that immediate daily therapy was the most important thing, and that for the best chance of success it was up to him to be disciplined about it.
He also indicated that the electrical nerve stimulation was critical and he recommended daily swimming as a formal part of his therapy. Since Sophia speaks fair Italian with a bad Spanish accent and the Dr. spoke some English; I'm not sure what exactly Sheldon understood or what exactly he got out of the exchange.

I've tried to probe Sheldon's state of mind without lowering his confidence. I'm not sure what he really understands or how I can spur him to greater effort and discipline without making him overly aware of the possibility of failure. Whatever his chances are, Sheldon indicates that his confidence in you is 100% and zero for anyone else. Personally, I don't honestly know if the odds are 10% or 90% for even a partial recovery.

Also, Sheldon was prescribed 3 potions. One was a nutritive powder, which I'll ignore. Of the other 2, both are drugs, one is a pill and the other a powder.
Pregabalin is the pill and it is supposed to be taken 2x daily, Nicetile is the powder and is supposed to be taken 1x daily.
Again, we both need a translation of the packet insert or their FDA equivalents in order

to know what we or they are doing to or for Sheldon.

On a positive note, within an hour of taking this combination Sheldon was able to raise several of his left most toes and reported some tingling; and while this would seem to be encouraging on the surface - Sophia tried to read the Italian label and identified one of the drugs as an anti-inflammatory. Don't anti-inflammatory drugs reduce swelling, which also reduces blood supply and hence the rate of healing?

School is starting up and I must return to Naples as I have an appointment to transport and setup the Servers at the new school location in Gaeta on Monday. The first six weeks of school is the busiest time for the IT function within DoDDS as most teachers will give up on using technology in their curriculum if it isn't running by about the 4th week after school commences. Consequently, I don't believe I will have an opportunity to return to Sigonella until mid October at the earliest.

I have an appointment with the physical therapist on Monday and with you on Tuesday - which my duties preclude me from attending. My wife is in fear of arrest and public humiliation if she should attend in my stead.
I require an unambiguous statement as to whether my dependents continue to be barred from NAS Sigonella and permission for them to attend to Sheldon's welfare.

Sincerely,

Marvin Green

This document may contain information covered under the privacy Act, 5 USC 552(a), and/or the Health Insurance Portability and Accountability Act (PL 104-191) and its various implementing regulations and must be protected in accordance with those provisions. Healthcare information is personal and sensitive and must be treated accordingly. If this correspondence contains healthcare information it is being provided to you after applying the appropriate security controls and authorization from the patient, or under circumstances that don't require patient authorization. You, the recipient, are obligated to maintain it in a safe, secure and confidential manner. Redisclosure without additional patient consent or as permitted by law is prohibited. Unauthorized redisclosure or failure to maintain confidentiality subjects you to application of appropriate sanction. If you have received this correspondence in error, please notify the sender and the command Privacy Officer at privacy@sig.med.navy.mil at once and destroy any copies you have made.

Marvin Green
DSN: 629-4538
Cell: +39(335)773-9719
marvin.green@eu.dodea.edu


-----Original Message-----
From: Carson, Dale CAPT (NASSIG XO)
[mailto:dale.carson@nassig.sicily.navy.mil]
Sent: Monday, November 28, 2005 18:50
To: green,marvin
Subject: RE: Ms. Torok

Mr. Green,

I hope the counseling if beneficial.  We have removed her Italian
translation for the incident and she can no longer drive in Italy.  If she
is found driving again, I will initiate the ERD process.

Sincerely,
CAPT Carson

-----Original Message-----

From: green,marvin [mailto:Marvin.E.Green@eu.dodea.edu]
Sent: Monday, November 28, 2005 4:36 PM
To: 'Carson, Dale CAPT (NASSIG XO)'
Subject: RE: Ms. Torok


Dear Capt Carson,

My wife has provided me with a somewhat varied account of her recent
troubles.

Having difficulty divining facts from afar I have asked her to schedule
a
counseling session, for the two of us, at the Family Services Center.

I gave her 3 alternate dates in December that I can be available. It is
my
hope that she will find discussing my faults with a stranger so
rewarding
that she will continue a few more sessions despite my limited
availability.

We are waiting to hear back from a counselor confirming our appointment.

Sincerely,

Marvin Green
335-773-9719


-----Original Message-----
From: Carson, Dale CAPT (NASSIG XO)
[mailto:dale.carson@nassig.sicily.navy.mil]
Sent: Tuesday, November 22, 2005 5:40 PM
To: Green, Marvin
Subject: Ms. Torok

Mr. Green,

Hello,
I am the Executive Officer of NAS Sigonella.  I was recently informed
that
you are the spouse of Ms. Torok.  For privacy reasons I cannot go into
the
details, but I would like to know if I am correct with the information
that
you are her sponsor and if you know the details of her recent incident
at
our front gate when she came to pick up her son?

Captain Dale Carson
XO, NAS Sigonella
DSN 314 624 5252
This document may contain information covered under the privacy Act, 5 USC
552(a), and/or the Health Insurance Portability and Accountability Act (PL
104-191) and its various implementing regulations and must be protected in
accordance with those provisions. Healthcare information is personal and
sensitive and must be treated accordingly. If this correspondence contains
healthcare information it is being provided to you after applying the
appropriate security controls and authorization from the patient, or under
circumstances that don't require patient authorization. You, the recipient,
are obligated to maintain it in a safe, secure and confidential manner.
Redisclosure without additional patient consent or as permitted by law is
prohibited. Unauthorized redisclosure or failure to maintain confidentiality
subjects you to application of appropriate sanction. If you have received
this correspondence in error, please notify the sender and the command

Privacy Officer at privacy@sig.med.navy.mil at once and destroy any copies you have made.