## Unknown

| | |
|---|---|
| **From:** | Green, Marvin |
| **Sent:** | Thursday, September 07, 2006 13:47 |
| **To:** | Harrison, David |
| **Cc:** | Sutton, Jeff |
| **Subject:** | check out |
| **Attachments:** | FW: PPP Registration |

Oh yes, as you may increasingly recall, Cindy Conway did not want to honor that appointment, which I insisted on as I wished to explain the whole thing about Sheldon being able to finish school – as long as I was placed after my tour completed on August 31, 2006. So I made that Thursday appointment and I made a brief explanation to a very stony face and was invited again to send my information via e-mail.

I came back to your office and reported to you and Lenny. Lenny was not pleased and made a few phone calls which resulted in a Friday appointment with Cindy - where I registered for PPP and was able to explain everything to a person that was just helping out and ultimately had nothing to do with placing me. Wasn't this the point where Lenny interjected that the personnelists were not doing their jobs because they were ignoring hits in the PPP program? Maybe it was the Wednesday resume vetting.

Good luck on your use of the PPP program. If you as a 13 expect to get placed anywhere but D.C., you are dreaming. They are registering people 6 months in advance so that when the 6 months are up your tour is over and you're available for D.C. More than half of federal workers work within a hundred miles of D.C. Go read the PPP manual. It says you MAY sign up 6 months in advance – not MUST.
Lenny said they were missing hits. They do that intentionally until you become CONUS wide available. It makes their jobs easier and quicker once they start really looking. No one is going to get placed near their home of record or first choice area. They have been deceiving us. Watch how magically all of the other 6 or 8 registrants from March now conveniently get offers over the next 8 weeks or so.

I lucked out because either my lawsuit or Capt. Stuyvesant motivated them to match me as soon as possible. I'm not sure if they waited until August 31 because of my son or because I inquired if I had the right to work to the end of my tour date. I think I'm the only one placed so far, so again I've been treated differently but odds are that Denise operated on incomplete information and Dr. Gladden worried a few moments - or possibly not at all. Anyway, it works for me being in a low cost area reasonably close to my son. It works for DoDDS as it will mute me somewhat and make my legal efforts more difficult. It works for the D.C. court as I was planning to camp on their door step and ask for a jury trial. They dodged the bullet on that one, or, possibly, I missed an opportunity to become court jester.

Sorry I had to use you and Lenny in this. Lenny was the best IT manager in the past decade. Folks are frosting his cake and claiming they baked it from scratch now. (present company excluded, of course).

And sorry for venting, I'm now in a hurry and don't even know if they are going to give me the 30 extra days to make an orderly exit. I just came back from the Navy legal office where a Ms. Henderson informed me that Capt. Stuyvesant had attempted to have me removed from the country for lack of a work permit – a permit I applied for Mar 10 '03, and for which they didn't notify me of its arrival until after it had expired! Incredible. I'm defining the term: "Doing a Stuyvesant" as "Attacking in all directions simultaneously without benefit of reconnoiter or reserves."

Marvin

---

**From:** Harrison, David
**Sent:** Thursday, September 07, 2006 3:10 PM
**To:** Green, Marvin
**Cc:** Sutton, Jeff

2007-01-13

**Subject:** RE: Payment Voucher

Marvin,

Looking back in my email, your appointment at personnel was at 0900 on Thursday morning. Did you have other things after that?

Thanks,

**David Harrison**
Chief, Systems Administration Branch,
Acting Chief, Information Assurance Branch
Information Technology Division
DoDDS-Europe
DSN 334-2462
Commercial +49(0)6134-604-462
E-Mail David.Harrison@eu.dodea.edu

---

**From:** Green, Marvin
**Sent:** Thursday, September 07, 2006 11:37 AM
**To:** Carver, Nicole
**Cc:** Sutton, Jeff; Harrison, David
**Subject:** RE: Payment Voucher

The PPP briefing started at 8 am Monday and was completed Friday at the end of my duty day.

The JTR requires a duty travel day for travel of the length required for me to travel from Naples to Wiesbaden and return.

The travel orders were issued late, affording me only 2 working days for ticket purchase.

Thursday, the first day, the base gate was blocked by strikers and I was unable to leave the base for the entire day.

Friday the gate was blocked in the morning and I was not able to leave until 2:30. SATO was closed when I arrived. At the airport I asked for and purchased the cheapest ticket available saving the government 200 Euros for the minimum 7 days before return.

I request acceptance of my travel voucher as is, or amendment of my orders to allow for the explained discrepancy.

Thanks,

**Marvin Green**
DSN: 629-4538
Cell: +39(335)773-9719
marvin.green@eu.dodea.edu

---

**From:** Carver, Nicole
**Sent:** Thursday, June 29, 2006 11:00
**To:** Green, Marvin
**Subject:** Payment Voucher

Marvin,
I'm in the process of balancing the IT travel budget and am needing the following document from you.

2007-01-13

Payment Voucher for travel to Wiesbaden from 6-8 March 2006 (TA61777)

Thanks,
Nicole A. Carver
Admin. Assistant
DoDDS-Europe, IT Division
DSN:  334-2443
Civilian:  +49 (0) 6134-604-443