## Unknown

**From:** Sutton, Jeff
**Sent:** Sunday, September 10, 2006 07:57
**To:** Green, Marvin
**Subject:** Out of Office AutoReply: missing annual leave

```
I will  be out of the office from 7-13 September 06.  If you need assistance during this
time, please contact Don Alexander at DSN 334-2692, or commercial +49-6134-604-692.

Thank you!
```