

**United States Department of State**

*Washington, D.C. 20520*

October 13, 2006

Mr. Marvin E. Green
PSC 808 Box 15
FPO, AE, 09612-0015
Italy

Dear Mr. Green:

On behalf of the Board of Examiners for the Foreign Service, I am pleased to inform you that your name has been added to the register of those awaiting appointment to the Foreign Service as a Information Management Specialist.

The Registrar's Office utilizes this register to offer appointments to the Foreign Service. The names on the register are rank-ordered. A candidate's rank is based on his or her performance in the oral assessment, plus any points for tested foreign language ability or veterans preference.

A confirmed offer of appointment is dependent on a variety of factors, to include budgetary constraints, hiring needs, and your position on the register relative to other candidates.

Your name will remain on the register for a period of 18 months from the date of this letter. If, after 18 months, you have not been appointed to the Foreign Service, your name will be removed from the register, and you will have to begin the selection process again if you still wish to join the Foreign Service. If you wish to terminate your candidacy, rather than remaining on the register, please send us a short statement to that effect.

A one-time deferment for a maximum period of 24 months may be granted to a candidate who is married to a Foreign Service Officer/Specialist currently assigned overseas; is serving required active or reserve military duty; or is a U.S. government civilian employee serving abroad, including Peace Corps volunteer service. (These deferments are granted specifically to accommodate candidates who may not be available to accept an offer of employment with the Foreign Service due to the above listed commitments.) Deferments may not be granted to persons who enlist or reenlist in the military or initiate civilian obligations during their eligibility period. Requests for deferment on any other basis will be considered on a case-by-case basis to be decided by the Director, HR/REE.

The Registrar's Office urges you to consider in advance whether you intend to join the Foreign Service if you receive an offer of appointment.

You should notify the Registrar's Office in writing of any changes in your current or permanent address, telephone number, e-mail address, marital status, family, or employment status.

-2-

If you have further questions, please call Ms. Wanda James at 202-261-8875 or send an e-mail to JamesWM @state.gov. You may also contact Ms. Daphne Featherstone at (202) 261-8862 or featherstoneda@state.gov; or Mr. John Duncan at (202) 261-8866 or duncanjb@state.gov or write us at the following address:

**Wanda James**
**Registrar's Office**
**U.S. Department of State**
**Room H-518, SA-1**
**2401 E Street, N.W.**
**Washington, DC 20522-0151**

If you have general questions about the Foreign Service, you may also contact your Foreign Service mentors, Mr. Don Pierson at 202-261-8920, e-mail piersondc@state.gov; or Mr. Ken Shivers at 202-261-8956, e-mail shiversk@state.gov.

Please accept our congratulations on your accomplishment.

            Sincerely,

            *Shirley Hart Smith*

            Shirley Hart Smith
            Human Resources Specialist
            Board of Examiners
              for the Foreign Service