Marvin Green
220 PINCKNEY ST APT B
SAN ANTONIO TX 78209-6904
marvin.e.green@us.army.mil
C 210-389-6231, H 210-824-0959

In The

## District Court of the United States – District of Columbia

| | |
|---|---|
| MARVIN GREEN for SG,<br>　　　　　Plaintiff,<br>v.<br>Capt. Stuyvesant,<br>　　　　　Defendant. | Case No. <u>06-1434 RBW</u><br>MOTION TO COMPEL DEFENDANT<br>COUNCIL TO D.C. COURT RULE<br>LCvR7(m).<br><br><br>Date: January 15, 2007 |

### I. INTRODUCTION

Plaintiff, while grateful for the court's and defendant council's indulgence in not enforcing D.C Court rule LCvR7 (b) & (d), never the less is requesting enforcement of rule LCvR7 (m) or in alternative Plaintiff's right and defendant's obligation to confer for settlement exploration.

### II. STATEMENT OF FACTS

In case 06-1141 Plaintiff asserted that the Captain had grossly back dated Sophia's "implied consent" appeal response - and provided a "pdf" creation date as evidence of, grantedly, modest weight.

On December 14 2006 Plaintiff warned Defendant Council Marian that she should read 06-1141 before responding. By not responding to me per Rule LCvR7(m) she has allowed her client to introduce a second appeal response with a similarly dubious date.

### III. ARGUMENTS

By not abiding by rule LCvR7 (m) (or engaging in a settlement conference – which ever works), Marian has needlessly polarized the Captain's position precluding him from early settlement. By asserting in her motion for dismissal that the Captain's barment order, and his latitude in issuing it, were a matter of his ability to maintain order and discipline - she has needlessly placed the court in the position of buttressing the Captains authority to maintain discipline (by not restraining the barment order) - when the Captain should be held accountable for knowing when he is digging a fox hole or a grave.

### IV. CONCLUSION

The court should compel Defendant Council Marian Borum to respond to Plaintiff's e-mails. Also she should know that while I appreciate her efforts to make sure I receive her motions via snail mail, please don't send anymore to my new or old employers. Plaintiff is attempting get an above average rating on my first 6 month evaluation.

Date: January 15, 2007

/s/ Marvin E. Green