# Unknown

| | |
|---|---|
| **From:** | Green, Marvin E Mr USAMITC |
| **Sent:** | Thursday, December 14, 2006 10:55 |
| **To:** | Marian. L. Borum@usdoj. gov (Marian.L.Borum@usdoj.gov) |
| **Cc:** | Kathleen M. Konopka (kathleen.konopka3@usdoj.gov); max.selz@eu.dodea.edu |
| **Subject:** | FW: check in 07:35 |

Ms. Borum,

I have recently, (this week), received your letter requesting a time enlargement in case 06-1434 - which you mailed to me in mid October I believe.

Thank you for documenting the final act of discrimination directed toward me by my supervisor, David Harrison. Your inability to e-mail me was caused by Mr. Harrison's deletion of my e-mail account and my final "check out" message to him where I requested continued access to that account for the purpose of maintaining family contact with my son's school activities in Sigonella Sicily. I indicated to him that I had moved the account down to my son's school's electronic post office and requested that he delete my membership in the "domain admins" group so as to reduce my privileges to a minimum level consistent with maintaining my e-mail account.

It is my testimony that in acting in my capacity as a computer Systems Administrator and having had responsibility for adding, deleting and maintaining e-mail accounts for the DoDDS-E schools in southern Italy, that I enjoyed and exercised wide latitude in granting requests for exceptions to the possibly unpublished rule that accounts were to be deleted upon employee departure. I granted many requests for extending e-mail service on the basis of extended illnesses, sabbaticals and administrative/logistical problems that DoDDS-E personnel encountered.

Mr. Harrison not only broke my familial contact but also my contact with the court where he knew full well of my on-going efforts to address his discrimination and that of his predecessors - and by deleting my e-mail account and the final messages in it, he destroyed my copies of the final pieces of evidence capping over 2 years of discrimination by association that he chose to continue directing at me after Marjorie Lewallen's initiation of discrimination against my wife and then me.

I have no objection to you taking more time, and both you and Kathleen have my sincere sympathy in attempting to grapple with this matter without all the facts at hand - **if the barment order is lifted and my wife is allowed to return to work**. She is down to dumpster diving trying to start a gardening/landscaping business while living in daily fear that the Captain's having had reported her to the local Italian authorities as an illegal alien will result in the Caribinari showing up on her doorstep to escort her to a plane ride back to the U.S. We have proof of this in that we found a local attorney that took Sophia down to the Caribinari/soggorno (green card) office to apply for a soggorno (which the Captain is continuing to prevented us from doing). When one of the Caribinari officers, who recognized Sophia as a friend of a friend, took the attorney and Sophia aside and told them to leave immediately because if Sophia were officially recognized they would be obligated to deport her.

I don't really know why 06-1141 was sealed. I thought it my finest Pro Se effort to date. No investigation has been detected. I don't really see why 2 different attorneys have been assigned to 3 of the 4 related cases and why I have no input to the sealed case.

I'm going back to Sicily for x-mas, Dec 20 - Jan 4. I'm probably going to need more time myself. At least Jan 31. If the barment order is not lifted by next week I'm afraid this will not be a very merry x-mas for me or my family and I'm already sorry I bought non-refundable tickets.

I know I'm still in over my head, I'm open to suggestions - but quitting isn't one of them. And yes, this document and any timely response will probably end up as evidence. I don't know what else to do. And no, if your client lifts the barment order he won't be doing me a favor that will prevent me from legally eviscerating him in the coming months. I already asked him for assistance and a threat of an ERD and the barment order has been his response.

Belated sympathies in forming any official response to the case, as I now know how difficult and time consuming it is to write a coherent legal paper.

Marvin Green

DSN: 421-3228
Desk: (210)295-3228
Cell:   (210)389-6231
e-mail: marvin.e.green@us.army.mil


-----Original Message-----
From: Green, Marvin
Sent: Friday, October 27, 2006 1:45 AM
To: Harrison, David
Subject: check in 07:35

I think they are having trouble with a Sicily departure rather than a Naples departure point for issuing ticket. If I can't resolve it I will see if there is a Wed or Thursday military flight I can take.

I know this is late and I shouldn't have put it off this long but I thought I would be able to wait for a security clearance and so I would have plenty of time to take care of it. I've never put in for Gaeta mileage, but it is fairly well documented in my daily check in and out messages. (Cathie also said she was keeping a log of our visits - but when I asked for it a few weeks ago it turns out that nothing written is available). I was planning to make a composite of my check in/out messages and her log - but now time is out and no written log. How can I put in for what I can document without creating a fuss?

There is another reason I have put this off. It is that when Carl was supervising me he told me to go to Gaeta every Thursday - after David Lee came on board I dropped back to "as needed" which dropped my average to once every 3 weeks. And of course at the same time I thought they were keeping a log and Cathie said she had complained to Diane that Gaeta wasn't getting enough support. So all in all I thought it best left to when I had nothing left to loose. (Which would be right about now I guess.)

I am claiming 38 trips at 65.87 miles round trip or 2503.06 miles total times .445 cents = $1,140.

Marvin Green
DSN: 629-4538
Cell: +39(335)773-9719
marvin.green@eu.dodea.edu

-----Original Message-----
From: Scott, Jerry CIV USN NASSIG PSD [mailto:JerryS@psd.sicily.navy.mil]
Sent: Wednesday, October 25, 2006 15:10
To: Green, Marvin
Subject: Corrected PCS orders

Mr. Green,
 Trying to issue your ticket today and when I matched what is booked against what is authorized on orders they do not correspond.  Tried calling your office phone and cell phone (given to me by Ms. Mahan) and got no answer.

Please call me tomorrow.

Thanks,

vr/
J. Scott
PTO Sigonella Italy
624 2994