# Unknown

| | |
|---|---|
| **From:** | Green, Marvin E Mr USAMITC |
| **Sent:** | Thursday, January 11, 2007 13:45 |
| **To:** | 'sophia torok' |
| **Subject:** | RE: Ms. Torok |
| **Attachments:** | 06 - 1434 Defendant's Exhibit No. 6 - filed Dec 18 06.pdf; 06 - 1434 Defendant's Exhibit No. 7 - filed Dec 18 06.pdf |




06 - 1434 Defendant's Exhibit .   06 - 1434 Defendant's Exhibit .

```
                    If you had gotten the log from the school bus that listed you as
having been on the bus the day they accused you of driving on base - you would have them
cold for fabricating evidence. As it is I logged the accusation of fabricated evidence
into case 06-1141 which they may not have read yet - so he is still relying on his
security folk's "evidence" - who have probably let him down badly.

He did not e-mail his response to your appeal. If he mailed it at all he sent it to the
Box 15, Naples High School address, where they have never heard of a Mrs. Sophia Torok and
probably returned it to sender. The criteria the court will use is: "Did he make a
reasonable effort notify you of his decision." Using the mail is more reasonable than
using e-mail - but changing methods and sending to a location he knows you have never
lived or worked at is not reasonable.

Actually I think this is mostly good news. He is basing your continued barment on several
factors all of which he is vulnerable on.
1. he is preventing you from getting a soggorno while blaming you for not having one.
2. he is basing your continued barment in part on evidence fabricated by security.
3. he called you a drunk driver - which he never proved, and by doing so; 4. he introduced
your "implied consent" conviction as case relevant material and thus into evidence - which
will further erode their credibility.
5. he has given himself an out by implying that if you get a soggorno on your own he may
let you on as a vendor. Of course this won't be good enough for me because Sheldon has the
right to your participation in his final year at school.
6. he says he never knew you contacted your congressman - even with you losing half your
hotmail messages from your base lawyer, Page Ormistead, we still have enough to make this
claim look weak. At the very least we can prove that people that report to him knew.

The questions I want you to answer are:
1. when you called the new SJA, he said he couldn't talk to you because I had filed a
lawsuit. Did he say ANYTHING else. Did you ask ANY questions - whether he responded or
not?
Just the fact that you called may by itself be construed as a reasonable effort on your
part to obtain information on the status of your appeal. When did you call him?
2. did any other base personnel report that they couldn't find the status of your appeal.
Anyone from your old MWR job, anyone from security, chief Naab, Page Ormistead - did
anyone say anything about the lack of response to your appeal?



Thanks,

Marvin Green

DSN: 421-3228
Desk: (210)295-3228
Cell:  (210)389-6231
e-mail: marvin.e.green@us.army.mil
```

-----Original Message-----
From: sophia torok [mailto:sophia_v_torok@hotmail.com]
Sent: Thursday, January 11, 2007 8:35 AM
To: Green, Marvin E Mr USAMITC
Subject: RE: Ms. Torok

y originall reply tomy appeal for the driving stuff was sent to my e mail., NOT to you in naples so they have my e m ailaddress and phoine # so why was it not sent to my e mail as the previous one?????????????????????????????
why would i bother to find out about a second appeal response since apparently they dont repond toappeals unless one contacts a congressmann?!?!
if their habit is to respond to the sponsor about appeals why did they not respond to YOU on the first appeal? or if theiu habit is to respond to the person directly as they did the first time why dont they do it again. the barrment was given tome not you, and ypou were never notified in writtting so why start now? they are fucking around to cover their asses  once they back date documents how can i possibly believethey wontdo it again , in this case just a different route e mailing toan e mailthat does not exist! sophia


