**(k) NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS, JUDGMENTS AND STIPULATIONS.**

Each proposed order, judgment and stipulation shall have appended to it or endorsed upon it a list of the names and addresses of all attorneys entitled to be notified of its entry. If a party is not represented by an attorney, the name and address of the party shall be included.

**(l) TIME FOR FILING DISPOSITIVE MOTIONS.**

A dispositive motion in a civil action shall be filed sufficiently in advance of the pretrial conference that it may be fully briefed and ruled on before the conference

**(m) DUTY OF COUNSEL TO CONFER ON NONDISPOSITIVE MOTIONS.**

Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement. A party shall include in its motion a statement that the required discussion occurred, and a statement as to whether the motion is opposed.

## LCvR 7.1

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

In all civil or agency cases where a corporation is a party or intervenor, counsel of record for that party or intervenor shall file a certificate listing any parent, subsidiary or affiliate of that party or intervenor which, to the knowledge of counsel, has any outstanding securities in the hands of the public. Such certificate shall be filed at the time the party's first pleading is filed. The purpose of this certificate is to enable the judges of this court to determine the need for recusal. Counsel shall have the continuing obligation to advise the court of any change. The form of the certificate is:

"Number and Title of Case"

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for _____, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public.

(2) A person filing a document by electronic means is responsible for insuring the accuracy of the official docket entry generated by the CM/ECF software.

(3) Any document, order, or notice filed or docketed electronically by the Court or by the Clerk shall have the same binding authority as one filed on paper.

(d) **SERVICE**

(1) Electronic filing of any document operates to effect service of the document on counsel or pro se parties who have obtained CM/ECF passwords. Counsel or parties who have not yet obtained CM/ECF passwords must serve and be served as otherwise provided in F.R.Civ.P. 5(b).

(2) The requirement of a certificate or other proof of service is satisfied by the automatic notice of filing sent by the CM/ECF software to counsel or pro se parties who have obtained CM/ECF passwords. A separate certificate or other proof of service showing that a paper copy was served on a party or counsel is required when that party or counsel does not receive electronic notification of filings.

(e) **EXCEPTIONS TO REQUIREMENT OF ELECTRONIC FILING**

(1) Exhibits or attachments that (A) exceed 500 pages (including administrative records and records of state court proceedings); or (B) are not in a format that readily permits electronic filing, such as large maps, charts, video tapes, and similar materials; or (C) are illegible when scanned into electronic format; or (D) are filed under seal, may be filed in paper form. Documents or things filed pursuant to this subsection (e)(1), and in compliance with LCvR 5.1, must be served by mail or by hand delivery, unless counsel have otherwise agreed, and must be identified in an electronically filed notice of filing.

(2) A motion pursuant to LCvR 5.1(j) for leave to file a document under seal shall be filed by electronic means, but sealed documents accompanying such a motion shall be filed in paper form together with the notice of filing required by subsection (e)(1).

(3) A party appearing pro se shall file documents in paper form with the Clerk and must be served with documents in paper form, unless the pro se party has obtained a CM/ECF password.

U.S. Department of Justice
United States Attorney
District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

Official Business
Penalty for Private Use $300

USA MITC MEDICAL INFORMATION
PSYCHOLOGY COMMAND
ATTN: MR. MARVIN GREEN
2710 HOWITZER, FORTSAM, HOUSTON
TEXAS 78234




US OFFICIAL MAIL
$300 Penalty
For Private Use