## Unknown

| | |
|---|---|
| **From:** | Osborne, Steve |
| **Sent:** | Thursday, June 01, 2006 12:03 |
| **To:** | Green, Marvin |
| **Subject:** | RE: case number |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

ULP is an unfair labor practice. It is the a violation of the Statute that governs collective bargaining in the federal sector. The Federal Labor Relations Board is the agency that governs the Statute.

Steve

**From:** Green, Marvin
**Sent:** Thu 6/1/2006 3:12 PM
**To:** Osborne, Steve
**Subject:** RE: case number

What does ULP and FLRA stand for?

**From:** Osborne, Steve
**Sent:** Thursday, June 01, 2006 14:56
**To:** Green, Marvin
**Subject:** RE: case number

The union did not sue Sigonella. We filed a ULP over the parking but we withdrew it on advice of the FLRA.

Steve

**From:** Green, Marvin
**Sent:** Thursday, June 01, 2006 1:39 PM
**To:** Osborne, Steve
**Subject:** case number

I understand that the union sued Sigonella, or it's captain.
I heard the case was settled.
I'd like to know the case number. Maybe read a copy if you have one.

Marvin

2007-01-17