

Captain/XO single shared parking spot

Old established bus stops where the Captain insisted that the kids continue to load and unload and walk up and down several flights of stairs

New Bus stop where Principal and Teachers wanted the kids' to load and unload

Capt. / XO House

Base perimeter line

Kindergarten

Commisary

Navy Exchange store where Sophia tried to stock enough Quanza cards to keep the Captain happy

New school construction

Temporary Elementary School

Hospital where SG continues physical therapy but they are trying to discharge him before he has healed completely

© 2007 Europa Technologies

Image © 2007 DigitalGlobe

©2006

Google

Pointer  37°27'37.36" N  14°57'30.19" E    elev  203 ft    Streaming |||||||||| 100%    Eye alt    2021 ft