Google **Gmail** Calendar Photos Docs & Spreadsheets Groups all my services »   marvin.e.green@gmail.com | Settings | Help | Sign out

[Search box]   Search Mail   Search the Web   Show search options / Create a filter

**Compose Mail**

**Inbox (3)**
Starred ★
Chats 💬
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

▼ Quick Contacts
[Search, add, or invite]
● Marvin E. Green (gm
   Connecting in 86s..
   Try now

We're experiencing technical difficulties that may prevent your chats from being sent.

▼ Labels
   Edit labels

▼ Invite a friend
Give Gmail to:
[  ]
[Send Invite] 50 left
preview invite   Show all

« Back to Inbox | Archive | Report Spam | Delete | More actions... ▼ | ‹ Newer **2** of **5** Older ›

### FW: Congressman Waxman's Office   Inbox

☆ **sophia torok <sophia_v_torok@hotmail.com>**   show details 9:41 am (56 minutes ago)

marvin, according to this e mail, the congressmann's officehad made an inquiry with sigonella and about a week later i get a response from my appeal! WOW! and the base or the captain have the nerve to say they never heard ofthe congressman!?!?. sophia

>From: "Romero, Cristina" <Cristina.Romero@mail.house.gov>
>To: "'sophia_v_torok@hotmail.com'" <sophia_v_torok@hotmail.com>
>Subject: Congressman Waxman's Office
>Date: Thu, 13 Apr 2006 13:42:47 -0400
>
>Dear Ms. Torok,
>
>
>
>Thank you for your recent correspondence to Congressman Waxman regarding
>the
>difficulties you are experiencing with the U.S. Naval Base in Sigonella,
>Italy.  My name is Cristina Romero, and I am the caseworker assigned to
>your
>case.  We have made an inquiry with the Navy, and as soon as we receive a
>response I will forward it on to you.  If you have any questions or
>concerns, please do not hesitate to contact me at the above email address
>or
>at (323) 651-1040.  Thank you for contacting Congressman Waxman for
>assistance, and I hope we can be helpful to you.
>
>
>
>Sincerely,
>
>
>
>Cristina Romero
>
>Office of Congressman Henry A. Waxman
>
>8436 West Third Street, Suite 600
>
>Los Angeles, CA 90048
>
>(323) 651-1040 - p
>
>(323) 655-0502 - f
>
>
>
>

Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

**Compose Mail**

**Inbox (3)**
Starred ⭐
Chats 💬
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

▼ Quick Contacts

[Search, add, or invite]


⚪ Marvin E. Green (gm
   Connecting in 86s..
   Try now

We're experiencing technical difficulties that may prevent your chats from being sent.

▼ Labels
    Edit labels

▼ Invite a friend
Give Gmail to:
[                    ]

[Send Invite]  50 left
preview invite   Show all

↩ **Reply**   ➡ **Forward**   Invite sophia to Gmail

[                                                    ]

« **Back to Inbox**   [Archive]   [Report Spam]   [Delete]   [More actions... ▼]   ‹ **Newer** 2 of 5
                                                                                                     **Older ›**



Get new mail notifications. Download the **Gmail Notifier**.   Learn more

**You are currently using 2 MB (0%) of your 2807 MB.**

Gmail view: **standard with chat** | standard without chat | basic HTML   Learn more

©2006 Google - Terms of Use - Privacy Policy - Program Policies - Google Home