Google **Gmail** Calendar Photos Docs & Spreadsheets Groups all my services »

marvin.e.green@gmail.com | Settings | Help | Sign out

[Gmail +talk BETA]

[Search Mail] [Search the Web]   Show search options / Create a filter

**Compose Mail**

[« Back to Inbox]  [Archive]  [Report Spam]  [Delete]  [More actions...]   ‹ **Newer**
**3** of **5**
Older ›

**Inbox (4)**
Starred ★
Chats 💬
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

▼ Quick Contacts

[Search, add, or invite]

● Marvin E. Green (gm
   Connecting…

We're experiencing technical difficulties that may prevent your chats from being sent.

▼ Labels
   Edit labels

▼ Invite a friend
Give Gmail to:

[Send Invite]  50 left

preview invite   Show all

### FW: RE: Congressman Waxman's office   Inbox

☆ **sophia torok <sophia_v_torok@hotmail.com>**   show details   9:30 am (56 minutes ago)

>From: "sophia torok" <sophia_v_torok@hotmail.com>
>To: Cristina.Romero@mail.house.gov
>Subject: RE: Congressman Waxman's office
>Date: Sat, 10 Jun 2006 07:01:41 +0000
>
>Hi, thank you for responding. NO! NOT AT ALL! someone should make a movie
>out of this. it would definitelly woin many orcars. can i call you? it
>would take many,many pages for me to try and explain in writting. please e
>mailme phonenumber where i can reach you. thank you so much.
>
>     sophia
>
>
>>From: "Romero, Cristina" <Cristina.Romero@mail.house.gov>
>>To: "'sophia_v_torok@hotmail.com'" <sophia_v_torok@hotmail.com>
>>Subject: Congressman Waxman's office
>>Date: Fri, 2 Jun 2006 15:28:40 -0400
>>
>>Dear Ms. Torok,
>>
>>
>>Good afternoon.  I wanted to check in with you to see how your case is
>>progressing.  I understand that things started to move forward on your
>>case,
>>but I haven't heard anything further.  Has it been resolved?
>>
>>
>>
>>Sincerley,
>>
>>
>>
>>Cristina Romero
>>
>>Office of Congressman Henry A. Waxman
>>
>>8436 West Third Street, Suite 600
>>
>>Los Angeles, California 90048
>>
>>(323) 651-1040 - p
>>
>>(323) 655-0503 - f
>>
>>http://www.waxman.house.gov <http://www.waxman.house.gov>
>>
>>

**Compose Mail**

**Inbox (4)**
Starred ⭐
Chats 💬
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

▼ Quick Contacts

Search, add, or invite

⚫ Marvin E. Green (gm
   Connecting…

We're experiencing technical difficulties that may prevent your chats from being sent.

▼ Labels
   Edit labels

▼ Invite a friend
Give Gmail to:

[Send Invite] 50 left
preview invite   Show all

>>
>
>_____
>FREE pop-up blocking with the new MSN Toolbar - get it now!
>http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/
>

_____
FREE pop-up blocking with the new MSN Toolbar - get it now!
http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/

↩ Reply  → Forward  Invite sophia to Gmail

☆ **sophia torok <sophia_v_torok@hotmail.com>**   show details  9:31 am (54 minutes ago)

>From: "Romero, Cristina" <Cristina.Romero@mail.house.gov>
>To: "'sophia_v_torok@hotmail.com'" <sophia_v_torok@hotmail.com>
>Subject: Congressman Waxman's office
>Date: Fri, 2 Jun 2006 15:28:40 -0400
>
>Dear Ms. Torok,
>
>
>
>Good afternoon.  I wanted to check in with you to see how your case is
>progressing.  I understand that things started to move forward on your
>case,
>but I haven't heard anything further.  Has it been resolved?
>
>
>
>
>Sincerley,
>
>
>
>
>Cristina Romero
>
>Office of Congressman Henry A. Waxman
>
>8436 West Third Street, Suite 600
>
>Los Angeles, California 90048
>
>(323) 651-1040 - p
>
>(323) 655-0503 - f
>
>http://www.waxman.house.gov <http://www.waxman.house.gov>
>
>
>

_____
Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/

↩ Reply  → Forward  Invite sophia to Gmail

**Compose Mail**

**Inbox (4)**
Starred
Chats
Sent Mail
Drafts
All Mail
Spam
Trash

**Contacts**

Quick Contacts
Search, add, or invite
Marvin E. Green (gm
Connecting…

We're experiencing technical difficulties that may prevent your chats from being sent.

Labels
Edit labels

Invite a friend
Give Gmail to:
Send Invite 50 left
preview invite Show all

**« Back to Inbox** | **Archive** | Report Spam | Delete | More actions...

**‹ Newer** **3** of **5** **Older ›**

Use **filters** to manage your incoming messages. Learn more

**You are currently using 2 MB (0%) of your 2807 MB.**

Gmail view: **standard with chat** | standard without chat | basic HTML Learn more

©2006 Google - Terms of Use - Privacy Policy - Program Policies - Google Home

