IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, ) | |
| o/b/o the minor child SG, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-1434 (RBW) |
| ) | |
| JOSEPH STUYVESANT, ) | |
| Captain, U.S. Navy, ) | |
| ) | |
| **Defendant.** ) | |

**DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
"REQUEST FOR A 2 WEEK CONTINUANCE"**

The Defendant, through counsel, the United States Attorney for the District of Columbia, hereby respectfully submits the following memorandum in opposition to Plaintiff's "Request for a 2 Week Continuance." See Docket Entry No. 24. Plaintiff's request should be denied because Plaintiff is improperly seeking additional time to file a Surreply without having obtained the Court's leave to do so.

**FACTUAL AND PROCEDURAL BACKGROUND**

Plaintiff challenges an order issued by the Commanding Officer of Naval Air Station Sigonella (Italy), which barred plaintiff's minor child, SG, from accessing the base. See Complaint, Docket Entry No. 1. On December 18, 2006, Defendant moved to dismiss the case, or in the alternative, for summary judgment ("Motion to Dismiss"). See Docket Entry No. 11.[1] On January 21, 2007, Plaintiff filed a Memorandum in Opposition to [Defendant's] Motion to Dismiss ("Plaintiff's Opposition"). See Docket Entry No. 20. On January 30, 2007, Defendant

---

[1] A complete recitation of the facts relevant to this case may be found in the Defendant's Motion to Dismiss or, in the Alternative, For Summary Judgment, Docket Entry No. 11.

filed a Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment ("Defendant's Reply").  See Docket Entry No. 23.  On February 13, 2007, Plaintiff filed a "Request for a 2 Week Continuance" ("Continuance Request") (Docket Entry No. 24)[2] to allow him to complete a response to the Defendant's Reply of January 30, 2007.

## ARGUMENT

Plaintiff's Continuance Request should be denied because Plaintiff is seeking additional time to file a Surreply, without first having obtained leave of the Court, and because a Surreply is neither necessary nor appropriate.  Plaintiff acknowledges in his Continuance Request that he is "respond[ing] to Defendant Council's (sic) last 6 page reply," and that additional time will allow him to "expand on the Equal Protection argument . . . ."  See Continuance Request at 7.  The "6 page reply" to which Plaintiff appears to refer is Defendant's Reply.  See Docket Entry No. 23.  This filing by the Defendant "closed the loop" on the filings associated with Defendant's Motion to Dismiss.  See generally L. Civ. R. 7 (detailing the procedures for filing motions, memoranda in opposition, and replies).

Plaintiff now seeks additional time to respond in order to provide additional arguments regarding "subject matter jurisdiction" and "to expand on the Equal Protection argument."  See Continuance Request at 1, 7.  It should be noted that Plaintiff's Complaint did not advance an Equal Protection cause of action.  Instead, it focused on the propriety of an order issued by the Commanding Officer of Naval Air Station Sigonella, Italy.  See Complaint.  Accordingly, the

---

[2] Plaintiff's "Request for a 2 Week Continuance" includes a "Request for a Finding on the Question of Negligence," dated February 7, 2007, and marked "DRAFT." The proposed continuance ostensibly would allow Plaintiff to complete this document.

Defendant's filings in this case – including the Defendant's Reply to which Plaintiff now seeks to respond – do not address an Equal Protection claim.

The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the Court for the first time in the opposing party's reply. Lewis v. Rumsfeld, 154 F. Supp. 2d 56, 61 (D.D.C. 2001). However, here, there were no matters presented in the Defendant's Reply to which Plaintiff had not already responded, or had the opportunity to respond. Furthermore, the interests of judicial efficiency and economy would not be served by granting Plaintiff's request for a continuance. On the contrary, his Continuance Request makes clear that he intends to file a Surreply devoid of evidentiary support and replete with self-serving assertions couched as statements of fact. Therefore, a Surreply is not required, and a continuance to facilitate the filing of a Surreply is wholly unnecessary.[3]

---

[3] However, if the Court determines that surreply is appropriate, defendant does not oppose an extension of time in which to file it.

## **CONCLUSION**

WHEREFORE, Defendant submits that Plaintiff's "Request for a 2 Week Continuance" should be denied.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-6531


OF COUNSEL:

Thomas F. Leary, LCDR, JAGC, USN
General Litigation Division
Office of the Judge Advocate General
1322 Patterson Avenue, S.E., Suite 3000
Washington, D.C. 20374-5066

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February, 2007, I caused the foregoing to be served via electronic mail addressed as follows: marvin.green@eu.dodea.edu, and by first class mail, postage prepaid, addressed as follows:

Marvin E. Green
220 Pinckney Street, Apt. B
San Antonio, Texas 78209-6904

      /s/
MARIAN L. BORUM
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, ) | |
| o/b/o the minor child SG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1434 (RBW) |
| ) | |
| JOSEPH STUYVESANT, ) | |
| Captain, U.S. Navy, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on Defendant's "Request for a 2 Week Continuance," Docket Entry No. 24. Upon consideration of Defendant's Opposition and the entire record of this case, it is this _____ day of _____, 2007,

**ORDERED** that Plaintiff's "Request for a 2 Week Continuance" should be and hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

    Marian L. Borum
    Assistant United States Attorney
    Judiciary Center Building
    555 Fourth Street, N.W., Room E4810
    Washington, DC  20530


    Marvin E. Green
    220 Pinckney Street, Apt. B
    San Antonio, Texas 78209-6904