# TRAFFIC COURT
## 20 OCT 2005

1. <u>INDIVIDUAL IDENTIFYING DATA:</u>

**CIV SOPHIA TOROK**

▮

2. <u>ACKNOWLEDGEMENT OF TRAFFIC COURT CHARGES / VIOLATIONS:</u>

I, **LT SEAN BLACK**, AM ASSIGNED TO THE NAVAL AIR STATION, SIGONELLA. I HAVE BEEN GRANTED THE AUTHORITY TO CONDUCT TRAFFIC COURT HEARINGS BY THE COMMANDING OFFICER OR HIS DESIGNATED REPRESENTATIVE. YOU ARE ADVISED THAT YOU HAVE BEEN CHARGED WITH THE FOLLOWING TRAFFIC VIOLATION (S):

**FAILURE TO COMPLY WITH OPNAVINST 11200.5 IMPLIED CONSENT.**

3. <u>ACKNOWLEDGEMENT OF RIGHTS / PROCEEDINGS RELATIVE TO TRAFFIC COURT HEARINGS:</u>

TRAFFIC COURT HEARINGS ARE ADMINISTRATIVE PROCEEDINGS AFFECTING YOUR PRIVILEGE TO OPERATE A MOTOR VEHICLE. DECISIONS OF THE TRAFFIC COURT JUDGE ARE FINAL, UNLESS APPEALED IN WRITING WITHIN 10 DAYS FOLLOWING THE DAY OF YOUR APPEARANCE TRAFFIC COURT. ANY STATEMENTS YOU MAKE AT THIS HEARING MAY BE USED AGAINST YOU IN FURTHER PROCEEDINGS THAT YOU MAY ALSO BE SUBJECT TO. BY SIGNING BELOW YOU ARE ACKNOWLEDGING THAT YOU HAVE BEEN ADVISED OF YOUR RIGHTS CONCERNING THIS INFORMATION.

_____  _____
**LT SEAN BLACK**                 **CIV SOPHIA TOROK**
**TRAFFIC COURT JUDGE**

4.   **DISPOSITION OF TRAFFIC CHARGES INVOLVING REVOCATION OR SUSPENSION OF DRIVING PRIVILEGES:**

*Revocation of license for a minimum of one year!*

THE TRAFFIC VIOLATION (S) YOU ARE FOUND TO HAVE COMMITTED WARRANT (S) THE REVOCATION OR SUSPENSION (AS ENTERED ABOVE) - OF YOUR DRIVING PRIVILEGES FOR THE FOLLOWING PERIOD OF TIME:

_20 Oct 2005_                                         _20 Oct 2006_
(Day - Month - Year)                           (Day - Month - Year)

YOU ARE NOT TO OPERATE EITHER A PRIVATELY OWNED VEHICLE OR A GOVERNMENT VEHICLE DURING THE PERIOD YOUR DRIVING PRIVILEGES ARE SUSPENDED. THESE INSTRUCTIONS ARE LAWFUL WRITTEN ORDERS. FAILURE TO OBEY THESE ORDERS WILL, AT THE MINIMUM, RESULT IN CHARGES OF DRIVING WHILE INSTALLATION DRIVING PRIVILEGES ARE UNDER SUSPENSION AND COULD RESULT IN A PROSECUTION FOR A VIOLATION OF ARTICLE 92 OF THE UCMJ.

YOU WILL ACKNOWLEDGE THE SUSPENSION OR REVOCATION OF YOUR DRIVING PRIVILEGES FOR THE PERIOD INDICATED BY SIGNING YOUR NAME IN THE SPACE PROVIDED BELOW:

_[signature]_                                          _[signature]_
**SIGNATURE OF TRAFFIC COURT JUDGE**          **SIGNATURE OF SUBJECT**

---

THE TRAFFIC VIOLATION (S) YOU ARE CHARGED WITH THAT WARRANT (S) THE REVOCATION OR SUSPENSION HAS/HAVE BEEN DISMISSED:

_____          _____
**SIGNATURE OF TRAFFIC COURT JUDGE**          **SIGNATURE OF SUBJECT**

5.   **DISPOSITION OF TRAFFIC COURT CHARGES INVOLVING POINT ASSESSMENTS:**

THE FOLLOWING DECISIONS HAVE BEEN MADE RELATIVE TO THE TRAFFIC CHARGES INDICATED AND ACTION HAS BEEN TAKEN AS INDICATED:

_____          _____
**SIGNATURE OF TRAFFIC COURT JUDGE**          **SIGNATURE OF SUBJECT**

6.  FULL EXPLANATION OF ANY DISMISSAL (S) OF CHARGES AS FOLLOWS:

|  |
| --- |
|  |

7.  ACTION BY TRAFFIC COURT CLERK:

| THE RESULTS OF THE TRAFFIC COURT JUDGE WERE ENTERED IN THE INDIVIDUAL'S DRIVING RECORD ON: |
| --- |
| _____ <br> (Day - Month - Year) |

| A COPY OF APPROPRIATE CORRESPONDENCE WAS FORWARDED UPON REQUEST TO THE RESPECTIVE COMMANDING OFFICER / OIC / DEPARTMENT HEAD ON: |
| --- |
| _____ <br> (Day - Month - Year) |

18