To: Commanding Officer                                     November 1, 2005
Via: Jerry Ryan
Lt. Hinojos

    I am writing an appeal for my ticket issued on Sunday October 18, 2005.

At traffic court I gave my side of the story to Lt. Black. The female security guard stated to Lt. Black that upon entering the base about 12:30 am I blew on the breathalyzer 5 times. She noticed a slight elevation on the breathalyzer. She also stated that she detected no odor or signs that I was intoxicated so using her officer's discretion, she allowed me to enter the base. Once I entered the base I went straight to the school bus loop and picked up my son, who was coming back from a sport trip, then proceeded towards the gate to leave the base. Leaving the gate I had to blow on the breathalyzer once again. The female security officer also stated at traffic court that upon leaving the base I blew on the breathalyzer 5 times. At that point the security guard asked me to step out of the car since there was a detection of alcohol in the instrument. Once I was outside my car I blew on the breathalyzer at least 20 times. I can see from their point of view that I might have appeared uncooperative since I wasn't blowing long enough or hard enough like they wanted me to. I am on asthmas puffing medication and I was just getting over a chest cold and I'm a total idiot for smoking and now realize I don't have the best lung capacity in the world. At this point I wanted a blood test. They said it would take 4 to 5 hours! At this point I gave my son our house keys and told him to have the coach take him home since I did not want him hanging around for the next 5 hours. He needed to go to sleep. (The coach from the sports trip hung around in case I needed some assistance.) It's very important for my son to get enough sleep. He has mild seizures if he lacks sleep or plays video games for extended periods of time. After being at the base gate for about 1 ½ hours blowing on the breathalyzer, I requested water, a cigarette, and to go to the bathroom. I was denied all three. They explained to me that drinking water and even rinsing my mouth out water could affect the results of the blood and the breath test. This made me mad (especially the cigarette part), I am a nurse and I worked at ER's. I still don't understand how rinsing my mouth with water or a few sips and having a cigarette could affect my blood alcohol level. At this point I was there for about 2 hours. I was very uncomfortable and angry, my mouth was dry from the asthma puff medication and I needed to go to the bathroom. I offered them a urine sample, but they didn't want one. The female Officer was there and could have escorted me to the bathroom and stated so during traffic court, but the other security officer said I could not go. I saw my son's leg jerking which means he is having a seizure. (My son and the coach were still there, I suppose he was hoping I would eventually blow successfully in the breathalyzer, and then go home.) I totally understand security's point of view that I was uncooperative towards the end and I acknowledge that at that point I was making their jobs more difficult. But after being there for about 2 hours and seeing my son's leg jerk, it would have been futile for me to stay any longer. I needed to go the bathroom and I needed to get my son home with me. After his leg jerking I could not send him home alone so I did refuse all of the tests at that point. I still don't understand how I was passed inside the base to the school bus loop, picked up my son, then drove out the gate and suddenly was not okay going through the gate.

Being a temporary single parent while my husband is in Naples until the end of the school year, I don't know how I can function without a driver's license. I live up on the mountain about 30 minutes from the base. My son has a mild seizure disorder and in an emergency, taking him to his neurologist in Motta would be impossible, as with any other emergency. I am basically his chauffer. I am his only way to get to school, to his sports games on Saturdays, and volunteering stuff he does since he is a member of the national honor society. These last two weeks without driving have really taken a toll on us, especially my son. Other Americans who live up on the mountain have been helping me out taking turns getting us to the base, but it is an inconvenience to them since they have to drive 15 to 20 minutes out of their way to get us. I apologize to the security officers for being uncooperative and making their jobs difficult towards the end. I hope that one day they come to understand what I was going through, and as I stated before, after being there for 2 hours and seeing my son's leg jerk, as a mother, at that point nothing else mattered except getting him home with me.

Sincerely,

Sophia Torok