**Unknown**

| | |
|---|---|
| **From:** | sophia torok [sophia_v_torok@hotmail.com] |
| **Sent:** | Sunday, March 26, 2006 10:55 |
| **To:** | paige.ormiston@nassig.sicily.navy.mil |
| **Cc:** | sophia_v_torok@hotmail.com |
| **Subject:** | did you forget me? |

```
Hello Ms. Ormiston,   Before i a continue , you need to know i am not very
much of a typist. so please overlook any typing mistakes i make in this memo to you. I
have called you several times over the last 2 weeks and left messages with clercks at your
office. They have assured me  that my messages have been relayed to you, yet i have not
recieved ant responce from you. It has been over 80 or 90 days since our first meeting. My
life has been hell over the last few months.
1.My heating oil ran out, my house has been at 9 to 11  degrees centigrate for the past 2
months. I need to drive to San Pietro to pay for it but i cant drive, so we are screwed.
Seeing your own breath every day inside your home is something that people in public
housing have no clue off.
2. My next alternative was fire wood, which i also ran out of.
3.My son last week had a temperature of 101 to 103 degrees F. for 5  days.
He missed thursday, friday and monday from school. I would have felt a lot better if i
could have taken him to a doctor.{5 days of a  high fever had me worried as any other
parent would be worried in this situation too, except any other parent WAS NOT PREVENTED

keep on reading    i cant figure out how  to get the bottom paragrapgh close
to the top, sorry.   i am a computer idiot.




basic medical access for their sick child like i have been.
4.On several occassions  my son has had mild seizures in the morning where another 1./2
hour or so of rest would have taken care of  the problem , but instead he has missed a
whole day of school since the bus comes at 6:40 and if he misses it , he missses a whole
day of school, since i am not able to drive him to school. None of this is necessary. I
believe if i,  on purpose, am  dennying my son access to his education or basic medical
care, it would be consired of child abuse or neglect. Yet i am not the one dennying him
access to the above, the navy security is,with their lies IS. They are the ones feeding
information to the captain that is false about me.Like you said in our previous
conersation that security is known for lying and changing documents.
5.To go to the minor things, my pets have not been able to get vaccinated since october,
since i cannot drive.
6.the electric company ows me over 200 euros, that i need to collect at a sicilian bank,
but unable to since i cant drive.
7. i want to sell my old beemer, but unablre to since i can not drive to base for
inspection and the other stuff thats need to be 8.I THIS IS IN CAPITAL
LETTERS!!!!!!!!!!!!!!!!!!! I HAVE A CRACKED FILLING ON THE RIGHT UPPER MOLAR, I I NEED
FIXED OR OTHERWISE I WILL NEED A ROOT CANNAL. THERE IS ONLY  ONE DOCTOR IN SIRACUSE WHO
CAN DO, SINCE IT IS A NON
MERCURY FILLING. SO FAR I CAN ONLY EAT ON THE LEFT SISE OF MY MOUTH.    LIFE
SUCKS!!!!!!!!!!!!!!!!!!!!!!!!!!!!
9. I dont live in public housing, where you can have the heat on and all your windows open
for whatever reason, and have a ride to base every 30 mimutes of the day.
9. BIG PROBLEM!!!!!!!!!!!!!!! My son is having surgery on his knee, i a few weeks, YOU
tell me how the hell i am supposed to get him to  and from the hospital????????? My
husband is coming down for the surgery, but these
morons from security have removed the base pass from my car so now   how is
my husband suppossed to get my kid from the hospital??????????????? I AM SOMETHING
DIIFERENT THAN THE MILITARY......I DONT HAVE CAR INSURANCE BECAUSE IF IF I DONT I WILL GET
```

```
SHOT OR WHATEVER, I DONT HAVE HEAlTH INSURANCE BECAUSE IF I DONT I WILL GET SHOT OR GET A
TICKET!!! I HAVE IT BECAUSE I WAS RAISED THAT WAY AND IF I DONT HAVE A MILLION DOLLARS TO
COVER MYSELF THEN I NEED INSURANCE.......and I REALLY TAKE PERSONALL  WHEN I TURNED IN MY
CAR BASE BASS AND THESE SECURITY  TREATED ME AS A CRIMINALL, AND THREATENED ME AS IF I
WERE A CRIMINAL AND ASSUMED I WAS A LYIER, JUST BECAUSE THEY ARE ARE DOES NOT MEAN I AM. i
AM NOT IN THE NAVY, YET I KNOW WHAT HONOR AN INTEGRITY IS, WHAT A CONCEPT!
MY LIFE HAS BEEN HELL, MY SON GREW UP IN THE NAVY, BUT NONE OF US HAVE RESPECT FOR
SECURITY, MY SON WAS THERE WHEN I HANDED HIM THE KEYS TO THE HOUSE SO I CAN HAVE A BLOOD
TEST WHICH THESE LYING BASTARDS HAVE DENIIED. i JUST WANT TO REMIND YOU, THE NAVY DID NOT
ISSUE YOU YOUR LICSENCE TO PRACTICE LAW THE BARR ASSOCIATION DID.

SINCERELLY,

            SOPHIA TOROK

p.s. MY HOUSE IS FINALLY TO 12 DEGREES CENTIGRATE, NO ONE IN PUBLUIC HOUSING HAS A CLUE OF
WHAT THAT IS, NOT EVEN YOU,

            SOPHIA TOROK

_____
FREE pop-up blocking with the new MSN Toolbar - get it now!
http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/
```