**green, marvin**

---

| | |
|---|---|
| From: | sophia torok [sophia_v_torok@hotmail.com] |
| Sent: | Monday, April 17, 2006 9:20 PM |
| To: | marvin.green@eu.dodea.edu |
| Subject: | FW: Drivers license suspension case |
| Attachments: | revocationofdrivingpriviledgesicomrs.torok.pdf |



revocationofdriving
priviledges...

```
>From: "Ormiston, Paige  LT (NLSO)"
><paige.ormiston@nassig.sicily.navy.mil>
>To: "'sophia torok'" <sophia_v_torok@hotmail.com>
>Subject: FW: Drivers license suspension case
>Date: Mon, 17 Apr 2006 18:17:09 +0200
>
>
>Mrs. Torok,
>I've attached the base's response to your appeal.  If you would like
>assistance drafting an appeal to CNRE, I'd be happy to assist.  Please
>contact me if you want to take that route.
>/r
>LT Ormiston
>
>
> >   <<revocation of driving priviledges ico mrs. torok.pdf>>
> >
```

---

FREE pop-up blocking with the new MSN Toolbar - get it now!
http://toolbar.msn.click-url.com/go/onm00200415ave/direct/01/

--
No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.1.385 / Virus Database: 268.4.2/314 - Release Date: 4/16/2006



1