After the Santa Barbara sheriff declined our complaint we drove to the county seat where

**LAW OFFICES OF ANDREW J. CAVANAUGH**

**ANDREW J. CAVANAUGH**
Attorney at Law

205 E. ANAPAMU STREET
SANTA BARBARA, CA 93101
Cavanaugh@andrewesq.com

TEL (805) 965-7015
FAX (805) 965-4727
2nd FAX (805) 962-3557

**KEITH L. BARKER**
ATTORNEY AT LAW

1234 SANTA BARBARA STREET
SANTA BARBARA, CA 93101
PHONE (805) 564-2132
FACSIMILE (805) 564-0095

I intended to file a complaint with a district attorney. Instead I noticed a clustering of legal practices around the court house and interviewed with 2 of them. The consensus was to go find a large firm with international connections in Italy in Los Angeles.



U.S. House of Representatives

**CRISTINA ROMERO**
CASEWORKER

Congressman Henry A. Waxman
30th District
California

8436 W. Third St., #600
Los Angeles, CA 90048
(323) 651-1040
Fax (323) 655-0502



**HENRY A. WAXMAN**
MEMBER, UNITED STATES CONGRESS
30TH DISTRICT, CALIFORNIA

8436 West Third Street
Suite 600
Los Angeles, California 90048
(323) 651-1040

U.S. House of Representatives
2204 Rayburn Building
Washington, D.C. 20515
(202) 225-3976

Without enough time to shop our case around we elected to interview with Christina in person and provide a copy of the basement order and appeal its effect on SG.

ETHICAL ORTHOTIC AND PROSTHETIC SERVICE TO THE
MEDICAL PROFESSION AND THEIR PATIENTS SINCE 1915

 *Lerman and Son*
ORTHOTICS AND PROSTHETICS

american orthotic & prosthetic association

8710 WILSHIRE BLVD.
BEVERLY HILLS, CALIF. 90211
(310) 659-2290
FAX (310) 659-1601

On July 12 & 13 2006 we obtained a foot brace to reduce SG's visible limping.

Mark E. [signature]
Feb 25 2007