Marvin Green
220 PINCKNEY ST APT B
SAN ANTONIO TX 78209-6904
marvin.e.green@us.army.mil
C 210-389-6231, H 210-824-0959

In The

## District Court of the United States – District of Columbia

| | |
|---|---|
| MARVIN GREEN for SG, | ) Case No. <u>06-1434 RBW</u> |
| Plaintiff, | ) ERRATA; PLAINTIFF |
| v. | ) STANDS ON STATEMENTS |
| | ) MADE IN 2 WEEK CONTINUANCE |
| Capt. Stuyvesant, | ) REQUEST |
| Defendant. | ) |
| | ) Date: February 28, 2007 |

### I. STATEMENT OF INTENT

I have until Friday to complete SG's Federal and State Student Aide applications.

I wish to stand on points made in my hastily written request for a 2 week continuance – for my regretfully confusing but final responses to the motion to dismiss.

Assuming no re-energizing insults from defendant council, I intend to remain mute pending judgment on the motion to dismiss.

Date: February 28, 2007

/s/ Marvin E. Green