## Green, Marvin E Mr USAMITC

| | |
|---|---|
| **From:** | sophia torok [sophia_v_torok@hotmail.com] |
| **Sent:** | Wednesday, February 28, 2007 6:42 AM |
| **To:** | Green, Marvin E Mr USAMITC |
| **Cc:** | sophia_v_torok@hotmail.com |
| **Subject:** | RE: I think the case is going well and that you should remain patiently hopeful |

I wish you wouldstop misquoting me, the date that jerry was notified was december 17 NOT THE FIRST, so get your facts straight before you start putting legal mumbo jumbo on court cases, remember you are acomputer specialist NOT!!!!!!!!!!!! a lawyer and stop taking up the courts time  on this B.S. for self serving purposes as to  distract the fact that you intentionally committed fraud to collect housing allowance thatis not yours or was never seen by me, bank records willshow that.
just remember you are smart , but not smarter than everyone else as you make think so.

#2.  i need toknowwhat is going on with sheldon finacial aid. due date is march 2nd so i need to hearby tonight. sophia

>From: "Marvin E. Green (gmail)" <marvin.e.green@us.army.mil>
>To: sophia_v_torok@hotmail.com
>Subject: I think the case is going well and that you should remain
>patiently hopeful
>Date: Tue, 27 Feb 2007 23:14:21 -0600
>
>This is my most recent submission to the court.
>Now we wait for the judge to rule on the defendant's motion to dismiss.
>If both that and this related one go my way then some immediate relief
>may be possible.
>
>You might be asked to defend or prove the incident where security
>manufactured evidence of you being in your car with the keys in the
>ignition. If they suspect that security did manufacture the evidence
>then they will likely try to keep ignoring it like they did nothing
>wrong - but if the judge says they are presumed to have fabricated the
>incident then they must defend or concede they could be fabricating
>other parts of thier defense.


><<
>06-1434MotionforSummaryJudgmentastodefendantsfailuretocontestevidenceFe
>b2707.pdf
> >>

_____
Express yourself instantly with MSN Messenger! Download today it's FREE!
http://messenger.msn.click-url.com/go/onm00200471ave/direct/01/