On 16OCT05, at approximately 0100, while conducting a Command Authorized Sobriety Checkpoint, Patrolman ████ detected a strong odor of alcohol emitting from Mrs. TOROK's person utilizing the Alcoblow at NAS I Main Gate, Sigonella, Sicily, Italy. Patrolmen ████ were dispatched.

Synopsis:

At approximately 0105, ████ arrived on scene and met with S/TOROK.

At approximately 0106, ████ requested S/TOROK to submit to a Portable Breathalyzer Test (PBT) to determine her Breath Alcohol Content (BRAC), which she refused to perform after several attempts.

At approximately 0130, ████ contacted ████ and informed ████ of the incident with S/TOROK.

At approximately 0137, ████ requested S/TOROK to submit to a Permissive Authorization of Search and Seizure of her blood and/or bodily fluids for Blood Alcohol Content (BAC), which she refused to give consent.

At approximately 0200, S/TOROK was issued an Armed Forces traffic citation for suspicion of operating a motor vehicle while under the influence of an intoxicating liquor IAW NASSIGINST 5114.1d and OPNAVINST 11200.5C.

At approximately 0210, a friend provided S/TOROK with an escort to her residence.

Narrative:

Interview of Suspect:

1.2 Interview of S/TOROK: At approximately 1326, Patrolman ████ advised S/TOROK of her rights IAW the Fifth Amendment, U.S. Constitution. S/TOROK provided ████ with a written, sworn statement (ENCLOSURE #1). S/TOROK stated: At approximately 2000, on 16OCT05, she consumed approximately one and a half glasses of wine with dinner and went to sleep. ████ was away on a school trip and needed to be picked up at approximately 0000 on 17OCT05. She received a telephone call from ████ 10-15 minutes prior to ████ arrival at NAS I and rushed out of the house in order to go pick ████ up. Prior to leaving her residence, S/TOROK stated she utilized her "Venti-puff" asthma medication, rinsed out her mouth and proceeded to her vehicle. At approximately 0030, S/TOROK arrived at NAS I and was requested by Security Patrolmen to utilize the Alcoblow device. The NAS I Main Gate Sentry was unable to get an accurate reading and allowed S/TOROK access to NAS I to pick up ████. S/TOROK was stopped a second time before exiting NAS I and was again requested to utilize the Alcoblow device, which resulted in another unsuccessful attempt. The NAS I Main Gate Sentry requested her to exit her vehicle and utilize the PBT several times. S/TOROK was unable to properly utilize the PBT because her mouth was dry and she was having difficulty taking deep breaths. She asked Security Patrolmen for water, but her request was denied. Patrolmen explained that drinking a beverage before utilizing the PBT would alter the results. She asked for water a second time so that she could just rinse her mouth and again her request was denied. By this point she was very tired and frustrated and just wanted to go home. S/TOROK stated she told Patrolmen that she would submit to a blood test to determine her blood alcohol content. Patrolmen told her that the test would take five hours, to which she replied that ████ needed to go home. S/TOROK waited a few hours with no new developments. She asked to use the restroom, but was denied that right. In order to speed up her departure she asked Patrolmen to issue her a citation and let her go on her way. ████ provided S/TOROK ████ with a ride to her residence.

Patrolman Notes:

At approximately 0100, S/TOROK attempted to gain access to NAS I Main Gate and was requested to comply with the Command Authorized Sobriety Checkpoint. S/TOROK tried several times to utilize the Alcoblow, which met with negative results. S/TOROK demonstrated difficulty providing Patrolman ████ with a sample of her breath and appeared to have some breathing problems. ████ allowed her access to NAS I in order to pick up ████ who was waiting her arrival at the DoDDs school. S/TOROK did not display any indicators of being impaired upon initial contact with ████. Upon exiting NAS I, Patrolman ████ stopped her at the Main Gate and requested that she utilize the Alcoblow device. After several failed attempts, due to her not utilizing the Alcoblow device as directed, the Alcoblow device registered a positive (red) reading. ████ requested S/TOROK to turn off her vehicle, take her keys out the ignition and place them on the dashboard. ████ informed her that the Alcoblow detected a strong odor of an alcoholic beverage emitting from her person. Patrolman ████ arrived on scene and requested to submit to a Portable Breathalyzer Test (PBT) to determine her Breath Alcohol Content (BRAC), which she refused to perform as instructed. S/TOROK asked to smoke a cigarette and to drink water, but was informed that if she did so, the results of the PBT would not be accurate and at this time she was being detained for suspicion of driving while under the influence of alcohol. ████ requested S/TOROK to submit to the PBT several more times, which she attempted to do, however did not blow a steady stream of breath into the PBT as was demonstrated to her. ████ asked S/TOROK if she would be willing to provide a sample of her blood and/or bodily fluids to determine her Blood Alcohol Content, which she refused. At this time S/TOROK refused to submit to any more tests. ████ escorted S/TOROK into Building. #320, NAS I Security and awaited a phone call from ████. During this time, S/TOROK requested to use the restroom in order to rinse her mouth, which she was prohibited to do so. At approximately 0140, Patrolman ████ received guidance from ████ stating that due to her being a civilian, Security would not be able to take a blood sample without her consent nor would Security be able to proceed any further than issuing an Armed Forces traffic citation and not allowing her to leave the installation operating her vehicle. ████ also stated that Local Carabinieri should be notified and requested to assist. Security Duty Translator ████ notified Paterno Carabinieri of the incident, however they declined to respond due to a technicality of S/TOROK did not physically leave the installation in her vehicle while intoxicated and was not breaking any Italian Laws until she did such an act. S/TOROK's Italian Translation was revoked and confiscated and was issued a Armed Forces traffic citation.

S/TOROK's vehicle is a White 1990 Opel Corsa, license plate #CL238JV, insured with GEICO policy #66750422.

Case Status:

Interview of all parties involved in this incident has been completed. Report is forwarded to command for review and disposition.

| ENCLOSURE(S) | |
|---|---|
| ENCL # | DESCRIPTION |