**Unknown**

| | |
|---|---|
| **From:** | Green, Marvin |
| **Sent:** | Sunday, September 03, 2006 13:28 |
| **To:** | Ricker, Denise |
| **Cc:** | Quezada, Yolanda (Europe); Gladden, Gloria; Nick Torok (nicktorok@cox.net); Sheldon Green; Harrison, David |
| **Subject:** | RE: VALID PPP JOB OFFER ICO MARVIN GREEN |
| **Attachments:** | Green - PPP Job Offer USAMITC.PDF |



Green - PPP Job
Offer USAMITC....

       The position appears to be a good opportunity for professional growth with a command doing important work.

I do have outstanding personnel matters, the most important being delayed return of my dependents affording my son the opportunity to complete his senior year at NAS Sigonella.

-----Original Message-----
From: Ricker, Denise
Sent: Thursday, August 31, 2006 07:33
To: Green, Marvin
Cc: Sutton, Jeff; Quezada, Yolanda (Europe); Gladden, Gloria
Subject: VALID PPP JOB OFFER ICO MARVIN GREEN
Importance: High

Mr. Green

Attached is notification that you have a valid PPP job offer and the PD for the position you matched against.  Please review and return a signed copy of the letter to me NLT close of business 5 September 2006.

Thanks
Denise

Denise Ricker

Human Resources Specialist
Office of the Director, DoDDS-Europe
Phone DSN: 338-7375  Civ: 49-611-380-7375
Fax: DSN 338-7122  Civ: 49-611-380-7122