**Unknown**

| | |
|---|---|
| **From:** | Ricker, Denise |
| **Sent:** | Wednesday, September 06, 2006 01:29 |
| **To:** | Green, Marvin |
| **Cc:** | Harrison, David |
| **Subject:** | RE: VALID PPP JOB OFFER ICO MARVIN GREEN |

Good Morning Mr. Green

Cindy was just assisting with registering the IT guys for PPP so I've been working your matches.

Glad to hear that the job offer is to your satisfaction.

You need to go into TOPS and request PCS orders to Ft Sam Houston.  Your report date will be 15 October.

Delay travel for your family in order that your son be given the opportunity to graduate from High School is allowed.  You need to notify the school that you will be departing so that your son's status is changed from "space required" to "space available" in their system.

Please do not hestitate to contact me if you need any assistance.

Denise

Denise Ricker

Human Resources Specialist
Office of the Director, DoDDS-Europe
Phone DSN: 338-7375  Civ: 49-611-380-7375
Fax: DSN 338-7122  Civ: 49-611-380-7122




-----Original Message-----
From: Green, Marvin
Sent: Tuesday, September 05, 2006 5:00 PM
To: Ricker, Denise
Subject: RE: VALID PPP JOB OFFER ICO MARVIN GREEN
Importance: High

I hope you got my response from Sunday. I responded in the affirmative. I went to library over the weekend and read a travel book on the area, looked at a video on Texas, no state income tax, fairly short flights to where my son will be going to university - all in all it is better than I expected and I'm sort of looking forward to exploring a new area.

What happened to Cindy Conway? How did you win the lotto? (meaning, servicing me)...

-----Original Message-----
From: Ricker, Denise
Sent: Thursday, August 31, 2006 7:33 AM
To: Green, Marvin
Cc: Sutton, Jeff; Quezada, Yolanda (Europe); Gladden, Gloria
Subject: VALID PPP JOB OFFER ICO MARVIN GREEN
Importance: High

Mr. Green

Attached is notification that you have a valid PPP job offer and the PD for the position you matched against.  Please review and return a signed copy of the letter to me NLT close of business 5 September 2006.

Thanks
Denise

Denise Ricker

Human Resources Specialist
Office of the Director, DoDDS-Europe
Phone DSN: 338-7375  Civ: 49-611-380-7375
Fax: DSN 338-7122  Civ: 49-611-380-7122