# REQUEST/AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY OR TEMPORARY CHANGE OF STATION (TCS) TRAVEL

*(Reference: Joint Travel Regulations) (Read Privacy Act Statement on back before completing form.)*

## SECTION I - REQUEST FOR OFFICIAL TRAVEL

**1. DATE (YYYYMMDD):** 13 Sep 2006
**2. NAME (Last, First, Middle):** GREEN MARVIN E
**3. SOCIAL SECURITY NUMBER:** 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

**4. NEW POSITION TITLE:** INFORMATION TECHNOLOGY SPECIALIST (SYSTEMS ADMINISTRAT
**5. GRADE OR RATING:** GS-2210-12
**6. RETIREMENT CODE** *(Insert retirement code from Block 30 of employee's most recent SF-50. If unknown, employee should contact their servicing personnel office.)*: K

**7. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL RESIDENCE:**
Dod Education Activity, DoDDS-Europe; Mediterranean District, Naples, Italy
HHG From: Naples, Italy

**8. NEW OFFICIAL STATION AND LOCATION, ACTUAL RESIDENCE OR ALTERNATE DESTINATION:**
HOR: Los Angeles, CA; alt. dest: USAMITC-HQ Fort Sam Houston San Antonio, TX
HHG To: HOR: Los Angeles, CA alt. dest: Fort Sam Houston, San Antonio, TX and Santa Barbara, CA

**9. REPORTING DATE AT NEW DUTY STATION (YYYYMMDD):** 08 Nov 2006

**10. TRAVEL PURPOSE:**
- [X] BETWEEN OFFICIAL STATIONS
- [ ] RENEWAL AGREEMENT
- [ ] RETURN FROM OVERSEAS FOR SEPARATION
- [ ] TEMPORARY CHANGE OF STATION
- [ ] OTHER: Travel Between Official Stations (PCS)

**11. TRANSPORTATION MODE:**
- [X] GOVERNMENT
- [X] COMMERCIAL
- [X] POC
- [X] RAIL
- [X] AIR
- MILEAGE RATE: $ IAW JTR

**12a. PER DIEM FOR EMPLOYEE:** [X] YES [ ] NO
**b. PER DIEM FOR DEPENDENT(S):** [X] YES [ ] NO

**13a. ROUND TRIP TRAVEL FOR HOUSE-HUNTING:** [ ] YES [X] NO
[ ] ACTUAL EXPENSE [ ] FIXED
**b. NUMBER OF DAYS (Including travel):**

**14a. TEMPORARY QUARTERS SUBSISTENCE EXPENSE:** [ ] YES [X] NO
[ ] ACTUAL EXPENSE [ ] FIXED
**b. NUMBER OF DAYS AUTHORIZED:**

**15a. HOUSEHOLD GOODS (HHG) SHIPMENT:** [X] YES [ ] NO
[ ] COMMUTED RATE
[X] GOVERNMENT BILL OF LADING (GBL)
**b. NET WEIGHT AUTHORIZED:** 18,000 lbs

**16. OTHER AUTHORIZED EXPENSES:**
- [X] TEMPORARY STORAGE OF HHG
- [ ] NONTEMPORARY STORAGE OF HHG
- [ ] RELOCATION SERVICES
- [ ] PROPERTY MANAGEMENT SERVICES
- [ ] REAL ESTATE EXPENSES
- [ ] UNEXPIRED LEASE
- [ ] RELOCATION INCOME TAX ALLOWANCE
- [X] POV SHIPMENT [ ] CONUS [X] OCONUS
- [ ] MISCELLANEOUS EXPENSES
- [X] TRAVEL ADVANCE AUTHORIZED (Amount): $ IAW JTR

**17. DEPENDENT TRAVEL:**
- [ ] CONCURRENT
- [X] DELAYED
- [ ] EARLY RETURN
- [ ] NOT AUTHORIZED

**18a. DEPENDENT TRAVEL FROM (Home Address):** Naples, Italy
**b. TO (New PDS):** HOR: Los Angeles, CA w/alt dest: Santa Barbara, CA

**19. DEPENDENTS:**

| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH (YYYYMMDD) |
|---|---|---|
| Sophia V. Torok | SPOUSE | 06 Mar 1960 |
| Sheldon S. Green | SON | 02 May 1989 |

