Marvin Green
220 PINCKNEY ST APT B
SAN ANTONIO TX 78209-6904
marvin.e.green@us.army.mil
C 210-389-6231, H 210-824-0959

In The

## District Court of the United States – District of Columbia

|  |  |
|---|---|
| MARVIN GREEN,<br>　　　　　　　　Plaintiff,<br>v.<br>Capt. Stuyvesant,<br>　　　　　　　　Defendant. | ) Case No. <u>06-1434 RBW</u><br>)<br>) MOTION FOR ORDER OF RETURN<br>) OF GOVERNMENT ID CARD TO<br>) RIGHTFULL CUSTODIAN AND<br>) REQUEST FOR A CONTINUANCE<br>) ALLOWING TIME TO REOPEN<br>) CASE 06-1009 AND ANSWER THE<br>) COURTS OBJECTIONS AS TO<br>) VENUE AND TORT<br>)<br>)<br>) 　　Date: May 1, 2007<br>) |

### I. INTRODUCTION

N/A.

### II. STATEMENT OF FACTS

On November 28, 2005, Capt. Carson, the executive officer of NAS Sigonella, wrote: "…she can no longer drive in Italy. If she is found driving again, I will initiate the ERD process."

On March 8 2006 I met with council to Diane Ohman, Max Selz. I asked what my options might be in restraining Capt. Carson from deporting my dependents. He advised me to seek assistance from the Base legal office – which I did by directing my wife to an appointment with Lt. Paige Ormiston.

MARVIN GREEN for SG v. CAPT. STUYVESANT

He advised me further that we might check the possibility that an Italian court and lawyer might be able to assist since in the United States the state courts have been known to hand down restraining orders to base officials. We followed this advice as well by contacting the only English speaking lawyer who takes Sigonella related cases – but this individual stated that he needed base permission to represent us. Sophia independently came up with the additional option of contacting Congressman Waxman.

(written on)Today, May 1, 2007, Sophia Torok did request of me a divorce under California "no fault" laws. She proposed an equal division of all assets, 50% of my current income and 50% of my retirement. She stated as rationale my failure to secure her work permit and employment through legal means, the alienation of base personnel toward her that has resulted from the 4 lawsuits I have filed; and her desire to marry a legal resident of Italy which would afford her the items which I have failed to provide. She further stated that the lawyer she has retained (without payment so far?) has made an inquiry of the Questori (Italian work permit office?) and that the base is asserting that she is sponsored (and therefore only eligible for a work permit under SOFA agreement rules), which the base continues to refuse her.

(written on)Today is June 11, 2007. Sophia informed me today that the Base has accepted her EU citizenship and will allow her access for work purposes after the one year anniversary of the Barment order, or about June 30th. By virtue of her request I now assert my independent standing as to my

portion of the diminished marital assets. By virtue of her decision to remain in Sigonella when I moved to Naples; her contacting of the congressman without my advice; her secret negotiations with Capt. Carson without any deference to my new standing in terms of mutual asset claims, her having reached an accommodation with Capt. Carson—I assert that I now represent the whole of her remaining claims.

On May 2, 2007, SG became Sheldon Green by virtue of his 18th birthday. When I explained as much of this case to him as he would hear, and further suggested that I would have STGassociation incorporation papers for him to sign in Los Angeles in late July or early August, that an altruistic solution would net far more results than a selfish one—he stated that he would "…go along with whatever you want". I am now his exclusive agent in this matter, and we—all of us now, assign all compensation in excess of: a 2 year post graduation internship for Sheldon with the STGassociation, a state side sponsored 2 year substitute teaching, homeschool liaison, position for Sophia, all allowances, expenses and overtime that DoDDS-E would have paid me had they implemented the No Fear Act—we assign the excess or remainder from all extant court cases, closed or open, to the STGassociation--a District of Columbia 501c3 non-profit charity focused on delivering educational services to overseas homeschooling Americans. The 501c3 STGassociation will then form a 501c4 arm to research the relevant laws,

MARVIN GREEN for SG v. CAPT. STUYVESANT

advocate legislative measures and provide a legal framework that will serve homeschooling Americans operating outside of the 50 States.

On May 20, 2007 I did purchase on behalf of the STGassociation the domain www.stgassociation.org. I assert that the STGassociation has been in formative operations for some time and that Sophia became a paid consultant, contributing homeschooling expertise--since her loss of her MWR job just prior to the barment order, or before. I have obtained an Oct 15 tax filing extension from the IRS. This position of Sophia as a paid consultant is critical to her status as Head of Household under Calif. tax law. This position, in turn, is critical to Sheldon's continuing qualification for federal student financial aide.

