# Green, Marvin

**From:** Carson, Dale CAPT (NASSIG XO) [dale.carson@nassig.sicily.navy.mil]
**Sent:** Monday, November 28, 2005 6:50 PM
**To:** green,marvin
**Subject:** RE: Ms. Torok

Mr. Green,

I hope the counseling if beneficial.  We have removed her Italian translation for the incident and she can no longer drive in Italy.  If she is found driving again, I will initiate the ERD process.

Sincerely,
CAPT Carson

-----Original Message-----
From: green,marvin [mailto:Marvin.E.Green@eu.dodea.edu]
Sent: Monday, November 28, 2005 4:36 PM
To: 'Carson, Dale CAPT (NASSIG XO)'
Subject: RE: Ms. Torok


Dear Capt Carson,

My wife has provided me with a somewhat varied account of her recent troubles.

Having difficulty divining facts from afar I have asked her to schedule a counseling session, for the two of us, at the Family Services Center.

I gave her 3 alternate dates in December that I can be available. It is my hope that she will find discussing my faults with a stranger so rewarding that she will continue a few more sessions despite my limited availability.

We are waiting to hear back from a counselor confirming our appointment.

Sincerely,

Marvin Green
335-773-9719


-----Original Message-----
From: Carson, Dale CAPT (NASSIG XO) [mailto:dale.carson@nassig.sicily.navy.mil]
Sent: Tuesday, November 22, 2005 5:40 PM
To: Green, Marvin
Subject: Ms. Torok

Mr. Green,

Hello,
I am the Executive Officer of NAS Sigonella.  I was recently informed that you are the spouse of Ms. Torok.  For privacy reasons I cannot go into the details, but I would like to know if I am correct with the information that you are her sponsor and if you know the details of her recent incident at our front gate when she came to pick up her son?

Captain Dale Carson
XO, NAS Sigonella
DSN 314 624 5252

1

MARCH 8 @ 10:40 AM, WRITTEN 11:08 AM

met with MAX Selz

He read Nov 28, 05 E-mail threating to initiate the ERD process

Max was modestly familiar with process and indicated his belief that the process had a formal challenge and response process where we would be able challenge the action prior to its completion.

I showed him my Italian Translation issued by the Naval Base that is used in conjunction with one's stateside license.

We discussed filing an injunction and MAX suggested working through base contacts such as the Base legal office and/or the SJA office.

Max did not know which court might have jurisdiction in this matter and suggested it might even be an Italian court. He said various DoDEA sites had to respond to local courts when they issued orders and so an Italian court might be an appropriate venue.

I asked if he had access to PACER and the Federal District courts and he said no, and didn't seem to recognize the PACER acronym. MAX said that his primary job was to advise DoDDS Officials