**Unknown**

| | |
|---|---|
| **From:** | Green, Marvin |
| **Sent:** | Wednesday, March 23, 2005 05:22 |
| **To:** | 'dhartnett@passmanandkaplan.com' |
| **Subject:** | representation |
| **Sensitivity:** | Confidential |

Dear Douglas,

My military ID card expires April 28. At that time I will be excluded from accessing my workplace, and hence Federal Employment.

I have spent two sleepless nights considering whether to compromise myself and file for the PCS orders as directed, and try to repair things later, or hold onto my integrity and fight from the outside as best I can.

The agency that I work for has never fully grasped how to deal with hourly professionals - particularly ones deployed at some distance from their supervision.

In considering the ramifications of the injustices administered upon me and my family, and the efficacy of compromising with this system, I have been led to a position of increasingly intransigent and atypical protest.

My son has had demonstrated to him that his parents are incapable of resisting or protecting him from the vindictive efforts of a Principal capable of suspending his school registration weeks before the start of school despite it being unlawful and in contradiction of her own supervisors' explicit permission to me for his attendance. Observing that his mother now refuses to enter the school, even to access her United States postal mailbox, he now understands, and exhibits by non-assertive, fearful - yet exemplary behavior, that in the overseas military environment you have no rights or opportunities except for the ones that your superior gives to you.

My wife has sustained more damage than my son and I combined. Our original plan, when confronted with the A76 contracting plan 4+ years ago, was for her to get a teaching credential and become a teacher with a housing allowance while I would take the contracting job that resulted from the A76 study.

2 years ago, after having come within a few classes of her degree, my wife applied for and was rated highest qualified as a substitute teacher by the district office. In addition, while in Okinawa she had accumulated two years of experience with excellent rapport and references from Principal Reichard of Kinser Elementary School.

Not only has she never been called as a substitute teacher by Marge Lewallen, Marge even requires her to obtain a visitors pass, which is not a requirement for the other substitute teachers or for sponsored dependents of DoDDS employees accessing their mailboxes.

My wife believes that her Latin origins have been a significant factor in her exclusion from our agency, as was the opinion expressed to myself by Anna Adorno the former schools receptionist, and Rosa Rodriquez (to my wife), the current Educational Technologist for Sigonella Elementary School - who was not called as a substitute at the High School and passed up for a computer science teaching position before being hired by the Elementary School Principal. I believe also that Eldrige Groomes career suffered damage from Marge Llewellyn's prejudices as he was waiting for a school principalship 2 years ago, and after working with Marge Lewallen for 2 years, he was offered only an assistant principals position in Belgium.

With no prospects for completing her student teaching requirement, and becoming a middle school teacher, my wife has abandoned her career goal, and her degree requirements, a few classes short of graduation - to pursue a career as a store clerk and a child care worker, at less than $10 per hour with a 50 hour work week. My agency, colluding with, or at the

1

behest of Marge Lewallen, wants to deprive us of even this paltry sum by forcing us to a collective move that will result in both greater expense to the government and decrease our family income with an accompanying increase in expenses to ourselves - should we agree.

In my case, both career and reputation have sustained damage. 7 years ago I was the leading technician in the Mediterranean District - as my supervisor of that time, Tim Edwards, will doubtless confirm. Even after Tim accepted a 2 grade drop in status and pay to escape our career grinding agency, I still enjoyed good rapport with my local school co-workers, and still use Jim Bowers, my principal of that time, as a job reference. Since the arrival of Marge Lewallen 2 ½ years ago, both my wife's and my job status with our agency have deteriorated to the brink of non-existence and we are about to be abandoned by our government, a forcefully separated family, without access to defend ourselves - an awfully long ways from home.

Mike Monico was a GS-5 clerk at Naples Elementary School who died of a heart attack less than two weeks ago - after waiting months for a resolution of his wrongful termination for failure to accept a priority placement position. I myself have been experiencing re-occurring chest pains for which I spent a night in the base hospital for observation and testing late last year. The doctor's diagnosis was stress.

It is time to act. I am finished being victimized by an agency that views 7 years of incorrect actions as proof of being right. I need someone in my corner that is willing to go the distance and see that justice is done for me and my family. I need your answer as to whether your firm will represent and advise me by next Monday the 28th.

Sincerely,

Marvin Green

My Cell: +39(335)773-9719
My E-Mail: marvin.green@eu.dodea.edu