# Libby gets 30 months in prison for CIA leak

BY MATT APUZZO
*The Associated Press*


Libby

WASHINGTON — Former White House aide I. Lewis "Scooter" Libby was sentenced to 2½ years in prison Tuesday for lying and obstructing the CIA leak investigation.

Libby, the former chief of staff to Vice President Dick Cheney, stood calmly before a packed courtroom as a federal judge said the evidence overwhelmingly proved his guilt.

"People who occupy these types of positions, where they have the welfare and security of nation in their hands, have a special obligation to not do anything that might create a problem," U.S. District Judge Reggie B. Walton said.

Libby was convicted in March of lying and obstructing an investigation into the 2003 leak of CIA operative Valerie Plame's identity.

The highest-ranking White House official convicted in a government scandal since the Iran-Contra affair, Libby has maintained his innocence.

"It is respectfully my hope that the court will consider, along with the jury verdict, my whole life," Libby said in brief remarks.

Walton fined Libby $250,000 and placed him on probation for two years following his release from prison.

---

**Bush: Russia has 'derailed' democratic reforms**

# STARS AND STR[IPES]

**Donovan trying to undo deal with Magic to remain a Gator**
Back page
*Basketball coach Billy Donovan*

**Two-day strike shuts down gas stations in Italy**
Page 5

Volume 66, No. 50    © SS 2007    I    WEDNESDAY, JUNE 6, 2007

# 2,400 sailors to