

Medical
Direct: Only when TDY/TAD or stationed overseas on a space available, fully reimbursable basis
Civilian: No

Social Security Number
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

DoDCIO/OUSD(P&R)    OCT 2003    Property of the U.S. Government

GEMPLUS GXP3 64V2N    4090-6640-26A0-880B-271E 00019035

DoDCIO/OUSD(P&R)    OCT 2003    Property of the U.S. Government