UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN GREEN, <br> as representative for minor child SG <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH STUYVESANT <br> Captain, U.S. Navy, et al., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 06-1434 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

For the reasons set forth in this Court's memorandum opinion filed contemporaneously herewith, it is hereby this 11th day of September, 2007

**ORDERED** that the defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) (lack of subject matter jurisdiction) is **GRANTED** . It is further

**ORDERED** that the plaintiff's (1) motion for temporary restraining order lifting barment order and providing evidence of jurisdiction and request a finding or order for SG as to his student residency requirements; (2) motion to compel defendant council to DC Court Rule LCvR 7(m); (3) second motion to compel rule LCvR7(m) with additional arguments against dismissal; (4) request for finding re: status of appeal to a congressperson as it relates to administrative remedy process; (5) motion for summary judgment as to the defendants failure to contest evidence; and (6) motion for order of return of government identification card to rightful custodian and request for a continuance allowing time to reopen case 06-1009 and answer the courts objections as to venue and tort are **DENIED** without prejudice.

**SO ORDERED**.

/s/_____
REGGIE B. WALTON
United States District Judge