>From: "Green, Marvin E Mr USAMITC" <marvin.e.green@us.army.mil>
>To: "sophia torok" <sophia_v_torok@hotmail.com>
>Subject: RE: Ms. Torok
>Date: Wed, 10 Jan 2007 11:34:35 -0600
>
>Well I was right not to open the court stuff while I was there for
>x-mas. It would have ruined the mood for sure.
>
>So I opened it last night and there is good news and bad news.
>
>The bad news is I was going to hit them with his failure to respond to
>your barment appeal and it looks like he responded by back dating his
>response to July 5, 06 and then theoretically sending to Naples where
>you would be sure to never receive it. I really don't know when he may
>have written his response to the appeal but would guess the letter
>exchange with Dr. Kahn below, where I mentioned a lack of response as
>of August 18 06, may have prompted him as Dr. Kahn indicated in one of
>his responses that continuing to bar you "had come straight from the
>base CO". My other theory as to when the appeal was responded to is
>that when I mailed case 06-1434 to the court I sent a copy to you and
>the school principal. I expected the principal to share it with DoDDS
>at the principal conference in September but she may have taken it
>straight to the Captain in late August or early September.
>Interestingly, if you re-read the message below to Dr. Kahn I cc:ed the
>Captain, mentioning that we had received no response as of August 18
>06. This could have prompted him to write a respond to your appeal as well.
>
>So the question is: Did you receive a response to your appeal? When you
>spoke to the SJA a month or 2 ago did you ask what happened to your
>appeal and what was his response? Did you ever have Christina, Jerry,
>American Greetings or anyone ask about the status of your appeal?
>
>If you didn't make a reasonable effort to find the status of your
>appeal then the best we can hope for on this issue is a draw as the
>only things he has done wrong are: probably creative dating, probably
>misdirected to Naples High School, and probably should have corrected
>my statement on Aug 18 that we were still waiting.
>
>So, what have you done and who have you talked to to find the status of
>your appeal - because Captain Stuyvesant is asserting that he responded
>to you on July 5 2006? You need to now prove that you made a reasonable
>attempt to find the information and that you were reasonably available
>to receive the information from July 5 2006 onward to the present.
>
>
>Thanks,

2

```
>
>Marvin Green
>
>DSN: 421-3228
>Desk: (210)295-3228
>Cell:   (210)389-6231
>e-mail: marvin.e.green@us.army.mil
>
>
>-----Original Message-----
>From: sophia torok [mailto:sophia_v_torok@hotmail.com]
>Sent: Friday, August 18, 2006 9:44 AM
>To: Green, Marvin
>Subject: RE: Ms. Torok
>
>Marvin, i have asked you so many times to stop using my name with
>fiction attached to it. where do you get this info about family center
>lowering substitute teacher ratings?!?!?!? and why would that matter to
>me?!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!i am not intereste in substitute
>teaching at all . it is a command sponsored job. And what is this
>father lopez stuff? please tellme this is fictional character out of a
>comic book.why would i want tosee a priest, i told you many times i
>amnot interested in seeing a priest, never have been never will,
>specially a navy
>one, they cant be trusted.   please do not use my name  or slander it
>in
>your e mails or court cases without my written approval first. sophia
>
>
> >From: "Green, Marvin" <Marvin.E.Green@eu.dodea.edu>
> >To: "Harrison, David" <David.Harrison@eu.dodea.edu>,"Folmer, Debbie"
> ><Debbie.Folmer@eu.dodea.edu>
> >CC: <sophia_v_torok@hotmail.com>
> >Subject: RE: Ms. Torok
> >Date: Fri, 18 Aug 2006 15:55:49 +0200
> >
> >Thank you both for your support.
> >
> >I just came back from NASII security where they gave Sheldon a 4 day
> >pass as they have run out of the ID card blanks.
> >
> >If Sophia does not receive permission to enter the base by Monday we
> >may ask Dr. Hart to help us by transporting Sheldon, (he can be
> >dropped
>
> >at the gate for his two appointments on Monday and Tuesday).
> >
> >A ferry plus train ride Tue night would put me back at work around
> >noon
>
> >on Wed. There isn't much I can do on Monday so I think I'll catch the
> >Sat night ferry as planned and leave it to Capt. Stuyvesant as to
> >whether he wishes to constructively bar Sheldon from further medical
> >care until school starts - by continuing to bar his mother.
> >
> >Sheldon and I are going to stock up at the Commissary at 5pm -
> >planning
>
> >for the worst and hoping for the best.
> >
> >-----Original Message-----
> >From: Harrison, David
> >Sent: Friday, August 18, 2006 12:47
> >To: Green, Marvin
> >Subject: RE: Ms. Torok
> >
```