**20. ESTIMATED COST:**
- a. PER DIEM: $ 125.00
- b. TRAVEL: $ 3,300.00
- c. OTHER: $ 13,600.00
- d. TOTAL: $ 17,025.00

**21. TRANSPORTATION AGREEMENT SIGNED (X one):** [X] YES [ ] NO
DATE SIGNED (YYYYMMDD): 12 Sep 2006

## SECTION II - AUTHORIZATION FOR OFFICIAL TRAVEL

**22. ACCOUNTING CITATION:**
9770100.6018 P5580 2400 2122 DEPC70028CARJW 049451 TAC:HE7P 049451 APC:99FB CIC: 1/0/A/A/7/0028/049451-PD/TVL
9770100.6018 P5580 2400 2204 DEPC70028CARJX 049451 TAC:HE7P 049451 APC:99FB CIC: 1/0/A/A/7/0028/049451-HHG/POVSHP
FCFA: 9770100.6078 ED S66666    ** SUBJECT TO AVAILABILITY OF FUNDS **

**23. APPROVING OFFICIAL**
a. TITLE: Rodger Knight, Personnel Management Specialist
b. SIGNATURE: *Rodger D. Knight*

**24. ORDER-ISSUING/AUTHENTICATING OFFICIAL**
a. TITLE: Irma P. Finocchiaro, Associate Director for Financial and Business Operations
b. SIGNATURE: *[signature]*
c. ORGANIZATION ADDRESS: DoDEA, Personnel Center, 4040 N. Fairfax Drive, Arlington, VA 22203-1634 POC: Team A (703) 588-3985

**25. TRAVEL ORDER NUMBER:** PC70028
**26. DATE ISSUED (YYYYMMDD):** 28 Sep 2006

**DD FORM 1614, OCT 2001**    PREVIOUS EDITION IS OBSOLETE.

## PRIVACY ACT STATEMENT
*(5 U.S.C. 552a)*

**AUTHORITY:** 5 U.S.C. 5701, 5702; and E.O. 9397 (SSN).

**PRINCIPAL PURPOSE(S):** Used to issue transportation requests, bills of lading for household goods and automobiles, and as a supporting authorization for cash payment of travel allowances.

**ROUTINE USE(S):** In addition to being used by officials and employees of the applicant's Service in determining eligibility, the information contained herein may be provided to law enforcement personnel investigating those suspected of fraudulently obtaining allowances. Information also may be disclosed under certain circumstances to other Federal agencies, Members of Congress, State and local governments, and U.S. and State courts.

**DISCLOSURE:** Voluntary; however, failure to provide SSN may preclude timely consideration of your request.

### SECTION III - ADMINISTRATIVE INFORMATION

**27. CLAIMANT - FORWARD COMPLETED SETTLEMENT CLAIM TO THE FOLLOWING ADDRESS:**
*(Losing/Gaining Activity - provide the address to where the employee should submit this claim for final disbursement.)*

Travel Operations Columbus
Attn: DFAS-PTB/CO
P.O. Box 369015
Columbus, OH 43236-9015

**28. REMARKS OR OTHER AUTHORIZATIONS** *(Use this space for special requirements, leave, excess baggage, etc., or other authorization.)*

These orders may be amended by the gaining activity. Expenses/charges not allowed at Government expense are the financial responsibility of the employee concerned.

\* Delayed travel for dependent spouse, Sophia V. Torok and Sheldon S. Green, son, to commence August 8, 2007.