Saturday June 2, 2007 I flew to Sicily for Sheldon's graduation. I also, just before leaving for the plane, finally forced myself to read the courts' April 19, 2007 dismissal of case 06-1009. I really hate losing. I had the feeling after reading it that if I was a little smarter I'd "get it". "It" possibly being an implicit suggestion to appeal or possibly re-open the case with better arguments, or perhaps on a different basis? I'm going for the latter because I had many more points to make and was counting on the give and take after passing dismissal to afford me that opportunity. Venue will be on the basis of the STGassociation's D.C. incorporation and the tort will be the harm caused me by DoDDS-E's failure to implement the No Fear Act. A two-way causal

relationship exists between DoDDS-E's failure and the Barment Order/ERD/ID card central to this case.

Tuesday June 5, 2007 I went to the base hospital to pick up Sheldon's medical records. Alfio the accounting clerk was out sick. I went to the Credit Union to setup Sheldon's finances for next year and then went to the Admin building to speak with Captain Carson. I asked a clerk for an appointment on Wed and left my home number. They called but Sophia failed to make the appointment.

Wednesday June 6, 2007 I returned at 10am but – OK, this is boring, I made 4 attempts to talk to Carson and succeeded on the 4th try. I made 5 attempts on 4 days to pick up Sheldon's medical records and failed. He is supposed to pick them up Thursday the 14th. My wife was a nurse for 8 years and thinks they want to edit them. I think the editing happened a long time ago and they just want to make copies of the final drafts. Doesn't matter because the only mistake Dr. Kahn made was verbal; immediately after the operation he said he would order a nerve study – but by the time that was appropriate Sheldon was banned from medical care by Capt. Stuyvesant's negligent banning order; we are left with the inescapable conclusion that Sheldon's permanent disability would have been prevented had more timely measures been directed at his persisting nerve palsy.

Thursday June 7, 2007 at lunch, 20 min before my Capt. Carson meeting, I came across the Libby article in Stars and Stripes and got my first

inkling that a Magistrate Judge was more than an ECF/pro se catch all 2nd stringer. After lunch I had my attempted settlement conference with Capt. Carson which I will detail in Arguments Part1. Later in the afternoon I attended the on-base Senior's awards ceremony alone - where Sheldon won a presidential award for grades and a sports participation award. In the evening we all attended the Senior Banquet off-base. We sat at the table next to Capt. Carson and Sophia figured out late in the evening that the Navy guy staring at her was Capt. Carson. Of course she was the one to spot Dr. Ohman (DoDDS-E director) across the room. Sheldon hadn't bothered to tell us that the senior class had invited her to give the commencement address.

  Friday June 8, 2007 was graduation day. I took Sheldon down early so he could dress and practice. Sophia went to a friend's house to dress and they came together around starting time. While sitting all alone with an open aisle chair saved for Sophia, Capt. Carson walked past me talking on his cell phone saying something like "…when she arrives…" or "…when she gets here…". I didn't catch much but Machiavelli wouldn't have been impressed.

  When Sophia arrived she identified herself at the gate and she and her friend were escorted into a back room by no less that 5 security personnel. Her current and an older expired ID cards were taken and a brief debate ensued as to whether they should escort her now that she was without an ID card. She arrived at graduation in the middle of Dr. Diane Ohman's commencement address and, presumably not spotting me, sat on the opposite

MARVIN GREEN for SG v. CAPT. STUYVESANT

side of the room. It was only slightly awkward when Sheldon had to circle the room thanking his parents individually for making graduation possible.

After graduation I did a taped interview with the local Armed Forces Network and remain anxious to hear if it makes the European wide broadcast. I utilized my newly learned "Carson Smile" and I was pretty generous so there is a small chance.

Also on Friday night June 8, 2007, as Sheldon and I left the base gate after graduation, base security was waiting pre-positioned on my side of the car, (I drive/drove a Japanese right hand drive car while in Italy), with a disgustingly unsanitary sobriety checking device which I was requested to blow on. Being neither asthmatic nor much of a drinker, especially when under stress, I passed without fuss. Morons. In the words of Annie Lennox they have yet to learn: "[not to] mess with [a] missionary man."

(written on)Today June 11, 2007 at work in Texas, I received from the Dept. of State an apparent 2nd offer of employment, this time as a Foreign Service generalist (dated May 7, 2007). Apparently it was sent to Naples before finding its way back to Texas. I intend to pursue this possible opportunity in preference to Plan A which was to use case 06-1008 to repatriate myself to the evil empire (DoDDS-E), and into an office adjoining to Max Selz's -  thus hopefully becoming the DoDDS-E STGassociation representative. (I'd like to have 7 to 9 board members on the STGassociation--each representing a different service branch, plus State Dept., an

7

educational expert, child development expert, a President and I want treasurer).