3

```
> >Marvin,
> >
> >If you need extra time to take care of this, do so. I'll try and work
> >around whatever you and your family needs.
> >
> >I would appreciate it if you could be tin Gaeta on the 23rd to meet
> >with the MCI person and help get the new circuit up, and then help
> >move
>
> >the servers back to Gaeta once Don Alexander says the circuit has
> >been accepted.
> >
> >Thanks,
> >
> >David Harrison
> >Chief, Systems Administration Branch, Acting Chief, Information
> >Assurance Branch Information Technology Division DoDDS-Europe DSN
> >334-2462 Commercial +49(0)6134-604-462 E-Mail
>
> >David.Harrison@eu.dodea.edu
> >
> >-----Original Message-----
> >From: Green, Marvin
> >Sent: Friday, August 18, 2006 12:02 PM
> >To: Kahn, Kevin M. (LCDR)
> >Cc: stuyvesantj@nassig.sicily.navy.mil; Harrison, David
> >Subject: FW: Ms. Torok
> >
> >Dear Dr. Kahn,
> >
> >First, let me apologize for Sophia's abrupt behavior with the Italian
> >translator. I have tried to impress upon her the importance to
> >Sheldon of getting an accurate translation of the nerve study and the
> >Neurologist's recommendations as soon as possible. She is showing
> >signs
>
> >of stress and yesterday I attempted to make an appointment with
> >Father Lopez for us - since, as Sophia correctly pointed out;
> >obtaining counseling from Family Services results in a lower fitness
> >rating as a substitute teacher.
> >
> >While we have been waiting for the base to respond to our appeals,
> >Sophia and I have been attempting to deal with the situation as best
> >we
>
> >can. We took the recommendation of a local Cardiologist, to see a
> >Catania Orthopedic Dr., who sent Sheldon to a Neurologist, Dr. Vecchio.
> >
> >The Neurologist ordered a nerve study, the results of which I am
> >unable
>
> >to ascertain without an English translation. Sophia said the Dr.
> >indicated there may be some nerve damage. Sheldon maintains the Dr.
> >said there was none. I'd like to know what the translation says. When
> >Sophia pressed the Dr. for the odds of permanent damage, he indicated
> >that it was difficult to tell at this time. He turned to Sheldon and
> >indicated that immediate daily therapy was the most important thing,
> >and that for the best chance of success it was up to him to be
>disciplined about it.
> >He also indicated that the electrical nerve stimulation was critical
> >and he recommended daily swimming as a formal part of his therapy.
> >Since Sophia speaks fair Italian with a bad Spanish accent and the Dr.
> >spoke some English; I'm not sure what exactly Sheldon understood or
> >what exactly he got out of the exchange.
> >
> >I've tried to probe Sheldon's state of mind without lowering his
```