Level 1 AT Awareness Training/AOR Security completed on September 20, 2006
Level 1 AT Awareness Training/AOR Security completed by Sophia V. Torok, spouse, on September 20, 2006.
Level 1 AT Awareness Training/AOR Security completed by Sheldon S. Green, son on September 20, 2006.
Security and antiterrorism awareness training scheduled.
Travel to commence o/a 11/06/2006.
Delayed travel for: Sophia V. Torok, Sheldon S. Green.
1. Travel on Foreign Flag air carriers or surface vessels is not authorized unless American Flag carriers do not provide service to/from/within the overseas area (JTR, Vol 2, C2204.B.)
2. All travel arrangements must be made through an official Government travel office (JTR, Vol 2, C2207)
3. When an employee makes his/her own travel arrangements, reimbursement for such travel is limited to the cost of Government provided transportation by the most direct route and most economical mode of travel from the employee's permanent duty station (PDS) to the actual residence/home of record and return for RAT or between OCONUS duty stations for a PCS, or form the employee's PDS to the actual residence upon return for separation, and may not exceed the amount reflected in block 20b.
4. When travel by privately owned vehicle (POV) is more advantageous to the Government, it will be based on an average distance of 360 miles per day by most direct usually traveled route (JTR, Vol 2, C2159.A.)
5. Unaccompanied baggage authorized is limited to 350 lbs. for each adult and dependent 12 years of age and older, and 175 lbs. for each child under 12 years of age. No more than 1,000 lbs. thereof may be shipped by air. Weight of unaccompanied baggage is considered part of the household goods (HHG) weight allowance (JTR, Vol 2, C2304.D and C5160.B.)
6. Free checkable baggage is limited to two (2) pieces, no more than 70 lbs. per piece, must not exceed 62 linear inches (sum of length, width and height) on Air Mobility Command (AMC) chartered aircraft (JTR, Vol 2, C2300.D.)
7. Carry-on baggage for AMC air traveler to be carried in passenger section of aircraft is limited to one (1) piece per traveler, not to exceed 70 lbs. and 45 linear inches (L+W+H), and must be stowed under the passenger's seat (JTR, Vol 2, C 2300.D.)
9. Shipment of HHG, goods in storage and prior shipments may not exceed 18,000 lbs. total weight (JTR, Vol 2, C5154.B). Shipment of HHG is limited to those items associated with the home and all personal effects belonging to the employee and dependents on the effective date of transfer or appointment that legally may be accepted and transported by commercial HHG carrier (JTR, Vol 2, Appendix A.)
10. In connection with alternate destination travel, any costs in excess of the costs for direct and uninterrupted travel to and from the employee's actual residence are borne by the employee. For renewal agreement travel, if an employee's actual residence is in the U.S., the employee, and the employees dependents, must spend the majority of the RAT time in the U.S. to be entitled to RAT (JTR, Vol 2, C2000 and C4162)
11. Temporary storage of HHG not to exceed 90 days is authorized (JTR, Vol 2, C5154. F.1.c and C5190.B)
13. Traveler is authorized use of Army and Air Force Exchange (AAFES) while in travel status (JTR, Vol 2, C1051.)
14. Employee is eligible for advance in pay as authorized in DoD Manual 1400.25-M, Subchapter 1250. For employees performing 1st Duty Station Travel, advance in pay is only authorized upon reporting for duty at the overseas duty station. Repayment is made by payroll deduction over a maximum of 26 pay periods.
21. In connection with shipment of HHG to an alternate destination and/or from an alternate pick-up point; any costs in excess of the costs of shipment in one lot by the most economical method to/from the actual residence and the overseas duty station or between the old and new permanent duty stations are borne by the employee (JTR, Vol 2, C5154-I and C5180.)
22. Expenses incurred for travel by other than the most direct usually traveled route, or interruption of travel for personal convenience, will be borne by the employee (JTR, Vol 2, C2000.)
23. Upon separation or transfer to conus, nontemporary storage (NTS) of household goods at Government expense terminates on the first day of the second month following the last day of work at the PDS (JTR, Vol 2, C5195.B.3.c.)
24. Travelers transporting exotic pets are required by law to have a certification from the U.S. Fish and Wildlife Service(FWS) before transporting the pets to foreign locations or back to the U.S. For information contact the FWS at: 1-800-358-2104. Travelers returning to the U.S. with exotic pets should call (703)358-2104 before transporting the pet(s). For a FWS fact sheet, go to: http://international.fws.gov/pdf/pe.pdf. For an application for travel with pet birds and other CITES-Listed species go to: http://forms.fws.gov/3-200-46.pdf (JTR Vol 2, C3151.)
25. Transportation tickets are purchased using a centrally-billed account (CBA).
26. Dependent travel must begin within 2 years after the effective date of the employee's PCS/initial appointment to an OCONUS area and must not be authorized unless at least 1 year of the agreed minimum service period requirement remains or the employee agrees to serve one year after dependent arrival in the OCONUS area (JTR, par. C7002-G.).
27. For PCS moves within CONUS or to and between OCONUS permanent duty stations, household goods transportation time limitation is 2 years from the employee's report date (i.e. the date the employee actually reports to work) at the new PDS. (JTR, Vol. 2, par. C5165-H)
Remarks revised effective September 2005.

TRAVEL ORDER NUMBER  PC70028          DATE ISSUED  28 Sep 2006

**DD FORM 1614 (BACK), OCT 2001**