Also on June 11, 2007 I found and scanned into pdf formatted evidence an e-mail message dated Nov 28, 2005, (that included a handwritten account on the back of my meeting with Max Selz on March 8, 2006) – which I wrote in the presence of my supervisor of that time, David Harrison, directly after said meeting with Max.

Yesterday June 18, 2007, I learned from my mother-in-law that this court is African-American? This constitutes circumstantial evidence that there is a God, since only Nixon could have gone to China.

### III. ARGUMENTS – PART 1

Since I just read the courts moot denial of my continuance motion to Feb 28; I am determined to finish this before the end of the day. In this section I wish to go over my settlement overture to Capt. Carson.

When I spoke to Capt. Carson, the first thing I mentioned was that my wife had asked for a divorce. The last thing he said was that he would check with legal council.

My wife had been in e-mail contact with him--negotiating the lifting of the barment order on the basis of her EU citizenship. By his little "mona lisa" smile, his knowledge of my wife's communications, my notice of imminent marital division, my implicit monetary standing and interests in the diminished marital assets—Captain Carson was not free to negotiate a

MARVIN GREEN for SG v. CAPT. STUYVESANT

settlement with either of us. His agreements with my wife are not binding upon me or Sheldon nor upon her to the degree that I have a retained and remaining interest in the marital assets and her ability to generate her own income.

Next in our conversation we shared horror stories of the excessive cost structure of DoDDS-E. I mentioned that a NATO education in Naples was just over 6,000 Euros while DoDDS-E was charging $19,700 for the same services. Capt. Carson told a story of a teacher couple with 2 housing allowances that had 2 houses--one on the beach and one in town. I did not have time to explain to him that the root of the problem is DoDDS conferred right to use State Dept. regulations and allowances—where State Dept. employees generally are forced to live in more expensive urbanized areas; military bases tend to be heavily subsidized operations on the outskirts of urban areas, where, (for both reasons, subsidized bases and more rural environments), expenses are much less. Capt. Carson and I seemed to concur in our view that DoDDS is not an efficient provider of educational services.

I next covered the STGassociation. I explained that according to my wife's research Italian law precludes homeschooling and so that those homeschoolers operating on the base might well be in violation of local laws that the SOFA agreement obligates them to be following. I tried to point out the Navy and DoDDS-E's failure to take responsibility for these American homeschoolers and their continuing fiduciary responsibility in this matter.

MARVIN GREEN for SG v. CAPT. STUYVESANT

At this point I pulled out the Stars and Stripes with the Libby article in it. I asked him to read it. I asked him if he recognized the name of the Judge. He didn't. I indicated it was "the same judge as my case with the captain". The "mona lisa" smile slipped for less than a second, other-wise he was cool as a cucumber throughout. A vice-Admiral-able tactician, possibly even STG board material.

The final point that I probably did not punch up enough was that since it is illegal to homeschool in Italy, it would therefore be required for homeschoolers to sign up with a schooling association and that the reason they would want to sign up with the STGassociation is that we would accept DoDDS vouchers and use the money to pay chronically unemployed dependent spouses to come in and homeschool their own children under light supervision/guidance/testing/assistance while allowing them to choose their own curriculum and impart their own values and moral convictions to their children—all the while operating in an integrated environment respectful of, even celebrating of, our many differences as Americans.

I didn't have time to point out that the various states that these homeschoolers come from all have different laws on the subject. That for them to become compliant with all 50 sets of laws, in addition to those of the local nation's laws, would be impossible, that the District of Columbia likely has little legal encumbrances in this legal area and it most closely represents the common legal rights/status of temporarily non-state based Americans.

MARVIN GREEN for SG v. CAPT. STUYVESANT

I concluded my session with Capt. Carson by requesting that he not confiscate my wife's ID card. I stated that I needed her to scout the homeschool crowd over the summer. I asked that he "do nothing" and allow the card to expire on August 31. He mentioned that she had been caught driving on base. I AGAIN stated that we could produce witnesses that would place her on the bus that day. He agreed to check with legal.

### III. ARGUMENTS – PART 2

I have attended schools or worked in schools nearly my whole life.

I have attended classes, trainings, on-line trainings, boot camp trainings, check sheet trainings, computer aided learning, self-study courses, self-taught courses, internships, on-the-job trainings, ARMY trainings (HuAh!)… and read my share of books.