4

```
> >confidence. I'm not sure what he really understands or how I can spur
> >him to greater effort and discipline without making him overly aware
> >of
>
> >the possibility of failure. Whatever his chances are, Sheldon
> >indicates
>
> >that his confidence in you is 100% and zero for anyone else.
> >Personally, I don't honestly know if the odds are 10% or 90% for even
> >a
>
> >partial recovery.
> >
> >Also, Sheldon was prescribed 3 potions. One was a nutritive powder,
> >which I'll ignore.
> >Of the other 2, both are drugs, one is a pill and the other a powder.
> >Pregabalin is the pill and it is supposed to be taken 2x daily,
> >Nicetile is the powder and is supposed to be taken 1x daily.
> >Again, we both need a translation of the packet insert or their FDA
> >equivalents in order to know what we or they are doing to or for
> >Sheldon.
> >
> >On a positive note, within an hour of taking this combination Sheldon
> >was able to raise several of his left most toes and reported some
> >tingling; and while this would seem to be encouraging on the surface
> >- Sophia tried to read the Italian label and identified one of the
> >drugs as an anti-inflammatory. Don't anti-inflammatory drugs reduce
> >swelling,
>
> >which also reduces blood supply and hence the rate of healing?
> >
> >School is starting up and I must return to Naples as I have an
> >appointment to transport and setup the Servers at the new school
> >location in Gaeta on Monday. The first six weeks of school is the
> >busiest time for the IT function within DoDDS as most teachers will
> >give up on using technology in their curriculum if it isn't running
> >by about the 4th week after school commences. Consequently, I don't
> >believe I will have an opportunity to return to Sigonella until mid
> >October at the earliest.
> >
> >I have an appointment with the physical therapist on Monday and with
> >you on Tuesday - which my duties preclude me from attending. My wife
> >is
>
> >in fear of arrest and public humiliation if she should attend in my
>stead.
> >I require an unambiguous statement as to whether my dependents
> >continue
>
> >to be barred from NAS Sigonella and permission for them to attend to
> >Sheldon's welfare.
> >
> >Sincerely,
> >
> >Marvin Green
> >
> >
> >This document may contain information covered under the privacy Act,
> >5 USC 552(a), and/or the Health Insurance Portability and
> >Accountability Act (PL 104-191) and its various implementing
> >regulations and must be protected in accordance with those
> >provisions. Healthcare information is personal and sensitive and must
> >be treated accordingly. If this correspondence contains healthcare
> >information it is being provided to you after applying the
> >appropriate security controls and authorization from the patient, or
> >under circumstances that don't require patient authorization. You,
```

```
> >the recipient, are obligated to maintain it in a safe, secure and
> >confidential manner. Redisclosure without additional patient consent
> >or as permitted by law is prohibited. Unauthorized redisclosure or
> >failure to maintain confidentiality subjects you to application of
> >appropriate sanction. If you have received this correspondence in
> >error, please notify the sender and the command Privacy Officer at
> >privacy@sig.med.navy.mil at once and destroy any copies you have made.
> >
> >
> >
> >
> >Marvin Green
> >DSN: 629-4538
> >Cell: +39(335)773-9719
> >marvin.green@eu.dodea.edu
> >
> >
> >-----Original Message-----
> >From: Carson, Dale CAPT (NASSIG XO)
> >[mailto:dale.carson@nassig.sicily.navy.mil]
> >Sent: Monday, November 28, 2005 18:50
> >To: green,marvin
> >Subject: RE: Ms. Torok
> >
> >Mr. Green,
> >
> >I hope the counseling if beneficial.  We have removed her Italian
> >translation for the incident and she can no longer drive in Italy.
> >If she is found driving again, I will initiate the ERD process.
> >
> >Sincerely,
> >CAPT Carson
> >
> >-----Original Message-----
> >From: green,marvin [mailto:Marvin.E.Green@eu.dodea.edu]
> >Sent: Monday, November 28, 2005 4:36 PM
> >To: 'Carson, Dale CAPT (NASSIG XO)'
> >Subject: RE: Ms. Torok
> >
> >
> >Dear Capt Carson,
> >
> >My wife has provided me with a somewhat varied account of her recent
> >troubles.
> >
> >Having difficulty divining facts from afar I have asked her to
> >schedule
>
> >a counseling session, for the two of us, at the Family Services Center.
> >
> >I gave her 3 alternate dates in December that I can be available. It
> >is
>
> >my hope that she will find discussing my faults with a stranger so
> >rewarding that she will continue a few more sessions despite my
> >limited
>
> >availability.
> >
> >We are waiting to hear back from a counselor confirming our
>appointment.
> >
> >Sincerely,
> >
> >Marvin Green
> >335-773-9719
```

```
> >
> >
> >-----Original Message-----
> >From: Carson, Dale CAPT (NASSIG XO)
> >[mailto:dale.carson@nassig.sicily.navy.mil]
> >Sent: Tuesday, November 22, 2005 5:40 PM
> >To: Green, Marvin
> >Subject: Ms. Torok
> >
> >Mr. Green,
> >
> >Hello,
> >I am the Executive Officer of NAS Sigonella.  I was recently informed
> >that you are the spouse of Ms. Torok.  For privacy reasons I cannot
> >go into the details, but I would like to know if I am correct with
> >the information that you are her sponsor and if you know the details
> >of her
>
> >recent incident at our front gate when she came to pick up her son?
> >
> >Captain Dale Carson
> >XO, NAS Sigonella
> >DSN 314 624 5252
>
>_____
>Express yourself instantly with MSN Messenger! Download today it's FREE!
>
>http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
>

_____
Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/
```