At Cal State Pamona, I took a marketing class where the professor broke the class up into groups of 4 or 5 and made sure that each group had students with different majors in it. Each group was assigned a problem that related to one of the majors in that group.

The conclusion was that the innovative solutions came from the non-related majors and the subject majors' solutions were always conventional "inside the box" solutions. Educators and the public school system will never be the source of innovations in education. Montessori was a psychologist in Rome. Sophia told me that. We used to attend La Leche League conventions in Los Angeles where homeschoolers and their displays seemed to be

everywhere, almost integrated. Organic foods, naturopathy, breast feeding, homeschooling – society evolves and innovates despite the farmers, doctors and educators incapacity to see around the blinders of their own professional learning's.

Before writing, before history, learning occurred when a juvenile observed the adults, mimicked them, and utilized play to practice the behaviors observed. When people started to congregate and specialize - apprenticing along with familiar family name like Smith and Miller came into being. The next step in specialization occurred when the Master of a subject took on a class of apprenticing students full time – and that model is as far as we have gotten it would seem - except for Montessori, except for computer aided training, except for a plethora of occasionally innovative homeschool, private school and parochial school approaches.

## IV. ARGUMENTS – PART 3

When we subdued this continent we did so with a gun, plow and Bible. We have only begun apologizing for who we are and the things we have accomplished since World War II. In that war we elbowed our way onto the world stage with a stunning performance based largely on unexpectedly high levels of cultural/civil cohesiveness. Cohesive individualists. The world can't figure us out. We're not finding it that easy ourselves.

While the civil war made racism technically illegal, it took World War II to prove that it was impractical as well, and finally, the civil rights movement

MARVIN GREEN for SG v. CAPT. STUYVESANT

to heuristically cement this social evolution into the cultural fabric. The courts, mired in precedent, tardily played a galvanizing role by contributing the homogenizing effects of integrative busing. The public has always supported the enabling practical and preparatory effects of education - this support has now been blended with the constructive results of integration, and so this composite view as to the value of public education has been inculcated into the collective consciousness.

But the baby has been thrown out with the bath water. The "baby" is primarily innovation--but even more fundamentally our moral sense of self certainty.

Secular homogenizing integrative public education, in erasing our dysfunctional intolerances and differences, simultaneously robs us of our cultural strength. We did not tame North America with a sense of moral ambivalence. Manifest Destiny didn't spring from a physics text or an astronomy book and as patronizing as one might feel about fundamentalists-- we flounder on the world stage without their sense of moral certainty. We've become less for our having sidelined them from the mainstream and marginalized their views in education.

Homeschool numbers are mushrooming because the body cultural can palpably sense what is being lost. One on one they seek to pass to their sons and daughters the lessons of the past. They selectively celebrate our differences without seeking to overturn corrections to our moral lapses.

Public education enjoys wide support. Private education, especially in the South, retains the slightly odious (yet diminishing) linkage to vestigial resistance to forced integration.

In America the number of homeschoolers has increased from 150,000-200,000 in the mid '80s, 500,000-600,000 by the mid '90s to well over 1.5 million with a growth rate of 15 to 20 percent.

At Sigonella, 6 years ago, there were 60 homeschool regulars that met at the community center - with an unknown number unregistered. The school population was just over a thousand. So an extrapolated estimate for homeschoolers in Europe is at least 6% and probably closer to 8 or 10% of DoDDS enrollment. Contractors and multi-national employees are not counted so the number of homeschooling Americans in Europe remains a tantalizing uncensused mystery.

## IV. CONCLUSION

When Capt. Carson threatened an ERD he would have needed my agency's complicity to execute that threat. After consulting with my agency I followed each of their directions and was as prepared for the process as the Navy's dysfunctional administrative remedy process would allow me to be. They circumvented this process, and our right to respond and be heard--with the barment order.

DoD Education Activity has the independent executive authority to issue sponsorship orders. The Navy acts as their agent when it issues an ID

MARVIN GREEN for SG v. CAPT. STUYVESANT

card. The ID card is US Government property—not Navy property. When the Navy confiscated my wife's ID card they usurped another agencies' sponsorship issue authority which is based on her current Orders. Sophia continues to be under DoD sponsorship. The Navy has, like with the barment order before, again usurped the authority of another agency by effectively cancelling her sponsorship status in confiscating her ID card prematurely. They have simultaneously declined my settlement offer and left the matter entirely to this court's discretion.

    I seek the court's leave to list our injuries in person.

Date: June 19, 2007

                                              /s/ Marvin E. Green